UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------X
BENOÎT ROLLAND                                     )
                                                   )
                Plaintiff,                         )   Civil Action Number: 04 CV 11491 RWZ
                                                   )
        v.                                         )
                                                   )   FILING OF JURY DEMAND
PETER PRIER & SONS VIOLINS, INC.,                  )
SPICCATO FRENCH AMERICAN BOWS,                     )
INC., PETER PAUL PRIER, PAUL STEWART               )
PRIER, and JON HATCH,                              )
                                                   )
                Defendants.                        )
---------------------------------------------------X
```

FILED IN CLERK'S OFFICE
2004 JUL -2 P 1: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

On June 30, 2004, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Peter Prier & Sons Violins, Inc., Spiccato French American Bows, Inc., Peter Paul Prier, Paul Stewart Prier, and Jon Hatch (collectively "Defendants"), by their undersigned attorneys, submitted a Notice of Removal for Civil Action No. 04-2270, filed by Plaintiff, Benoît Rolland, in the Superior Court of the Commonwealth of Massachusetts, Suffolk County on May 24, 2004.

A copy of the Summons to all Defendants, Complaint and Civil Action Cover Sheet were annexed to the Notice of Removal as Exhibit A. Subsequent to the filing, Defendants' undersigned attorneys learned that there also was a Jury Demand in the State Court action. Defendants, therefore, by their undersigned attorneys, hereby submit the Jury Demand which constitutes another process, proceeding and order served in this action.

Dated: July __1__, 2004                   Respectfully submitted,

                                          _____
                                          John L. DuPré (BBO# 549659)
                                          Mary K. Murray (BBO# 654194)
                                          Hamilton, Brook, Smith & Reynolds, P.C.
                                          530 Virginia Road
                                          P.O. Box 9133
                                          Concord, Massachusetts 01742-9133
                                          Telephone: (978) 341-0036
                                          Facsimile: (978) 341-0136

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing JURY DEMAND was served on presently known counsel for Defendants, Lynn G. Foster, and, Foster & Foster LLC, 602 East 300 South, Salt Lake City, UT 84102, by first class mail, postage prepaid on this 4th day of June, 2004.

*[signature]*

20874099.doc

## CERTIFICATE OF SERVICE

I, Mary K. Murray, certify that a true copy of the above Filing of Jury Demand was served on July 1, 2004, via first class mail upon Heidi E. Harvey, Fish & Richardson, P.C., 225 Franklin Street, Boston, Massachusetts 02110.

_____
Mary K. Murray

Date: July 1, 2004

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;484167;1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
Civil Action No. 04-2270 BLS2
(Judge Botsford)

BENOIT ROLLAND,

    Plaintiff,

v.

PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH,

    Defendants.

## JURY DEMAND

Plaintiff Rolland demand trial by jury on issues triable thereby.

Respectfully submitted,

Dated: June 3, 2004

*[signature]*

Heidi E. Harvey (BBO #548114)
Denis Ticak (BBO #656536)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
TEL: (617) 542-5070

OF COUNSEL:

Robert A. Stein, Esq.
Robert Stein and Associates, PLLC
One Barberry Lane
Concord, NH 03301
TEL: (603) 228-1109

Attorneys for Plaintiff