FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL -7 P 2:18

U.S. DISTRICT COURT
DISTRICT OF MASS.

---------------------------------------------------------X
BENOÎT ROLLAND, )
)
         Plaintiff, ) Civil Action Number: 04CV11491 RWZ
)
v. ) **DEFENDANTS' MOTION UNDER**
) **RULE 6(b), Fed.R.Civ.P. FOR**
) **EXTENSION OF TIME FOR**
PETER PRIER & SONS VIOLINS, INC., ) **DEFENDANTS TO ANSWER,**
SPICCATO FRENCH AMERICAN BOWS, ) **MOVE, OR OTHERWISE**
INC., PETER PAUL PRIER, PAUL STEWART ) **PLEAD IN RESPONSE TO**
PRIER, and JON HATCH, ) **THE PLAINTIFF'S COMPLAINT**
)
        Defendants. )
---------------------------------------------------------X

    Defendants, Peter Prier & Sons Violins, Inc., Spiccato French American Bows, Inc., Peter Paul Prier, Paul Stewart Prier, and Jon Hatch, hereby move under Rule 6(b), Fed. R.Civ.P., for an Order extending for thirty (30) days, the time within which defendants may answer, move or otherwise plead in response to the Complaint filed by Plaintiff, Benoît Rolland, to and including August 5, 2004; and it appearing that: (i) no previous extension has been obtained; (ii) service by mail of the Complaint was effected on the Defendants on or about June 11, 2004; (iii) this action was removed to this Court on June 30, 2004; and (iv) Defendants require the additional time in order to prepare an appropriate response to the Complaint.

In support of this Motion, Defendants are filing a Memorandum of Law and a Declaration of John L. DuPré, and based thereon, Defendants request that the time within which Defendants Peter Prier & Sons Violins, Inc., Spiccato French American Bows, Inc., Peter Paul Prier, Paul Stewart Prier and Jon Hatch may answer, move or otherwise plead in response to the Complaint in this action be extended to and including August 5, 2004.

Statement Under Local Rule 7.1 (A)

The undersigned counsel for Defendants has conferred with counsel for Plaintiff and attempted in good faith to resolve this matter. Plaintiff, however, refused to consent to this first Request for Extension of Time unless certain unreasonable conditions were attached to the consent. As Defendants are unable to agree to the conditions, this Motion was required.

Respectfully Submitted,

PETER PRIER & SONS VIOLINS,
INC., et al.
By their attorneys,

John L. DuPré (BBO #549659)
Mary K. Murray (BBO #654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
Telephone: (617)341-0036
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July __7__, 2004.

John L. DuPré

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;484777;1