FILED
IN CLERKS OFFICE

2004 JUL -7 P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
BENOÎT ROLLAND,                                    )
                                                   )
             Plaintiff,                            )    Civil Action Number: 04CV11491 RWZ
                                                   )
    v.                                             )
                                                   )
                                                   )    **DEFENDANTS' MEMORANDUM**
                                                   )    **OF LAW IN SUPPORT OF MOTION**
                                                   )    **FOR EXTENSION OF TIME**
PETER PRIER & SONS VIOLINS, INC.,                  )
SPICCATO FRENCH AMERICAN BOWS,                     )
INC., PETER PAUL PRIER, PAUL STEWART               )
PRIER, and JON HATCH,                              )
                                                   )
             Defendants.                           )
------------------------------------------------------------X

Defendants submit this Memorandum of Law in support of its Motion for Extension of Time under Rule 6(b), Fed.R.Civ.P. This is Defendants' first request for an extension.

Under Rule 6(b) the Court has discretion to enlarge the time for responding to the Complaint. Moore's Federal Practice, §6.06 [1] [a]. The Court has "great leeway" in deciding requests for enlargement of time. *Maldonado-Denis v. Castillo - Rodrigues* 23 F. 3d 576, 583 (1st Cir. 1994). Because this is the first request and it is made before the time for responding expires, the Court in its discretion should grant the request. Cf, *Maldonado-Denis*, 23 F. 3d at 584-585 (Not an abuse of discretion to deny enlargement after at least five prior enlargements).

The Complaint presents complex factual and legal theories. Questions of jurisdiction improper venue and the appropriate controlling law are presented. For Defendants' counsel to prepare and file an adequate response within the requirements of Rule 11, Fed.R.Civ.P., the thirty (30) day extension is requested.

Respectfully Submitted,

PETER PRIER & SONS VIOLINS, INC., et al.
By their attorneys,

_____
John L. DuPré (BBO #549659)
Mary K. Murray (BBO #654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
Telephone: (617) 341-0036
Attorneys for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 7, 2004.

_____
John L. DuPré

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;484939;1