FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL -7 P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

---------------------------------------------------------X
BENOÎT ROLLAND,                                          )
                                                         )
                Plaintiff,                               )
                                                         )   Civil Action Number: 04CV11491 RWZ
        v.                                               )
                                                         )   **DECLARATION OF JOHN L. DUPRÉ**
                                                         )   **IN SUPPORT OF DEFENDANTS'**
PETER PRIER & SONS VIOLINS, INC.,                        )   **MOTION FOR EXTENSION OF**
SPICCATO FRENCH AMERICAN BOWS,                           )   **TIME FOR DEFENDANTS TO**
INC., PETER PAUL PRIER, PAUL STEWART                     )   **ANSWER, MOVE OR OTHERWISE**
PRIER, and JON HATCH,                                    )   **PLEAD IN RESPONSE TO THE**
                                                         )   **PLAINTIFF'S COMPLAINT**
                Defendants.                              )
---------------------------------------------------------X

I, John L. DuPré, do hereby declare that:

1)   I am an attorney admitted to practice in the Commonwealth of Massachusetts and am a member of the bar of this Court.

2)   I make this Declaration in Support of Defendants' Motion for an Extension of Time for Defendants to Answer, Move or Otherwise Plead in Response to the Plaintiff's Complaint.

3)   The Summons and Complaint in this case were served upon the Defendants on June 11, 2004, by Express Mail addressed to their addresses in Utah.

4)   Defendants' Utah counsel contacted the undersigned to represent the Defendants in connection with this matter on June 24, 2004.

5) On June 30, 2004, Defendants' undersigned counsel filed a Notice of Removal of this action from the Massachusetts Superior Court to this Court.

6) Although Defendants' Utah counsel had prior communications with Plaintiff's counsel before the case was filed, the Complaint itself presents novel and complex theories based on the facts of this case. Additional time is necessary to prepare an adequate response to the Complaint, which may include appropriate Motions.

7) The undersigned counsel for Defendants contacted Plaintiff's counsel to determine if they would consent to an initial thirty (30) day Extension of Time to respond to the Complaint. This was the first such request for such an extension.

8) Plaintiff's counsel indicated that they would not consent to the extension unless conditions were attached to the request. Among the conditions were an agreement to forego any Motion to Dismiss or transfer the case when it appears the jurisdiction and venue in the case are questionable, and a request for security posting well in excess of any reasonable projected recovery in this matter.

9) The conditions are unreasonable for a first extension request which as a matter of civility should be consented to without issue.

Subscribed and sworn under the pains and penalties of perjury this 7 day of July, 2004.

_____
John L. DuPré

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by mail on July 7, 2004.

_____
John L. DuPré

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;484928;1