UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUL -7 P 2: 18

U.S. DISTRICT COURT

------------------------------------------------X
BENOÎT ROLLAND,                         )
                                        )
            Plaintiff,                  )   Civil Action Number: 04CV11491 RWZ
                                        )
    v.                                  )
                                        )   **DEFENDANT SPICCATO FRENCH**
                                        )   **AMERICAN BOWS, INC.'S LOCAL**
PETER PRIER & SONS VIOLINS, INC.,       )   **RULE 7.3(A) CORPORATE**
SPICCATO FRENCH AMERICAN BOWS,          )   **DISCLOSURE STATEMENT**
INC., PETER PAUL PRIER, PAUL STEWART    )
PRIER, and JON HATCH,                   )
                                        )
            Defendants.                 )
------------------------------------------------X

Pursuant to Local Rule 7.3(A), Defendant Spiccato French American Bows, Inc. states that it has no parent corporation and there are no publicly held companies that own ten percent (10%) or more of its stock.

Respectfully Submitted,

SPICCATO FRENCH AMERICAN BOWS,
INC., et al.
By their attorneys,

/s/ John L. DuPré
John L. DuPré (BBO #549659)
Mary K. Murray (BBO #654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
Telephone: (617)341-0036
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 7, 2004.

/s/ John L. DuPré
John L. DuPré

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;484981;1