UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -7 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

-----------------------------------------------------X

BENOÎT ROLLAND,                                   )
                                                  )
                      Plaintiff,                  )
                                                  )   Civil Action Number: 04CV11491 RWZ
                                                  )
         v.                                       )
                                                  )   **DEFENDANT PETER PRIER &**
                                                  )   **SONS VIOLINS, INC.'S LOCAL**
PETER PRIER & SONS VIOLINS, INC.,                 )   **RULE 7.3(A) CORPORATE**
SPICCATO FRENCH AMERICAN BOWS,                    )   **DISCLOSURE STATEMENT**
INC., PETER PAUL PRIER, PAUL STEWART              )
PRIER, and JON HATCH,                             )
                                                  )
                      Defendants.                 )
-----------------------------------------------------X

Pursuant to Local Rule 7.3(A), Defendant Peter Prier & Sons Violins, Inc. states that it has

no parent corporation and there are no publicly held companies that own ten percent (10%) or more

of its stock.

Respectfully Submitted,

PETER PRIER & SONS VIOLINS,
INC., et al.
By their attorneys,

John L. DuPré (BBO #549659)
Mary K. Murray (BBO #654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
Telephone: (617)341-0036
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of

record for each other party by mail on July _7_, 2004.

John L. DuPré

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;484976;1