UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------X
BENOÎT ROLLAND                              )
                                            )
            Plaintiff,                      )   Civil Action Number: 04 CV 11491 RWZ
                                            )
    v.                                      )
                                            )   FILING OF ATTESTED AND
PETER PRIER & SONS VIOLINS, INC.,           )   CERTIFIED COPIES OF ALL
SPICCATO FRENCH AMERICAN BOWS,              )   RECORDS, PROCEEDINGS, AND
INC., PETER PAUL PRIER, PAUL STEWART        )   DOCKET ENTRIES FROM THE
PRIER, and JON HATCH,                       )   SUFFOLK SUPERIOR COURT
                                            )
            Defendants.                     )
---------------------------------------------------------X

On June 30, 2004, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Peter Prier & Sons Violins, Inc., Spiccato French American Bows, Inc., Peter Paul Prier, Paul Stewart Prier, and Jon Hatch (collectively "Defendants"), by their undersigned attorneys, submitted a Notice of Removal for Civil Action No. 04-2270, filed by Plaintiff, Benoît Rolland, in the Superior Court of the Commonwealth of Massachusetts, Suffolk County on May 24, 2004. A copy of the Summons of all Defendants, Complaint and Civil Action Cover Sheet were annexed to the Notice of Removal as Exhibit A.

On July 1, 2004, Defendants filed a Jury Demand, which constituted another process, proceeding and order served in Civil Action No. 04-2270.

Pursuant to D. MASS. R. 81.1(a), Defendants are filing the following attested and certified copies of records and proceedings in the Superior Court and docket entries in the Superior Court provided to Defendants attorneys on July 6, 2004 by the Suffolk Superior Court:

- Civil Action Complaint Cover Sheet;
- Complaint;
- Notice of Acceptance Into Business Litigation Session;
- Jury Demand;
- Summons for Peter Prier & Sons, Violins, Inc.;
- Summons for Spiccato French American Bows, Inc.;

- Summons for Peter Paul Prier;
- Summons for Paul Stewart Prier;
- Summons for Jon Hatch;
- Notice of Filing of Notice of Removal; and
- Civil Docket Case Summary.

Defendants undersigned attorneys understand that above are all the records, proceedings, and docket entries from the Suffolk Superior Court Civil Action No. 04-2270.

Dated: July 13, 2004

Respectfully submitted,

John L. DuPré (BBO# 549659)
Mary K. Murray (BBO# 654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036
Facsimile: (978) 341-0136
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by mail on July 13, 2004.

Mary K. Murray

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;485745;1

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;485745;1

| CIVIL ACTION COVER SHEET | DOCKET NO(S) B.L.S. 04-2270 | Trial Court of Massachusetts Superior Court Department County: SUFFOLK |
|---|---|---|
| PLAINTIFF(S) BENOIT ROLLAND | | DEFENDANT(S) PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Heidi E. Harvey, Esq., Fish & Richardson P.C. 225 Franklin Street, Boston, MA 02110 (Board of Bar Overseers number) 548,114  (617) 542-5070 | | ATTORNEY (if known) |

Origin Code

Original Complaint

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A.3 | Partnership Accounting | * | |
| D.1 | Intellectual Property | ( B ) | ( XX ) Yes    ( ) No |

The following is a full and detailed statement of the facts on which plaintiff relies to determine eligibility in to The Business Litigation Session.

The case is eligible for the Business Litigation Session under at least categories A.3 (claims relating to liability of shareholders, directors, officers, and partners) and D.1 (claims to determine the use of status of, or claims involving, Intellectual property).

Plaintiff Benoit Rolland is a master bow maker and one of the leading makers of wooden bows for violins, cellos, and violas in the world. He is also the inventor and original manufacturer of the first high quality, adjustable bow made of carbon fiber, a synthetic material.

In this cause of action, plaintiff seeks a decree of dissolution of a business venture (partnership at will) that plaintiff entered into with the named defendants for manufacture and sale of the SPICCATO bow under plaintiff's U.S. patent and trademark SPICCATO in the United States, a partnership accounting for profits, damages, and return of capital, namely the SPICCATO trademark and patents, due to defendants' failure to pay profits and/or royalties due to plaintiff, defendants' failure to account, and defendants' failure to maintain the quality standards imposed by the plaintiff on bows manfactured under the SPICCATO MARK.

The cause of action also seeks preliminary and injunctive relief against the defendants continued use of plaintiff's name, BENOIT ROLLAND, which is also a registered trademark for violin bows and plaintiff's likeness.

*A Special Tracking Order shall be created by the Presiding Justice of the Business Litigation Session at the Rule 16 Conference.

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: 5/24/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON
JULY 6, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
ASSISTANT CLERK.