UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOIT ROLLAND,<br><br>      Plaintiff,<br><br>v.<br><br>PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH,<br><br>      Defendants. | Civil Action No. 04-11491 RWZ |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT**

Plaintiff opposes defendants' request for a 30 day extension of time because the stated reason – need for more time – is based upon only a partial record of the parties' discussion on this issue, and is therefore misleading. In addition, defendants' threat of bankruptcy and refusal to provide security, combined with the requested delay, poses immediate potential harm to plaintiff's legitimate interests.

Plaintiff accepts the statement of defendant's Massachusetts counsel, Mr. DuPre, that he was only retained on June 24, 2004.

However, the dispute between the parties is a matter of long-standing. The defendants and Mr. Foster have been aware of the complaint since about June 2, 2004 (Exhibit A) when plaintiff's counsel provided Mr. Foster with a courtesy copy of the Complaint.

Plaintiff served the Complaint on June 11, 2004, after defendants, through Mr. Foster, refused plaintiff's reasonable request for an audit and threatened bankruptcy if plaintiff pursued his claims against defendants (Exhibit B).

Defendants further refused plaintiff's reasonable requests to provide security for judgment and reassurance that the delay was not being requested to permit defendants' to

dissipate or transfer assets (Exhibit C), therefore plaintiff did not consent to the requested extension of time.

For the foregoing reasons, plaintiff opposes the motion for extension of time.

Dated: July 21, 2004

_____
Heidi E. Harvey (BBO #548114)
Denis Ticak (BBO #656536)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
TEL: (617) 542-5070

OF COUNSEL:

Robert A. Stein
Robert Stein and Associates, PLLC
One Barberry Lane
Concord, NH 03301
TEL: (603) 228-1109
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT was served upon attorneys for defendants Mary K. Murray, Esq., Hamilton Brook Smith & Reynolds, P.C., 530 Virginia Road, Concord, MA 01742 by first class mail, postage prepaid on this 21st day of July, 2004.

*[signature]*

20906595.doc