UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X
BENOÎT ROLLAND                              )
                                            )
              Plaintiff,                    )   Civil Action Number: 04 CV 11491 RWZ
                                            )
      v.                                    )
                                            )
PETER PRIER & SONS VIOLINS, INC.,           )   ASSENTED-TO MOTION TO ADMIT
SPICCATO FRENCH AMERICAN BOWS,              )   LYNN G. FOSTER PRO HAC VICE
INC., PETER PAUL PRIER, PAUL STEWART        )
PRIER, and JON HATCH,                       )
                                            )
              Defendants.                   )
-----------------------------------------------------------X

The undersigned attorneys, members in good standing of the bar of this Court, hereby move for the admission of Lynn G. Foster, Esq., of the firm Lynn G. Foster L.C., to appear *pro hac vice* on behalf of Defendants Peter Prier & Sons Violins, Inc., Spiccato French American Bows, Inc., Peter Paul Prier, Paul Stewart Prier, and Jon Hatch in the above matter.

As ground for this motion, the undersigned state that attorney Lynn G. Foster is familiar with the substantive issues presented in the case and meets the requirements for admission under Local Rule 83.5.3, as set forth in the Certificate for Admission of Lynn G. Foster submitted with this motion. The required fee is also submitted with this motion.

## LOCAL RULE 7.1 (A) CERTIFICATION

Pursuant to Local Rule 7.1 (A), counsel for Defendants and Plaintiff have conferred as to the subject matter of this motion prior to filing. Counsel for Defendants, Mary K. Murray, exchanged voice mails with counsel for Plaintiff, Heidi E. Harvey, on July 26, 27 and 28, 2004. Ms. Harvey stated that Plaintiff has no opposition to this Motion.

Dated: July ___, 2004

Respectfully submitted,

_____
John L. DuPré (BBO# 549659)
Mary K. Murray (BBO# 654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036
Facsimile: (978) 341-0136
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by mail on July 28, 2004.

_____
Mary K. Murray

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;485862;1