# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED

2004 JUL 29 P 12: 27

DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| BENOIT ROLLAND,<br><br>Plaintiff,<br><br>vs.<br><br>PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH,<br><br>Defendants. | Civil No. 04CV11491 RWZ<br><br>**CERTIFICATE FOR ADMISSION PRO HAC VICE OF LYNN G. FOSTER IN SUPPORT OF MOTION TO BE ADMITTED PRO HAC VICE** |

I, Lynn G. Foster, hereby depose on oath and say:

1. I am an attorney with the law firm Lynn G. Foster, L.C. in the State of Utah. I submit this Declaration pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Defendants Peter Prier & Sons Violins, Inc., Spiccato French American Bows, Inc., Peter Paul Prier, Paul Stewart Prier, and Jon Hatch in the above civil action.

2. I certify that the following information is correct:

   **(A) Personal Data:**

   (1) Name: Lynn G. Foster

   (2) Firm or Business Affiliation: LYNN G. FOSTER, L.C.

   (3) Mailing Address, City, State and Zip Code:

   602 East 300 South
   Salt Lake City, UT 84102

   (4) E-mail: foster@fosterpatlaw.com

   (5) Business Telephone: (801) 364-5633

      (6)      Facsimile Telephone: (801) 355-8938

**(B)**    **Bar Admissions Information:** I certify that I am now a member in good standing of the following State and Federal Bar Associations.

      (1)    *State Bar Admissions:*
Utah 1964 - via examination - in good standing; active (Bar No. 1105);

Michigan 1965 - via examination - in good standing; inactive;

Various - by motion for purpose of a specific lawsuit.

      (2)    *Federal Bar Admissions* - all in good standing
United States Supreme Court - 1977
The United States Court of Appeals for the Federal Circuit - 1984
United States Court of Appeals for the Tenth Circuit - 1973
Utah Federal District Court - 1965
Michigan Federal District Court - 1965
California, Idaho, Arizona, Colorado, Montanan, Iowa, Oregon, New York - for purposes of a specific lawsuit.

      (3)    *Federal Administrative Agency*
United States Patent Office Registration No. 21189 - 1963 by examination; in good standing

      (4)    *Registered Professional Engineer (P.E.)*
District of Columbia - 1965, via examination; inactive; in good standing.

3.     I am a member of the Bar in good standing in every jurisdiction where I am admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I designate John L. DuPre and Mary K. Murray of the law firm Hamilton, Brook, Smith, and Reynolds, PC, 530 Virginia Road, P.O. Box 9133, Concord, MA 01742, Telephone (978) 341-0036, who are members of the Bar of this Court and maintain offices in this District for the practice of law, as the attorneys with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 20TH DAY OF JULY 2004.

_____
LYNN G. FOSTER

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by mail on July ___28___, 2004.

_____
MARY K. MURRAY