UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
BENOÎT ROLLAND                                              )
                                                            )
            Plaintiff,                                      )   Civil Action Number: 04 CV 11491 RWZ
                                                            )
    v.                                                      )   MOTION TO DISMISS UNDER
                                                            )   RULES 12(b)(2) AND (3) AS TO
PETER PRIER & SONS VIOLINS, INC.,                           )   DEFENDANT PETER PAUL PRIER
SPICCATO FRENCH AMERICAN BOWS,                              )   FOR LACK OF PERSONAL
INC., PETER PAUL PRIER, PAUL STEWART                        )   JURISDICTION AND IMPROPER
PRIER, and JON HATCH,                                       )   VENUE
                                                            )
            Defendants.                                     )
------------------------------------------------------------X

## REQUEST FOR ORAL ARGUMENT

Defendant, Peter Paul Prier ("Peter"), requests, pursuant to Local Rule 7.1 (D), an oral argument on this Motion to Dismiss under Rules 12(b)(2) and (3), Fed.R.Civ.P., for lack of personal jurisdiction and improper venue.

## MOTION

Defendant, Peter Paul Prier ("Peter") hereby moves under Rule 12(b)(2), Fed.R.Civ.P., the above-identified Court for an order dismissing the complaint as to Peter for lack of personal jurisdiction because Peter does not fall within the scope of the Long Arm Statute of Massachusetts and does not have sufficient minimum contact with Massachusetts such that jurisdiction under the United States Constitution is proper and further moves under Rule 12(b)(3), Fed.R.Civ.P., for an order dismissing the Complaint for improper venue as venue for this action is improper under 28 U.S.C. § 1391(b). If the Court determines the Plaintiff has met the burden of establishing personal jurisdiction over the Defendant Peter, for the convenience of the parties and witnesses, the Defendant Peter hereby moves, pursuant to 28 U.S.C. § 1404, to transfer the action against Peter to Utah.

This motion is supported by the concurrently filed memorandum in support of the motion and the declarations and supplemental declarations of Defendants Peter, Paul Stewart Prier and Jon Hatch.

## STATEMENT UNDER LOCAL RULE 7.1(A)

The undersigned counsel for Defendants has conferred with counsel for Plaintiff and attempted in good faith to resolve this matter. Plaintiff, however, refused to consent to Motion to Dismiss Under Rules 12(b)(2) and (3) as to Defendant Peter Paul Prier for Lack of Personal Jurisdiction and Improper Venue. Thus, this Motion was required.

Dated: July ___, 2004

Respectfully Submitted,
PETER PRIER & SONS VIOLINS, INC., et al.
By their attorneys,

_____
John L. DuPré (BBO #549659)
Mary K. Murray (BBO #654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
Telephone: (617)341-0036
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 30, 2004.

_____
Mary K. Murray