UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOIT ROLLAND,<br><br>    Plaintiff,<br><br>v.<br><br>PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH,<br><br>    Defendants. | Civil Action No. 04-11491 RWZ |

### ASSENTED TO MOTION FOR EXTENSION OF TIME

Plaintiff Benoit Rolland hereby requests an extension of time up to and including Monday, August 16, 2004, to respond to defendants' motions to dismiss filed on July 30, 2004. As grounds for this motion, plaintiff states that it is being made for the mutual convenience of the parties and with the express assent of the counsel for defendants.

WHEREFORE, plaintiff prays that the motion be granted.

Dated: August 13, 2004

_____
Heidi E. Harvey (BBO #548114)
Denis Ticak (BBO #656536)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
TEL: (617) 542-5070

OF COUNSEL:

Robert A. Stein
Robert Stein and Associates, PLLC
One Barberry Lane
Concord, NH 03301
TEL: (603) 228-1109
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid and by facsimile on August 13, 2004.

*[signature]*

20920960.doc