UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BENOÎT ROLLAND,

    Plaintiff,

v.

PETER PRIER & SONS VIOLINS, INC.,
SPICCATO FRENCH AMERICAN BOWS,
INC., PETER PAUL PRIER, PAUL STEWART
PRIER, and JON HATCH,

    Defendants.

Civil Action No. 04-11491 RWZ

## PLAINTIFF'S ASSENTED TO MOTON FOR A FURTHER FIVE (5)- DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff requests, with the assent of the defendants, an extension of time of five (5) days, up to and including Monday, August 23, 2004, to respond to defendants' motions to dismiss.

Plaintiff has twice, with defendants' consent, sought one-day extensions of time to respond to the motion to dismiss, which response was originally due on Friday, August 13, 2004.

The purpose of the prior motions and of this motion is to permit counsel for the parties to confer on the issues raised in the motions to dismiss, including whether and in what manner to engage in limited jurisdictional discovery directed to the issues raised by the motions to dismiss.

The parties are continuing to discuss the issues in good faith and are confident that, within the further five (5) day requested extension of time, they will agree on the terms and schedule for limited jurisdictional discovery and a revised briefing schedule for the motions to dismiss, which they will present to the Court by motion for leave to conduct such discovery and extend the briefing schedule accordingly.

The requested extension of time will allow the parties to continue negotiating in good faith for cooperative discovery that may, in turn, narrow or obviate issues in dispute on the pending motions to dismiss.

WHEREFORE, plaintiff respectfully requests that the Court allow this motion.

Dated: August 17, 2004

_____
Heidi E. Harvey (BBO #548114)
Denis Ticak (BBO #656536)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
TEL: (617) 542-5070

OF COUNSEL:

Robert A. Stein
Robert Stein and Associates, PLLC
One Barberry Lane
Concord, NH 03301
TEL: (603) 228-1109
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document PLAINTIFF'S ASSENTED TO MOTION FOR A FURTHER FIVE (5) DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS was served upon each other counsel of record for the parties by first class mail, postage prepaid, this 17th day of August, 2004.

_____

20906595.doc