UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOÎT ROLLAND,<br><br>       Plaintiff,<br><br>v.<br><br>PETER PRIER & SONS VIOLINS, INC.,<br>SPICCATO FRENCH AMERICAN BOWS,<br>INC., PETER PAUL PRIER, PAUL STEWART<br>PRIER, and JON HATCH,<br><br>       Defendants. | Civil Action No. 04-11491 RWZ |

### ASSENT TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PRELIMINARY INJUNCTION MOTION; OPPOSITION TO MOTION TO STAY

Plaintiff Benoît Rolland, through its counsel, assents to defendants' request for an extension of time up to and including September 17, 2004.

The Court's notice of hearing on the preliminary injunction motion for October 14, 2004, was transmitted electronically on Friday, September 3, 2004.

On Saturday, September 4, 2004, by e-mail message to all counsel for the defendants, the undersigned informed opposing counsel that in view of the hearing date, plaintiff withdrew any objection to the additional time requested for briefing in response to the preliminary injunction motion. The undersigned also informed opposing counsel that plaintiff continued to oppose a stay of the preliminary injunction motion and also reserved the right to seek a temporary restraining order if it became aware of increased activity in the subject goods between now and the preliminary injunction hearing.

In an e-mail response received on Monday, September 6, 2004, opposing counsel informed the undersigned that a motion for an extension of time and stay had already been filed on Friday.

The undersigned agreed to notify the Court that it had no objection to the requested additional briefing time in view of the fact that the Court had scheduled a hearing on the merits.

For the reasons stated and upon the same grounds as stated in its motion for preliminary injunction, plaintiff opposes any stay of the preliminary injunction issue and hearing.

Dated: September 7, 2004

*[signature]*
Heidi E. Harvey (BBO #548114)
Denis Ticak (BBO #656536)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
TEL: (617) 542-5070

OF COUNSEL:

Robert A. Stein
Robert Stein and Associates, PLLC
One Barberry Lane
Concord, NH 03301
TEL: (603) 228-1109
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid and by facsimile on September 7, 2004.

*[signature]*

20920960.doc