UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
BENOÎT ROLLAND,  )   Civil Action Number: 04CV11491 RWZ
  )
        Plaintiff,  )   **DEFENDANTS REPLY TO PLAINTIFF'S**
  )   **OPPOSITION, IN PART, TO DEFENDANTS'**
  )   **MOTIONS TO DISMISS; OPPOSITION**
  )   **TO PLAINTIFF'S MOTION FOR**
v.  )   **LIMITED JURISDICTIONAL DISCOVERY;**
  )   **AND MOTION FOR A STAY,**
  )   **DEFENDANTS' MOTION FOR A**
PETER PRIER & SONS VIOLINS, INC.,  )   **STAY, OR, IN THE ALTERNATIVE,**
SPICCATO FRENCH AMERICAN BOWS,  )   **MOTION UNDER RULE 6(b),**
INC., PETER PAUL PRIER, PAUL STEWART  )   **Fed.R.Civ.P. FOR EXTENSION OF**
PRIER, and JON HATCH,  )   **TIME FOR DEFENDANTS TO**
  )   **RESPOND TO PLAINTIFF'S MOTION**
        Defendants.  )   **FOR A PRELIMINARY INJUNCTION**
---------------------------------------------------------------X

On August 23, 2004 Plaintiff filed an Opposition, in part, to Defendants' Motion to Dismiss, with a Motion for Limited Jurisdictional Discovery. Defendants reply, in part, by opposing the jurisdictional discovery as requested by plaintiff.

On August 23, 2004, Plaintiff also filed a Motion for a preliminary injunction. Defendants, Peter Prier & Sons Violins, Inc., Spiccato French American Bows, Inc., Peter Paul Prier, Paul Stewart Prier, and Jon Hatch, hereby further move for a Stay of the briefing and hearing schedule on Plaintiff's Motion for a Preliminary Injunction pending resolution of Defendants' Motions to Dismiss, or in the alternative, Defendants move under Rule 6(b), Fed. R.Civ.P., for an Order extending for ten (10) days, to and including September 16, 2004, the time within which Defendants may respond to Plaintiff's Motion for a Preliminary Injunction.

A Stay of the Briefing and Hearing schedule on Plaintiff's Motion for a Preliminary Injunction, filed on August 23, 2004, is appropriate in view of the pending Motions to Dismiss under Rule 12 (b) for lack of Jurisdiction and improper venue, filed on July 30, 2004. In the absence of jurisdiction over a party, the Court cannot properly enjoin that party and thus, the

Motions to Dismiss need to be resolved prior to a preliminary injunction. If the Court will not entertain a stay of the Briefing and hearing schedule, defendants will at least need a ten day extension of time to respond to the complex recitation of facts set forth in Plaintiff's moving papers.

In support of this Motion, Defendants are filing a Memorandum of Law, and based thereon, Defendants request that the briefing and hearing schedule on Plaintiff's Motion be Stayed or that Defendants Peter Prier & Sons Violins, Inc., Spiccato French American Bows, Inc., Peter Paul Prier, Paul Stewart Prier and Jon Hatch be given an extension until September 16, 2004 to respond to Plaintiff's Motion.

### Statement Under Local Rule 7.1 (A)

The counsel for Defendants has conferred by email with counsel for Plaintiff and attempted in good faith to resolve this matter. Plaintiff, however, refused to consent to a stay pending resolution of the jurisdictional issues and has refused to consent to the requested extension of time to respond to the motion unless Defendants agreed to unreasonable conditions, tantamount to conceding the Motion. As Defendants are unable to agree to the conditions, this Motion was required.

Respectfully Submitted,

PETER PRIER & SONS VIOLINS,
INC., et al.
By their attorneys,

/s/ Mary K. Murray

John L. DuPré (BBO #549659)
Mary K. Murray (BBO #654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
Telephone: (617)341-0036
Attorneys for Defendants

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on September 3, 2004.

*/s/ Mary K. Murray*
Mary K. Murray

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;497192;1