UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOÎT ROLLAND<br><br>    Plaintiff,<br><br>vs.<br><br>PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH.,<br><br>    Defendants. | Civil Action Number: 04CV11491 RWZ<br><br>**OPPOSITION OF DEFENDANTS PETER PAUL PRIER AND PETER PRIER & SONS VIOLINS, INC. TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Defendants, Peter Paul Prier and Peter Prier & Sons Violins, Inc. submit this Opposition to the Motion by Plaintiff Benîot Rolland, for a Preliminary Injunction. Filed herewith in support of this opposition are:

1)  Memorandum on Behalf of Peter Paul Prier and Peter Prier & Sons Violins, Inc. in Opposition to Plaintiff's Motion for Preliminary Injunction;

2)  Counter Declaration of Peter Paul Prier;

3)  Declaration of Wayne Burak; and

4)  Second Counter Declaration of Paul Stewart Prier.

Also in support of this Opposition are the following documents previously filed in this matter:

5)  Declaration of Peter Paul Prier, filed July 30, 2004; and

6)  Supplemental Declaration by Peter Paul Prier, filed July 30, 2004.

Based on these filings, Defendants, Peter Paul Prier and Peter Prier & Sons, Inc. request that the Court deny Plaintiff's Motion for a Preliminary Injunction against them.

DATED this 17th day of September, 2004.

        Respectfully Submitted,
        PETER PRIER & SONS VIOLINS,
        INC., et al.
        By their attorneys,


        _/s/ John L. DuPré_____
        John L. DuPré (BBO #549659)
        Mary K. Murray (BBO #654194)
        Hamilton, Brook, Smith & Reynolds, P.C.
        530 Virginia Road
        P.O. Box 9133
        Concord, MA 01742-9133
        Telephone: (978) 341-0036
        Attorneys for Defendants

Of Counsel:

Lynn G. Foster
Law Offices of Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, Utah 84102
Tel. (801) 364-5633
Fax (801) 355-8938

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on September 17, 2004.

                                          _____/s/ Mary K. Murray_____
                                              Mary K. Murray

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;500067;1