IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOIT ROLLAND<br><br>　　　Plaintiff,<br><br>vs.<br><br>PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH,<br><br>　　　Defendants. | DECLARATION OF WAYNE BURAK<br><br><br><br>Civil No. 04CV11491 RWZ |

I, Wayne Burak, declare as follows:

1. I am a citizen of the United States of America residing in the State of Texas.

2. I am over the age of 21 and competent to testify.

3. I have personal knowledge of the matters set forth herein.

3. As a professional cello player, the SPICCATO bow is of first class quality and this bow has everything a professional player needs.

4. As a professional cello player, the current generation of SPICCATO bows is superior to the older generation of SPICCATO bows in playability, quality and esthetics and Spiccato French American Bows keeps improving their product.

5. As a professional cello player, I currently endorse this bow and look forward to continuing to endorse this bow.

quality and this bow has everything a professional player needs. Customer service is excellent. Wayne Burak and Associates sells SPICCATO bows to professional players and the bow's reputation for quality keeps growing along with demand.

    7.    I currently endorse the SPICCATO bow and look forward to continuing to endorse this bow.

    8.    Wayne Burak and Associates is a high end string instrument retail shop and has been for many years. Whether Benoit Rolland's name is on the bow or it is not is irrelevant to sales. Few people know of him and his name association with the bow is inconsequential.

    9.    As a professional cello player, I personally use a SPICCATO bow and am and have always been fully satisfied, indeed impressed, with its quality.

Under penalty of perjury, I swear the foregoing to be true.

_____
WAYNE BURAK

Sept. 14, 2004
_____
DATE

\2004\___\Declaration of Wayne Burak.rtf