UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOÎT ROLLAND<br><br>Plaintiff,<br><br>vs.<br><br>PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH.,<br><br>Defendants. | Civil Action Number: 04CV11491 RWZ<br><br>**SECOND COUNTER DECLARATION OF PAUL STEWART PRIER** |

I, Paul Stewart Prier, declare as follows:

1. In the ordinary course of the business of Spiccato French American Bows, Inc. (SFAB), endorsements and testimonials are frequently obtained.

2. Attached hereto as Exhibit "A" is an endorsement/testimonial from Nick Hoffman and, as Exhibit "B," his biographical information.

Under penalty of perjury, I declare the foregoing to be true.

_____
PAUL STEWART PRIER

9/15/04
_____
DATE

# EXHIBIT "A"

-------------------------- Original Message --------------------------
Subject: bow evolution
From:   Nickfiddle@aol.com
Date:   Wed, September 8, 2004 8:59 pm
To:     spiccatobows@yahoo.com
----------------------------------------------------------------------

When I first played a Spiccato, I loved it. Plain and simple. I had always been a traditionalist when it came to bows, and within a few minutes the Original Spiccato made me a believer that modern technology can produce the same, or even better results as the time-tested wood bows.

There wasn't much to improve on in the first bow I tried 4 years ago. But the tireless engineers at Spiccato kept saying, "Nick, try this new generation bow." And I'd say, "what was wrong with the last one?" Today's bows are even more structurally sound and can take more extreme adjustments then the early generation bows. They are more responsive and better balanced. Those are things that can only come through years of experience and experimentation.

I use three bows nightly on stage. One is the first Spiccato I ever had. One is an Arpege, and the other is a brand new bow that is the latest and best Spiccato bow ever.

Moral of the story: Spiccato has always made exceptional bows. But, they have always found ways to make a great thing better, and they always will.

9/13/2004

# EXHIBIT "B"

Nick Hoffman Short Bio

Nick Hoffman is one of the most dynamic violinists in music today. His nearly "out of control" stage antics set him apart from most players, and sets him at the forefront of a new generation of violinists who refuse to be bound by "classic" standards. He has toured with Nashville superstar and 2003 ACM Male Vocalist of the Year Kenny Chesney for the past 4 years, playing as part of the top selling tour in country music, and the #3 selling tour in all genres. You can hear Nick on Kenny's last 3 multi-platinum records, including the most recent "When The Sun Goes Down", in stores now.
Nick has taken Spiccato bows to the Tonight Show with Jay Leno, Late Night with Conan O'Brien, NBC's The Today Show, The Jimmy Kimmel Show, The American Music Awards, The CMA and ACM Awards, Fox and Friends, and in performance with Kid Rock, Tim McGraw, John Mellencamp, Faith Hill, Poison, Trace Adkins, and many more of today's top artists.

Catch Nick on Tour with Kenny Chesney. Check out www.kennychesney.com for their schedule.