UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOÎT ROLLAND<br><br>    Plaintiff,<br><br>vs.<br><br>PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH.,<br><br>    Defendants. | Civil Action Number: 04CV11491 RWZ<br><br>**OPPOSITION OF DEFENDANTS PAUL STEWART PRIER AND JON HATCH TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Defendants, Paul Stewart Prier and Jon Hatch submit this Opposition to the Motion by Plaintiff Benîot Rolland, for a Preliminary Injunction. Filed herewith in support of this opposition are:

1) Memorandum on Behalf of Paul Stewart Prier and Jon Hatch in Opposition to Plaintiff's Motion for Preliminary Injunction;

2) Counter Declaration of Paul Stewart Prier;

3) Counter Declaration of Jon Hatch; and

4) Declaration of Lee Baroldy.

Also in support of this Opposition are the following documents previously filed in this matter:

5) Declaration of Paul Stewart Prier, filed July 30, 2004;

6) Declaration of Jon Hatch, filed July 30, 2004;

7) Declaration of Peter Paul Prier, filed July 30, 2004;

8) Supplemental Declaration by Paul Stewart Prier,

      filed July 30, 2004; and

9) Supplemental Declaration by Jon Hatch, filed July 30, 2004.

Based on these filings, Defendants, Paul Stewart Prier and Jon Hatch request that the Court deny Plaintiff's Motion for a Preliminary Injunction against them.

DATED this <u>17th</u> day of September, 2004.

                                            Respectfully Submitted,
                                            PETER PRIER & SONS VIOLINS,
                                            INC., et al.
                                            By their attorneys,

                                            ___/s/ John L. DuPré_____
                                            John L. DuPré (BBO #549659)
                                            Mary K. Murray (BBO #654194)
                                            Hamilton, Brook, Smith & Reynolds, P.C.
                                            530 Virginia Road
                                            P.O. Box 9133
                                            Concord, MA 01742-9133
                                            Telephone: (978) 341-0036
                                            Attorneys for Defendants

Of Counsel:

Lynn G. Foster
Law Offices of Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, Utah 84102
Tel. (801) 364-5633
Fax (801) 355-8938

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on September 17, 2004.

                                                _____/s/ Mary K. Murray_____
                                                   Mary K. Murray

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;500114;1