**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BENOIT ROLLAND<br><br>      Plaintiff,<br><br>vs.<br><br>PETER PRIER & SONS VIOLINS, INC.,<br>SPICCATO FRENCH AMERICAN BOWS,<br>INC., PETER PAUL PRIER, PAUL<br>STEWART PRIER, and JON HATCH,<br><br>      Defendants. | **COUNTER DECLARATION OF**<br>**JON HATCH**<br><br><br>Civil No.  04CV11491 RWZ |

I, Jon Hatch (sometimes Jon), declare as follows:

1.　　I reaffirm the truthfulness of my two prior declarations in this matter.

2.　　This declaration is being provided  because the Declaration of Benoit Rolland is laced with untruths and overall is misleading. This declaration will provide the Court with an informed basis upon which to make its decisions on personal jurisdiction.

3.　　Peter Prier and Sons, Inc. (PPS), formerly Peter Paul Prier, Inc. (PPPI) is in all ways independently operated. Spiccato French American Bows, Inc. (SFAB) operates in all ways independent. Since incorporation of SFAB in December 1997 PPPI/PPS discontinued making and selling synthetic bows.

4.    PPS does not control SFAB and vice versa. I have nothing to do with the day-to-day business operations of PPS and never have. My father-in-law, Peter Paul Prier (Peter) devotes and has devoted full time and all of his energy to the management and operation of PPS, independent of SFAB. PPS has as its primary purpose the hand crafting of string musical instruments (violins, cellos, violas and basses) from wood .

5.    On the other hand, SFAB is operated on a day-to-day basis by me and Paul Stewart Prier (Paul), without any significant involvement by Peter. I never have been involved with PPS.

6.    I am an expert in synthetic bow making, but not wooden bow making.

7.    I am not an officer of PPS and have never participated in the business activities of PPS. I am an expert in making synthetic bows, but I am not trained or skilled in making wooden bows.

8.    Peter has long term expertise in hand crafting violins and other string instruments, in playing the violin, in regularly appraising wooden string instruments and wooden bows and in restoration of string instruments.

9.    Neither I nor any business with which I am or have been associated has ever been involved in litigation, until now.

10.    I am informed, beginning in about 1993, PPPI bought some SPICCATO bows from SARL Benoit Rolland (SBR), a French company, and that no purchase of SPICCATO bows was made from Benoit Rolland himself. See attached Exhibit "1," a 1993 SPICCATO shipping receipt from SBR.

11.    I am informed, parts for making the SPICCATO bows in France were purchased by SBR, not Mr. Rolland. See attached Exhibit "2."

12.    Later, I am informed, PPPI (and not Peter, Paul or Jon) became a distributor in the U.S. of SPICCATO bows for SBR. See attached Exhibit "3," pointing out clearly that PPPI, not the individuals, was to be the distributor. See also attached Exhibit "4," ("$568.00, plus shipping from P.P.P. , Inc."), attached Exhibit "5 " ("OK for all order and payments to go through PPP") and attached Exhibit "6 " (" a new document about SPICCATO on which I quote your name (P.P.P., Inc.) and explain you are only one agreed firm for U.S.").

13.    I am advised, PPPI, as a distributor, purchased French made SPICCATO bows from SBR, not Mr. Rolland. See attached Exhibit "7," a wire transfer to SARL BENOIT ROLLAND, the French company.

14.    Because of Peter's interest in the SPICCATO bow and the long-term financial difficulties of SBR, I am informed, PPPI invested $40,000.00 in SBR and received a 13% and later a 45% ownership of SBR. See attached Exhibits "3," "8," "9," "10 " and "11."

15.    When it was decided that SBR would discontinue business, PPPI (one of the two shareholders of SBR) and/or SFAB, not Mr. Rolland, negotiated the purchase of the assets of SBR for the benefit of SFAB. See attached Exhibit "12 " ("$54,333.00 were paid to the SARL Benoit Rolland [SBR]...buying...clients for carbon fiber bows.").

16.    The other shareholder, Mr. Rolland, purchased no assets from SBR.

17.    SBR was the user in France of the marks SPICCATO, ARPÉGE, B. ROLLAND and BENOIT ROLLAND on synthetic bows. Mr. Rolland did not use these  marks, in a personal capacity, on synthetic bows.

18.     Perhaps the most telling part of Mr. Rolland's Declaration is his silence as to his false claim of ownership of intellectual property (IP) forming the basis of the purported license thereof, first to PPPI and thereafter to SFAB, once SFAB was formed. Until the present dispute, all of the Defendants were poorly informed concerning IP (patents, copyrights, trademarks and trade secrets) and relied upon the representations of Mr. Rolland.

19.     So when Mr. Rolland told us he needed to be compensated for use of trademarks, trade secrets and patents, because he owned these rights, Peter, Paul, I, PPPI/PPS and  SFAB believed and reasonably accepted his claim of IP ownership.

20.     It turns out that Mr. Rolland owned only one U.S. Patent and some corresponding foreign patents which have very limited value, I am now informed. Coverage is confined to an adjustment mechanism placed at the proximal end of SPICCATO bows. Other suitable adjustment devices, outside the patent, are available. Mr. Rolland misrepresented the patent as having much greater value than is the case. Further, since the adjustment  mechanism of the patent was made under the auspice of  SBR,  I am advised and believe that patent ownership was vested or should have been vested in SBR, not Mr. Rolland. Note Mr. Rolland's admission in attached Exhibit "13 " ("The Company (SARL Benoit ROLLAND) created to finance the research and handle the patents...").

21.     I understand trademark rights accrue to the user of the marks, not to a sole or part owner of a company, where the user is a company. The user in France of SPICCATO, ARPÉGE, B. Rolland, Benoit Rolland and the image of Mr. Rolland on or in conjunction with synthetic bows was not Mr. Rolland personally, but rather was SBR, in which PPPI had part ownership position, first 13% and later 45%, in return for the payment of $40,000.00.

22.    It is now clear to me from Mr. Rolland's own admission in the form of French Trademark Registration of SPICCATO (Exhibit "14"), that the user and owner of the marks identified in paragraph 21 above was SBR, not Mr. Rolland.

23.    On at least two occasions Mr. Rolland acknowledged that SFAB was the owner of the mark SPICCATO. See attached Exhibit "15" ("SPICCATO was registered in France....This brand [SPICCATO] must be registered by the company French American Bows, Inc.") and Exhibit "13 " ("the name *SPICCATO* was deposited in France for the *SARL Benoit Rolland*. The brand name is registered with *Spiccato French American Bows, Inc.*, in Salt Lake City").

24.    I am advised that when PPPI/SFAB purchased for the benefit of SFAB all or substantially all of the assets of SBR and thereafter SBR discontinued doing business, that PPPI/SFAB, for the benefit of SFAB, acquired the trademarks owned by SBR, i.e. SPICCATO, ARPÉGE, B. Rolland, Benoit Rolland and Mr. Rolland's image, for use on or in conjunction with synthetic bows. I believe ownership of the U.S. and foreign patents should have been vested in SBR and that when the assets of SBR were purchased by PPPI/SFAB for the benefit of SFAB, ownership of the patents should have been so obtained by PPPI/SFAB.

25.    Mr. Rolland made his own decision that he should close SBR and move to the U.S.. In fact, PPPI, as a substantial shareholder in SBR, would likely have been better off had SBR remained an active business in France (See Exhibit "16 "). Mr. Rolland chose on his own to come to the U.S.. He did so because he and SBR had acute financial problems and he wanted to limit the award received by his wife in a pending French divorce proceeding (See Exhibit "17 "). If, under French law, Mrs. Rolland was entitled to one-half of Mr. Rolland's 55% ownership of SBR, then PPPI would have had control of SBR. So acute were these financial problems that Mr. Rolland often caused SBR to sell defective synthetic bows just so SBR could remain solvent.

26.    Paul challenged Mr. Rolland's intent to come to the U.S.. See Exhibit "18 " ("I think
if the French business remains, it would be good to keep the investment").

27.    Inclusion of references to Mr. Rolland on the bow making website of PPS and on the
Spiccato website were based with his approval and insistence. He wanted maximum recognition
through the wooden bow making school and believed maximum association with the synthetic bow
business of SFAB would enhance sales of SPICCATO bows thereby enlarging Mr. Rolland's claim
to royalties, once SFAB became profitable. See attached Exhibit "19 " ("send me quickly for the
WEB page: photos of you [and] your written autobiography,..."). Placing his name on the
SPICCATO bows was a unilateral decision by Mr. Rolland. See Exhibit "20."

28.    Because of the purported license granted by Mr. Rolland to SFAB and Mr. Rolland's
desire to be highly regarded in the wooden bow making field, it never occurred to me prior to this
suit that references to Mr. Rolland should be removed from the PPS and SFAB websites. Mr.
Rolland never demanded such removal until perhaps two months ago, in the context of this suit. All
references to Mr. Rolland and his image were promptly removed from the websites of PPS and
SFAB, not on the merits, but to shrink the size of this dispute.

29.    As to the domain name registrations of "b rolland" and "benoit rolland," Mr. Rolland
knew of these registrations, made to keep them from falling into the hands of others, and never
objected.  These domain names were never used and were relinquished upon demand by Mr.
Rolland, not because any Defendant had violated any right of Mr. Rolland but because these domain
names have no commercial value to SFAB. Relinquishment also reduces the size of this litigation.

30.    After Mr. Rolland's misguided and false claim of poor quality synthetic bows originating with SFAB, I inspected SPICCATO and ARPÉGE bows and found these bows to be of outstanding quality.

31.    There never was any commitment allowing Mr. Rolland to personally control quality of synthetic bows, made in Salt Lake City (first at PPPI and then at SFAB). Mr. Rolland never did any significant control of quality. There was, however, a joint or common intent to produce high quality synthetic bows. See Exhibit "21" ("one of us...[will need] to oversee quality control"). Mr. Rolland was not in Salt Lake City at any time from Summer 1997 (when PPPI started manufacturing synthetic bows) until the present suit, except for a short term visit of a few days on only a few occasions and when he taught at PPS's bow making school. Mr. Rolland was only significantly in Salt Lake City when he taught at the wooden bow making school from October 1999-May 2000, and from October 2000- May 2001. Since May 2001, Mr. Rolland abdicated whatever role he claims he had in exclusively controlling quality of synthetic bows made by SFAB in Salt Lake City.

32.    I believe if one is entitled to control quality but does not do so, that person forfeits or waives the right to control quality. Further, I believe if one claiming the right to control quality is not the trademark owner, that person has no right to control quality.

33.    Mr. Rolland pretends that he only recently learned of SFAB's new multi-cavity molds and the technology being used currently by SFAB. To the contrary, he helped in exchange for $3,000.00 (before he left Salt Lake City) make the multi-cavity molds (in conjunction with SFAB and Radius Engineering) concerning which he now complains. Mr. Rolland was intimately involved in the transition to the design and use of the multi-cavity molds. Mr. Rolland was, therefore, an active participant in the transition to multi-cavity molds by which much higher quality

bows are now made using a better and less dangerous resin. A photograph of the multi-cavity molds is attached as Exhibit "22 ."

34.    To reassure the Court that SFAB vigorously controls the quality of its synthetic bows at a high level, attached, as Exhibit "23 ," is the written quality control standards of SFAB. Exhibit "24 ," also attached, comprises signs near the multi-cavity molds, reminding all of the importance of maintaining high quality in the manufacture of synthetic bows.

35.    Mr. Rolland mischaracterizes bows, he claims he examined, as being "warp." Warpage occurs when the distal tip is significantly outside (left or right) of a plane containing the stick, which prevents the warped bow from accurately creating musical notes of proper pitch and tone. Warpage is shown in Exhibit "24A," a photograph of one of SBR's SPICCATO bows made in France. A large number of old French system bows have been returned because of warpage.

36.    It is well known in string instrument bows that a compound camber may be used in the stick by which musical  notes of high quality are played. Not all  artists prefer a compound camber in their bows, but some do. The bows Mr. Rolland claims to have examined have a compound camber, allowing the playing of high quality musical notes. Many of the SPICCATO bows made in France by SBR have a compound camber. No bows have been returned because of camber issues.

37.    Johnson's Store in Boston would return to SFAB any defective SPICCATO or ARPÉGE bow for replacement and would not offer the same to retail customers. Mr. Rolland's quality control assertions are contrived.

38.    Even if Mr. Rolland once had and did not forfeit a right to control quality, I understand that the quality standard which applies when manufacture changes from one company to another is an "equal quality standard." So, if on a scale of 0 to 10, the old standard was a 2, the new standard would be a 2.

39.    In light of paragraph 38 above, it is important for the Court to know the level of quality of SBR in France for synthetic bows. Please note the following:

a.    There was a time when SBR had, in what Mr. Rolland called the "museum," something on the order of 250 seriously defective synthetic bows (a value of perhaps $350,000.00 at $1,400.00 per bow). I saw the museum. These were not the only rejects and returns of SBR and they covered only about three years at most (1993-1996).

b.    The reason SBR had so many rejects and returns over such a short period of time was because Mr. Rolland is not and has never been an expert in selection of molds, synthetic resins nor molding methodology, and, due to financial restraints, made poor decisions in how and from what synthetic resin the bows were to be made by SBR. Defects in the synthetic bows made by SBR included time warpage due to room temperature curing, exposed and unexposed bubbles or voids, where the exposed voids were filled with superglue, the residual toxic effect to the buyer/user caused by the toxic nature of the resin used, and frequent peeling and other paint (varnish) problems.

c.    So, on a regular basis, SBR had substantial defects in and returns of synthetic bows, warpage being a common defect.

d.    As recently as last month, a professional musician located in Europe, could no longer get her high priced SPICCATO bow, made in France by Mr. Rolland and purchased from SBR, to play high quality notes.

In the ordinary course of the business of SFAB, this European musician has asked SFAB to provide a replacement SPICCATO bow. Photographs of this defective SBR SPICCATO bow are attached as Exhibit "25 A ."

e.  Attached as Exhibit "25," are documents evidencing defective French made SBR SPICCATO bows.

f.  A single cavity mold of the type PPPI/SFAB purchased from SBR is per se not cost effective. It is difficult, if not impossible, to become profitable using a single cavity mold. It was important to Mr. Rolland and SFAB to manufacture and sell the maximum number of synthetic bows so as to become profitable.

g.  The SBR mold purchased by PPPI/SFAB was a squish mold which was manually filled. Curing was long term, at room temperature, further adding to the lack of cost effectiveness. The process was imprecise.

h.  The resin selected by Mr. Rolland and used by SBR in France was highly toxic to the skin and the respiratory system of human beings operating or near the molding system. This required use of protective clothing (suits), gloves and a respirator. Even then, those using the system experienced adverse health symptoms. Mr. Rolland stopped doing the actual manufacture of synthetic bows in France. Thereafter, SBR used other employees, subjecting them to the health risks, one

of whom developed a lung problem with a persistent and chronic cough.

i.   Mr. Rolland did not provide PPPI/PPS and SFAB with sufficient warning about the dangers of the toxic resin, selected by Mr. Rolland and used by SBR. As a result, I developed skin irritation and an allergy on my hands and body when I began using the SBR molding technology in Salt Lake City, even though I wore the protective clothing (a suit), gloves and a respirator. Mr. Rolland knew of this serious health issue and knew or should have known that a different resin was essential to protect the health of those using the technology. I fear that continued use of the resin selected by Mr. Rolland and used earlier in France by SBR would have resulted in further health issues for employees and caused EPA and/or OSHA problems.

j.   In late Winter or early Spring 2001, Radius Engineering (Radius), of Salt Lake City, was involved in the design of what became the current multi-cavity mold. Mr. Rolland was extensively involved, in conjunction with Paul, Jon and Radius, in the design of the mutli-cavity molds. For example, Mr. Rolland sat at a design computer with personnel of Radius and of a company known as Viewpoint to set the curvature of the cavities in order that the camber of the sticks would be correct. Mr. Rolland fully understood the nature of the new molds, consented thereto, knew they would be used to produce

synthetic bows and never in any way objected. Thereafter, Mr. Rolland moved from Salt Lake City.

k.    Given the foregoing, Mr. Rolland's claim that in 2004 he learned for the first time of SFAB's new molds and new bow making technology is a stranger to the truth. Mr. Rolland approved and assented to the new molds and new technologies being pursued in the late Winter or early Spring of 2001. This technology was commercially implemented in middle 2002, after mold refinement and testing were completed.

40.    As stated above, Mr. Rolland was physically elsewhere most of the time from September 1997 (when PPPI, with Mr. Rolland's consent, began manufacturing synthetic bows), until the filing of this suit (a total of over seven years). Therefore, Mr. Rolland could not have and did not in fact exercise quality control over synthetic bow manufacture by PPPI in Salt Lake City from September 1997, until near the first of 1998, when SFAB was formed and began manufacture of synthetic bows in Salt Lake City. Likewise, Mr. Rolland was not in Salt Lake City to exercise quality control over SFAB: (a) from December 1997, until October 1999 (a total of about 20 months); (b) from May 2000, until October 2001 (about 5 months); (c) from May 2001, until 2004, when the suit was filed (about 36 months).

41.    When in Salt Lake City from October 1999- May 2000, and October 2000-May 2001, Mr. Rolland in fact busied himself at the wooden bow making school and spent very little time at the SFAB facility. During those times, Mr. Rolland did not exercise quality control. Mr. Rolland did state several times that the synthetic bows made in Salt Lake City were of higher quality than the synthetic bows made in France by SBR.

42.     In summary, during the nearly 80 months synthetic bows have been manufactured in Salt Lake City up to the filing of the present suit., Mr. Rolland was in Salt Lake City for about 16-17 months and never controlled quality in any material way during these 16-17 months.

43.     Only when Mr. Rolland relocated to Boston and filed the present suit did he concoct his "high quality and right to control" position.

44.     Mr. Rolland, ignoring the $100,000.00 previously paid, feigns poverty and claims failure by SFAB to pay royalties (which are not yet due) is the cause of his impoverished existence. To the contrary, Mr. Rolland has obtained and continues to have a very large income from hand made wooden bows. On one occasion, I understand he made an expensive wooden bow in three days and sold it for about $15,000.00, using maybe $500.00 in materials. I watched Mr. Rolland make this bow.

45.     Mr. Rolland, while not a prominent celebrity, makes a good wooden bow. The demand for such wooden bows is and for a long time has been high. I am informed, Mr. Rolland could make 50-70 wooden bows per year at $4,500.00- $9,000.00 each (gross income $225,000.00-$630,000.00). While Mr. Rolland has a good reputation in wooden bows, he has a mixed reputation in synthetic bows, due to poor quality of many SBR bows. See Exhibit "26."

46.     All wooden bow makers keep a log (or black book) of all bows made and sold (typically by consecutive numbers), the price, the buyer and the date. The best evidence of the number of wooden bows made by Mr. Rolland would be his log. It is easy to leave undeclared, for tax purposes, some bows made and sold under the table by a given wooden bow maker. Mr. Rolland has done so before. See Exhibit "26 A " ("I will have to make money under the table!").

47.    SFAB did not learn of Mr. Rolland's efforts to federally register "B. ROLLAND" and "BENOIT ROLLAND" until it was too late to oppose registration. See Exhibit "27" ("all periods for opposition have expired"). While SFAB once believed Mr. Rolland's claim of ownership for synthetic bows, SFAB now has an informed understanding that SBR not Mr. Rolland was the original owner. SFAB could institute cancellation proceedings on both registrations. Mr. Rolland misled PPPI/SFAB into believing that he owned these marks for synthetic bows, but I now understand that PPPI/SFAB acquired these names for synthetic bows when PPPI/SFAB acquired the assets of SBR. Nevertheless, SFAB has elected to separate its business from Mr. Rolland. The steps taken to date are: (a) relinquishment of domain names "brolland" and "benoitrolland"; (b) removal of all references on the PPS and SFAB website to Mr. Rolland, including his image; (c) removal of B. ROLLAND from all synthetic bows currently being manufactured and which will be hereafter manufactured; and (d) removal of all references to and the image of Mr. Rolland from all literature and advertising.

48.    Contrary to the assertion of Mr. Rolland, no Defendant concedes that Mr. Rolland has a cause of action for trademark infringement.

49.    In my view, the few sales of synthetic bows made by SFAB into Massachusetts have not been systematic, continuous or substantial, only intermittent. All bows sold into Massachusetts by SFAB were of high quality and much higher than the quality of synthetic bows made by SBR.

50.    For the reasons presented in prior declarations, Peter, Paul, Jon and PPS do not have a jurisdictional presence in Massachusetts.

51.     While Mr. Rolland's attorney claims the Defendants consented to jurisdictional discovery, none of the Defendants knew of and none consented to jurisdictional discovery. I am informed that our lawyer's e-mail became infected with a virus and his voice-mail system malfunctioned and could not be retrieved for several days. Jurisdictional discovery is not needed because Mr. Rolland is intimately and thoroughly familiar with the absence of activities in Massachusetts by Peter, Paul, Jon and PPS and the very limited activities of SFAB there. It is disingenuous for Mr. Rolland to play dumb.

52.     The business plan to which Mr. Rolland refers in his declaration was only one of many, non-binding and overly optimistic business plans and forecasts. The proposed patent protection fund was to have been for infringement purposes.

53.     Mr. Rolland's declaration is imprecise in that he inaccurately refers to "the Prier family," "Peter," "the Defendants," "the venture," etc. when the reference should be more precise (such as "PPS" and "SFAB") to be accurate.

54.     The SPICCATO and ARPÉGE bows are not patentable inventions, but are public domain articles, with which no trade secrets are associated and certainly none owned by Mr. Rolland personally. Mr. Rolland's patent protection, the ownership of which is in question, is confined to the mechanical adjustment mechanism at the proximal end of SPICCATO bows.

55.     Mr. Rolland was a W4 person in Salt Lake City, and never a partner in anything. He declined to become shareholder in SFAB because he wanted to avoid a claim by his wife who was divorcing him. Mr. Rolland's movement away from ownership in SFAB began before he arrived in Salt Lake City. See Exhibit "28" ("No problem for me if I am not involved...I share a part of the profits.").

56.    While Mr. Rolland argues to the contrary, negotiations to settle his compensation (based on his false claims of IP ownership) were on going in 2000 and 2001 (as well as thereafter). See Exhibit "29" ("Mr. Lavergne has the contract [proposed contract]...improved or modified" and "I was kind enough to go ahead before contracting").

57.    I see no basis for Mr. Rolland to claim ownership of endorsements and testimonials from third parties. See Exhibit "30," showing testimonials acquired by SFAB, through  Paul's efforts.

58.    Note from Exhibit "31," the separateness of SFAB and PPS.


Under penalty of perjury, I swear the foregoing to be true.


_____
JON HATCH


_____9-3-04_____
DATE

EXHIBIT "1"

cerfa   N° 30-2824

Direction Générale des Douanes et Droits Indirects

**VENTE À L'EXPORTATION**
(BORDEREAU DE VENTE)
de marchandises livrées en France à un voyageur résidant hors de la Communauté Économique Européenne

N° **4221289**

Exemplaire à remettre à l'acheteur (doit être renvoyé au vendeur après visa)

Cadre réservé aux Douanes Françaises

A

Nom du vendeur ou raison sociale : Sarl Benoît ROLLAND

Adresse : Vannes Cedex    C.P. 37    Tél : 97268331

Numéro SIREN : B 38 40 13 330

| Désignation des Marchandises | Nbre | Prix unitaire | Prix Total T.T.C. | TAUX TVA | Mois de la Vente |
|---|---|---|---|---|---|
| Baguette, l'archet de Violon Amoureux | 3 | 4 300 | 15 399,10 | 18,6 | 11,2 |
| | | | | | |
| | | | | | |
| | | | | | |
| B - 1 Prix Total Toutes Taxes Comprises | | | 15 399,10 | | |
| Montant Total T.V.A. | | | 2 399,10 | | |
| B -2 Détaxe accordée lors de l'Achat | | | | | |
| B - 3 Je m'engage à rembourser la somme ci-contre lors du retour du bordereau visé par le service des douanes | | | 2 399,10 | | |

(1) Remplir une de ces deux lignes

le 13,12,93

BENOIT ROLLAND

Signature du Vendeur

**INDICATIONS POUR LE REMBOURSEMENT**

CP 37 - P.I.R.S. - 56018 VANNES Cedex
Tél. (33) 97 26 23 31 - Fax (33) 97 26 29 01
SIREC ou social de 100 000 frs - Siret n° 384 013 330 00017

Réf. 3802

En vente à l'I.C.I., 10, avenue d'Iéna, 75783 PARIS CEDEX 16
Vente par correspondance, B.P. 438, 75233 PARIS CEDEX 05 - Tél. (1) 40 73 37 66 - Télex UCOMIN 206 811 F - Télécopie (1) 43 59 34 36
(1) Dans ce cas barrer dont compte tenu de la Gestion du vendeur

C   Vu Exporter,

DOUANES FRANÇAISES
-8.03.94 000504

D Identité de l'acheteur : BOISSY '94
M. Thatcher et Prus

Nationalité : Américaine

Résidence et adresse à l'étranger : Salt Lake City
Utah 88111 USA

Adresse en France : 5 rue St Saloine
56005 Vannes

Passeport : N° 05 13 59 12
Pièce d'identité :

Signature de l'acheteur

EXHIBIT "2"

Nu de : 49 9195 5340                                                20-06-97   09:54   1
20-JUN-1997  09:56        WALTER PAULUS GMBH                    49 9195 5340   S.01



**Bogenbestandleile**
**Walter Paulus GmbH**

# Telefax - Message

Lohmühlweg 5
91341 Röttenbach
Germany

Firme
Benoit Rolland SARL
4 Rue du Général Weygand

*Call →*
*FRIDAY*

Telefon  (49) 9195 2411
Telefax  (49) 9195 5340

F 56037 Vannes
France

date        20.06.97
fax-no.    0033 2 97 47 14 63

Dear Mr. Rolland,

thank you very much for your kind fax and your information about the USA production.
America is surely a very interesting market. We wish you Mr. Prier good luck.

Yesterday we have sent you 50 Violin Spiccato frogs as well as 6 Violin Spiccato frogs
that have been repaired. We also have included 12 Viola Spiccato frogs that we have had
on stock.

We start the production of the Spiccato and Arpège frogs and they will be finished till
end of July.

Looking forward to hear from you soon we remain

With best regards
Yours sincerely

Helmut Paulus.

*DM,*
*each VIOLIN = 103.60    COMPL.*
*VIOLA   = 111.85        "*
*CELLO   = 128.50        "*
*ARP.    = 37.80         "*

*LARGER ORDERS*
*BETTER PRICE*

EXHIBIT "3"

4/29/94

Dear Benoit,

First, your fax is beautifully clear now! Cleaning the machine was exactly what was needed. Seth is growing every day. He has blonde hair and blue eyes(from his mother), we will send you a photo as soon as they are developed. Andie is larger too, and will not leave the room without Seth!All is well here and I hope it is the same there. Here is what has happened with the three shops.

We have sent one Spiccato to each shop with the booklet and a letter. The price to them is $680.00, your cost is $650.00, and $30.00 to P.P.P., Inc. for handling. Is this O.K. for you? This situation is not permanent, of course.

We have made contact with a very good salesman named Christian Zens. If he agrees to promote the Spiccato, Peter belives we will see at least one Spiccato in approximately 150 shops. In that case, Mr. Zens would recieve a percentage of each sale, but this is much less expensive than a distributor, and the retailer could sell them faster, due to the price.

The other option is to sell them to P.P.P.,Inc. at the wholesale cost and we would do all the distribution. Sadly, the most we could forsee the customer price being is $1200.00 to $1400.00 at this time. I think after Spiccato is established and recommended by players, teachers, and dealers, we could raise the price.

In any case, we would like all the orders and payment of Spiccato to go through Chez Prier because it is very good advertising and we could have more control over salesman, i.e. Mr Zens or anyone else.

If it is possible, we would prefer to leave as much of the original $40000.00 in the investment. I know that there are many considerations, but we feel that Spiccato will be very big and

EXHIBIT "4"



# Peter Paul Prier, Inc.

Luthier

*Specializing in String Instruments, Rare and Contemporary*

(801) 364-3651 or (800) 801-3651        fax 364-3652

308 East 200 South Salt Lake City, Utah 84111



Dear Benoit,

Salut. I am sending this first to your brother in law to assure that no detail is missed or misunderstood.

I just spoke with MR. Jacobs of Deltex and he has made a list of propositions, problems and suggestions that I need to convey to you with my personal insight. I have also sent a price list of the BERG bow which is our nearest competition so far. I will comment along with the two pages from Mr. Jacobs

#1. People have commented on the problem of bending or warping of the bow. I have reassured Mr. Jacobs that the causes of bending or warping is due to inproper rehairing. He also mentioned the need for a guarantee time and I responded that it carries a one year unlimited warranty.

#2. He is quite clear in this next subject about what needs to happen with our advertising. I think he is right. I suggest a major advertisemnet campaign in the Strad and Strings magazine comparable to the Christophe Landon ad in this month's Strad. At least a full page, color ad, perhaps with Pierre Amoyal, or better yet, an American player actually playing the bow. I know all this is money, but I think Mr. Jacob's analysis is correct on how people buy.

#3. The problem of over winding the bow is the only technical flaw that the bow has. People will over wind. Can this be corrected. Can the adjusting device have a blocking device to avoid over winding?

#4. In addition to the varying weight concept that is mentioned, Mr. Jacobs was adamant in the area of winding or wrapping. He insists that American dealers and players all want sterling silver wrapping on a silver mounted bow. The foil may be popular in the Orient, but silver wrapping in America is the only possibility. Along with this he said that the weight must remain under 61 grams. Absolutely. Is a silver wrapping possible?

#5. This interested me. J.R. is a very big distributor on the East coast. Their problem is their profit ideas. I don't believe they will be able to put out a synthetic bow comparable to the Spiccato, with the adjustment system. Three questions: can you make a Spiccato bow without the adjustment system? How much will it

cost? What differences will it have compared with the original? Mr.
Jacobs was very interested in this idea of a less expensive, non-
adjustable bow under $900.00.
     Mr. Jacobs also asked what kind of cost difference would there
be if you used a less expensive frog, he suggested german PAULUS
frogs, to make the Spiccato. Would you be very opposed to this? I
did not want to respond without consulting you first.

     #6. I made clear to him that all the guarantees would be made
through Peter Paul Prier, Inc. and the dealers could be sure of
that.
     We then talked of exclusivity and his proposition was this;
(we)sell exclusively to Deltex for a trial one year period. In
this time they promote and wholesale the Spiccato bow throughout
the U.S.
          They have three options to work with. If they buy 100 bows,
the price to them is $568.00, plus shipping from P.P.P. Inc.(we buy
them from you for $500.00, the $68.00 extra going to customs,
shipping, handling, etc.) If they buy 50 bows, their price is
$614.00. If they sell the bows on consignment, their price is
$695.00.
     Deltex's intent is to sell the adjustable silver mounted
spiccato to dealers at $900.00. Mr. Jacob's feelings are that the
bow will be slow selling for the first 6 months. After that, with
good publicity, the sales will be easier and progressively better.
Deltex likes the bow and would like to carry it.
     My proposition is the following:
We sell 50 bows at $614.00 exclusively to Deltex. They have the
option to buy more, of course. We guarantee that at the end of one
year we buy all the bows that remain. I don't believe there will be
any! What do you think?
     One of Deltex's main concerns was the customer service. Who
will service the bow? Who will guarantee the bow? And to whom does
Deltex go if there is a defect in the bow. I assured him that all
these concerns will be dealt with here.
     Well, here it is. Call me or fax me as soon as is possible, I
know they are anxious. Courage, crac boum, et Gros bizous-

# EXHIBIT "5"

BENOIT ROLLAND

# FAX MESSAGE

| Attention of : | Date : 30 avril '   |
|---|---|
| Society : | Number of pages including this one : |

Dear Paul,

It's a real pleasure for us to know all is well with your two terrorists. Mines are growing too, and start a caprices period... Nevertheless they are in hollidays ! Maybe they prefer school. Don't look for to understand. (Well well well...)
We are very happy, all is well also for us, and more, the weather is so fine and hot (and dry!) we believe summer came before spring !    And how is Karen ?

Well for your initiative to send one Spiccato to the 3 shops you mention, and of course it's OK for your commission (which is not expensive).

$12\% - 15\%$

If Mr. Zens would agree to promote Spiccato (it would be very nice!), may I ask you to see with him what would be his percentage of each sale to maintain for us our interests the best . I am very open, and it's evident I prefer to sell a quantity of Spiccato than to sell less and more expensive, but on condition that we could earn enough money to maintain my society (for your information, our cost price for one bow is now of FF 1500. It's too much expensive for the moment, but this price will decrease as sales will increase).

OK for all orders and payment go through PPP, it is better and more simple for you and us. Another advantage is you could have more control of the US sales (I think it's very important).

If you would like to leave integrality of your investment (I am very happy!) and if the sales qicly increase, we could look to create a US sub-company next year you would manage, which could retail, repair and promote the Spiccato and all our future models of bows. I think it would be very very interesting for you and us. Imagine advertising! In that case, it will be imperious you come here one or two months to know perfectly how Spiccato is made and finished, and I go chez toi to place tools, machines, strategy etc. BUT... that is why it is imperious to sell nicely this year! Reflect to this proposition, and tell me qicly what you think about  qicly because if you agree, you have to pay attention to promote now the Spiccato in that goal which would condition the future, not to make some strategy mistake.

I am going to call Pierre AMOYAL to know the exact date of the Indianapolis competition. It's very important for us, because

EXHIBIT "6"

# BENOIT ROLLAND

## MESSAGE TELECOPIE

| l'attention de : | Date : -15 mai 98. |
|---|---|
| Société ou Etablissement : | Nombre de pages incluant celle-ci : |

Dear Paul,

National Suzuki Convention of Chicago is a good thing. How do you think you will show the Spiccato ? Yes, I shall try to send you more Spiccatos (4 about). Will you go to that convention for your business, or for your business and Spiccato ? I would like it's for the both. It will not be possible for me to go to Chicago, unfortunately : I am so busy, and I have several meetings in Paris at this time, and one with Jean-Luc PONTY.

I think this appointment with JLP is very important, because he told me he hadn't yet shown the Spiccato at any violin makers, he didn't know if I was ready to export these bows to USA (!) and he agrees to help me also. He plays this bow in recordings, and time to time in concert. He needs a heavier bow like viola bow.

I am going to write a new document about Spiccato on which I quote your name (PP Inc.) and explain you are the only one agreed firm for US. Of course, I shall subdue this document to you before drawing up : I mistrust my English I speak like a Spanish cow... (It's a French expression!) On that way, maybe you have a few suggestions for you : don't hesitate.

I have no news of my Japanese friend who plays a Spiccato, and who went to Tokyo to Mr. Suzuki's 95th birthday recently. In a few days I hope. If the Suzuki's clan of Japan well received this bow, it would be a very good opportunity to make it know at the Chicago Convention. Who knows ?

Read you soon. Crac boum!

EXHIBIT "7"

First Interstate Bank    First Interstate Bank of Utah, N.A.    **Charged**    2,450.42
                          Main Office

ADVICE OF DEBIT

DATE _____ 060895    Office _____

DESCRIPTION _____ WIRE TRANSFER TO FRANCE
              11777.00 FRANCS X 0.2062 = 2450.42

PETER PAUL PRIER INC
308 EAST 200 SOUTH
SALT LAKE CITY, UT 84111

11001930
Account Number    RB

Authorized Signature

CUSTOMER COPY

G-1

---

First Interstate Bank    **DOMESTIC WIRE TRANSFER - OUTGOING**    **CRED**

Reg By: Name _____    Office _____ No. _____
Address _____    Prepared By _____ Date _____
City/State/Zip _____    Account Type/No.* _____/_____
Phone No. _____ SSN _____

Destination Bank: ABA (R/T) _____
Destination Bank: Name _____    Item No. 2909                Wire $ _____
Address _____    Fed Seq. No. _____  Fee $ _____
City/State/Zip _____                                  Total $ _____
Payable To: Name _____                                      2,427.23
Account No. _____    Contra _____ Alien ID _ 2349
Address _____    Cust. ID _____
City/State/Zip _____             (TYPE)      (NUMBER)
Special Inst. _____    Cust. Sig. _____
                                             Auth. Sig. _____    (CONDITIONS ON RE

---

From : Ste Benoit ROLLAND (Bows) Fax 010  97 47 14 63    May.25.1995  06:35 PM    P01

*official bank references*

RELEVE D'IDENTITE CAISSE D'EPARGNE
DE BRETAGNE

SARL BENOIT ROLLAND
Etabl. Guichet (No de Compte  Clé
12225   20200  04 7413999 11  17

AGENCE VANNES REPUBLIQUE
13, PLACE DE LA REPUBLIQUE

56000 VANNES
Tél.  97 01 58 00

A + !

Benoit

# EXHIBIT "8"

# BENOIT ROLLAND

## MESSAGE TELECOPIE

| A l'attention de : | Paul | | Date : | 15/08/96 |
|---|---|---|---|---|
| Société ou Etablissement : | | | Fax n° : | (1) 801 364 3652 |
| | | Nombre de pages (incluant celle-ci | | |

Dear :

Avsharian had refaxed me his same last letter ! I think he is impatient to receive my answer. Could you fax me urgently your comments about our reply (I leave early this afternoon) ? I wait for to be sure not making any mistake... Please, correct just my mistakes and be discreet...

I received a call this morning from a father of a violinist who learn with Pinky Zuckerman, and he wanted a few informations about the *Spiccato* bow. He told me his son tried a *Spiccato* bow in a NY workshop (he didn't know who) and told me Pinky plays a *Spiccato* ! Could you have some information about this news ? By Morel ? I think it's important...

I want to make your other *Spiccato* bows in September, and the wooden bows I hope also in September. I do for the best.

Yesterday I have seen the "lawer" who follows my business near the "Tribunal de Commerce", and he told me you have not answered to a letter he sent you which was very important about your investment into my company. You risk to loose this investment if you don't answer. In any case, it's not very important (because of our plan to open a company in SLC) I think your investment could be the exchange of the *Spiccato* know-how I will put into our future company in SLC, in which we could have 50/50 you and me (for example). By the way it would be much better than the initial plan for my French company, I am sure. Give me your comments as soon as possible, before the end of this month please. If you want to keep your investment into my French company, I will fax you a model of a letter you must have to send very quickly.

Other news : (I have already lost 4,5 kg! Don't smile, please !!)

Bises à tout le monde.

*Benoît*

# EXHIBIT "9"

# BENOIT ROLLAND



## MESSAGE TELECOPIE

| À l'attention de : | Paul | | Date : | 15/08/96 |
|---|---|---|---|---|
| Société ou Etablissement : | | | Fax n° : | (1) 801 364 3652 |
| | | Nombre de pages incluant celle-ci | | |

Dear :

Avsharian had refaxed me his same last letter ! I think he is impatient to receive my answer. Could you fax me urgently your comments about our reply (I leave early this afternoon) ? I wait for to be sure not making any mistake... Please, correct just my mistakes and be discreet...

I received a call this morning from a father of a violinist who learn with Pinky Zuckerman, and he wanted a few informations about the *Spiccato* bow. He told me his son tried a *Spiccato* bow in a NY workshop (he didn't know who) and told me Pinky plays a *Spiccato* ! Could you have some information about this news ? By Morel ? I think it's important...

I want to make your other *Spiccato* bows in September, and the wooden bows I hope also in September. I do for the best.

Yesterday I have seen the "lawer" who follows my business near the "Tribunal de Commerce", and he told me you have not answered to a letter he sent you which was very important about your investment into my company. You risk to loose this investment if you don't answer. In any case, it's not very important because of our plan to open a company in SLC) I think your investment could be the exchange of the *Spiccato* know-how I will put into our future company in SLC, in which we could have 50/50 you and me (for example). By the way it would be much better than the initial plan for my French company, I am sure. Give me your comments as soon as possible, before the end of this month please. If you want to keep your investment into my French company, I will fax you a model of a letter you must have to send very quickly.

Other news : (I have already lost 4,5 kg! Don't smile, please !)

Bises à tout le monde.

# EXHIBIT "10"

*(handwritten)* 120 kilo ...... strike stock

# BENOIT ROLLAND

## MESSAGE TELECOPIE

| A l'attention de : | Paul | Date : | 20 September 1996 |
|---|---|---|---|
| Société ou Etablissement : | | Fax n° : | +1 801 364 3652 |

*Nombre de pages incluant celle-ci :*

Dear Paul,

Coucou ! Follows the last Charles apparition... He had thrown my bow and it didn't broke ! Ouf ! Anyhow it's fax is excellent.

Yesterday, I have spent a very nice day in Paris. If all the days were spent like this one, I would be in levitation like the Buddhist monks (without cigar...). Maybe it' because all the days are not like this we can appreciate it. I am jurymember of a craftmen competition in Paris, and I met the 3 winners who are really fascinating personalities. It was very good for me to meet with them, I am not alone to have eaten the asphalt : even I know that of course, inventors are members of a secret circle, and we don't need to explain, we understand each other... We are now friends !

After I met with a friend of my brother who is american (Jamie WINSTON MAXWELL from Oregon), and lawer in Paris for a great american company "BHR", I met him in order to know exactly how we can make our company, to explain him the problems I have here and I have had untill now, and the main reasons for creating an american company with you. He had perfectly understood the situation, and he was very encouraging. For him there is no obstacle, and he thinks like us such a company can work easily and make profit if it's well managed. The principle could be a company 50/50 with a permanent licence agreement according to my patent which could be 10% on sales. This agreement could mention the first royalties will be to refound your investment of $ 40.000 into my French company, because I am not sure ... nserve it, ...... all. Here is the first approach we could see soon. What do you think ?

And after I met with ... journalist who wrote a splendid article on me and the Spiccato bow, and I am very happy because ... think ... French musicians would read it, the sales will begin a little in Fr.... I don't chew my words (French expression, is there the same in the US ?) when I .... about Millant, and my French colleagues who prevent teachers to know this bow. ... ....

Follows a few points and explanations I would like to answer to Charles.

I cannot affirm any delivery time for the bows he wants. I wish and I think we could already make a part of these bows in SLC soon, but how much ? In any case I would like he has a big part of his order before Christmas.

I think and I wish the cello bow will be ready for Christmas, we work on it now.

Yes the 2 main convincing and arguments are : 1) the Spiccato bow cannot loose it's camber unlike all the other composite bows, because of the internal adjustment system which maintains the shape definitly (if tightened, even a minimum). 2) This internal adjustment system (we could call it I.A.S. !) allows the musician to regulate the flexibility of the stick according to his taste.

I have one piece of the main carbon and glassfiber bows we can find today on the market (Von Bennigsen, Berg, Righetti, and I saw a "Nickel" bow (Austria) and the new most horrible "Carbow"  ), and ...... these bows had loosen their camber ! In that conditions

EXHIBIT "11"

# PROJET DE CREATION
# ET DE DEVELOPPEMENT
# D'UNE MANUFACTURE D'ARCHETS

## DOSSIER ECONOMIQUE ET FINANCIER

## PRESENTATION GENERALE

La création d'une entreprise industrielle n'est généralement pas le fruit d'une décision prise à l'emporte pièce : elle résulte d'un lent processus de maturation qui conduit généralement une personne à envisager l'industrialisation d'un produit.

Le but de ce document est de décrire l'itinéraire qui a amené Benoît Rolland à mettre au point un modèle d'archet entièrement nouveau, et d'envisager un partenariat susceptible d'en assurer l'industrialisation et la commercialisation.

### Historique du Projet

L'historique du Projet est en fait indissociable du parcours effectué par Benoît Rolland, auteur et partenaire principal du projet.

Benoît Rolland est né à Paris en 1954. Tout en poursuivant une scolarité classique jusqu'en 1974, il se tourne très vite vers des études musicales, puis vers l'apprentissage de l'archèterie. Il s'installe en 1976 à Paris comme Artisan Archetier, déménage ensuite à l'Ile de Bréhat en Bretagne Nord où il séjourne de 82 à 88, puis, après un passage de quelques années à Touques, en Normandie, s'installe à Vannes dans le Morbihan. Le chemin parcouru est jalonné d'un certain nombre de périodes et de dates "repère".

### * 1960 - 1969 : L'apprentissage de la musique

C'est en 1960 que Benoît Rolland entreprend l'apprentissage du piano et du solfège avec Germaine THYSSENS-VALENTIN, sa grand'mère, et en 1964 qu'il se tourne vers celui du violon, avec des professeurs tels que Alfred LOEWENGUTH, Jacques SOULIE, Line TALLUEL et Robert GENDRE. Après avoir obtenu un 1er Prix au Concours Léopold BELLAN degré supérieur, il obtient en 1969 le 1er Prix de Violon au Conservatoire de Versailles, degré supérieur. Il entre alors au Conservatoire National Supérieur de Musique de Paris en classe de Solfège Spécialisé (harmonie, analyse harmonique, contrepoint etc.) dans la classe de Christian MANEN.

### * 1970 - 1975 : L'apprentissage de la technique

En 1970, Benoît Rolland change de cap : il abandonne les études musicales et entre dans une école technique de Paris pour apprendre le travail du bois en classe

En novembre 1993, après une année de travail et d'essais, la mise au point d'un *"Spiccato"* en matériaux composite est figée. L'artisan a entre-temps constitué la SARL Benoît ROLLAND dans le but d'assurer l'exploitation industrielle du brevet. Cette société devient d'ailleurs propriétaire de la marque *"Spiccato"*, qui est déposée en mars 1993. (La SARL sera transformée en Société Anonyme pour en assurer son bon développement comme nous le verrons plus loin.)

Les conditions sont alors réunies pour que la société Benoît ROLLAND serve de cadre à la création d'une manufacture d'archets, celle-ci ayant pour vocation de fabriquer et commercialiser non seulement le *Spiccato*, mais également deux autres modèles d'archets, moins sophistiqués sans doute, mais répondant toutefois à un besoin réel du marché. L'entreprise se fixe comme but d'aider à sa façon les musiciens qui ne disposent pas de moyens financiers suffisants pour accéder à la haute qualité des archets fabriqués par les maîtres-archetiers (du passé ou actuels) en leur proposant des archets très fonctionnels à des prix modérés.

Les développements qui vont suivre décrivent le partenariat dont la mise sur pied est envisagée pour mener à bien ce projet.


## LE PROJET DE PARTENARIAT


La création d'une manufacture d'archets au sein de la société Benoît Rolland est envisagée sur la base d'un partenariat permettant d'associer :

◊ le fondateur

◊ un "manager"

◊ des financiers institutionnels ou privés

◊ des "parrains" appartenant à l'élite nationale et étrangère des musiciens qui jouent un archet.

Afin de regrouper ces différents partenaires, il sera rapidement procédé à la transformation de la SARL Benoît Rolland en Société Anonyme, dont le capital de 600 000 Francs sera réparti entre le fondateur, le "manager", les financiers et les "parrains". Dans un second temps, et selon l'état des ventes, ce capital sera remanié et ouvert également aux employés dont le rôle au sein de l'entreprise aura été déterminant. (Cette première répartition du capital est décrite en annexe.)

Les développements qui vont suivre ont pour objet de définir la contribution potentielle au projet de ces différents partenaires.

ANNEXE 0

Première répartition du capital

| S.A. Benoît Rolland<br>Répartition du capital | | | | | |
|---|---|---|---|---|---|
| Fondateur<br>100 | Manager<br>100 | Parrains<br>75 | P.P.Prier<br>80 | Distributeur<br>français | Financier<br>"porteur" |

Capital : 600 000 Francs

| | |
|---|---|
| Fondateur : | 17 % |
| Manager : | 17 % |
| Parrains : | 13 % |
| Luthier américain. : | 13 % |
| Distributeur Français : | 40 % |
| Financier "porteur" : | |

EXHIBIT "12"



# BENOIT ROLLAND

*ARCHETIER D'ART*

Mr. Rolland and Mr. Peter and Mr. Paul Prier, that Benoît Rolland shall personally return this sum to Spiccato French American Bows Inc. (Directors Paul Prier and Jon Hatch) by not claiming the first payment of his royalties (agreed to be 10% of the future gross sales for Spiccato and Arpege), up to $ 40,000.00. Such an agreement made the moral debt even : Peter and Paul Prier helped the SARL Rolland at

one point, and Benoît Rolland helped Spiccato French American Bows Inc. later on. As mentioned above, no royalties were paid to Benoît Rolland since the production started at the Spiccato's shop in Salt Lake City.

◊  $54,333.00 were paid to the SARL Benoît Rolland in 2000 (in 3 payments of 17,853.00; 7,580.00; 28,900.00), as agreed previously, as buying the transfer of Rolland's clients for carbon fiber bows. Note that this sum was already and immediately covered by the orders put by these very same clients to the Company in SLC.

◊  $3,000.00 were paid to Mr. Benoît Rolland personally by Spiccato French American Bows Inc. in October 2000 for technical support.

◊  About $750.00 were paid to Mr. Benoît Rolland personally by Spiccato French American Bows Inc. in January 2001, in a check accompanying his wages as a Professor at the BMSA. The reason of this combination is unclear.

The total amount paid to SARL Rolland and Mr. Benoît Rolland altogether is -to date : $58,083.00.

Compared to $98,133.00 and to understand this amount, I suspect that 40,000.00 must be deducted.

C) 1-2-3-4) Debts from Spiccato French American Bows Inc. do not have to interfer in a negociation for a patent, but I would like to share my astonishment in reading such high figures, out of proportions with the needs of the Company : in France, where overhead costs are much higher, and in 8 years, my Company accumulated only $150,000.00 in debts while making all necessary investments. (Note that, within a projected business plan, buying a building cannot be included in debts for operating costs of manufacturing a bow : the building is an asset for the Company.)

EXHIBIT "13"

## 1.2 *Spiccato*'s development

### 1989-1993: maturing the project

In 1982, ROLLAND leaves Paris for the island of Bréhat. Then begins a time of creation, as he endeavors not only to bring his art to perfection, but also to build the prototypes of a new bow, which is the focus of this document. The striking contrast between Paris' life and the "Paradise on sea" at Bréhat, fosters his creativity. Meanwhile, about 350 traditional bows are crafted, mostly on commissions from the United States and Japan. ROLLAND receives the distinctive title of *Archetier d'Art* (Master Bow maker), from Mr. Jack LANG, Ministry for Culture, in 1983.

In Touques, Normandie, where he settles a more accessible studio in 1988, he devotes a large part of his time to design his "ideal" bow, named *Spiccato*. A final prototype is completed in 1989, patented in France in 1990, and in major industrialized countries in 1991.

During 1992, ROLLAND moves to Vannes, Morbihan, a region particularly active in promoting competency for engineering new materials and especially carbon fibers.

### 1993-2001: conquering an international market

November 1995, after 3 years of intensive tests and improvements, *Spiccato* is born: its essential formulation is fixed!

The Company (SARL Benoît ROLLAND) created to finance the research and handle the patents becomes the owner of the trademark *Spiccato,* registred in March 1993.

The Company was then on the best ground to develop its catalog and soon offered a full range of bows, besides *Spiccato* : the *Arpège*, less sophisticated but responding to a real need of the bow market, a line of bows for violin, viola and cello.

4

Soon after, and in a similar perspective, the name *Spiccato* was deposited in France for the *SARL Benoît ROLLAND* . The brand name is currently registered with *Spiccato French American Bow Inc*, in Salt Lake City.

In the long run, we believe that the brand name will best secure its reputation by an unmistakable identification and recognition.

### An outstanding quality at a reasonable price

The suggested retail prices for the line of products are:
- *Spiccato*:   $1,900.00 (manufacturing price: $950.00)
- *Arpège*:   $900.00 (manufacturing price: $450.00)

The prices of our catalog were determined in consideration of the market presented above, with its powerful intermediate section:

- *Arpège* fulfills an intermediate demand from amateur players and advanced amateurs.
- *Spiccato* is intended to advanced amateurs, to students of Music Schools, to professionals as a second or back up bow. It now seduces more and more professional musicians with the extended range of expressiveness offered by the adjusting device which manipulation starts to become familiar. Famous players testify of their appreciation of *Spiccato*, and even excitement when using it (see a selection of quotations at the end of this document).

### A perfect adaptation to the market

Accomplished musicians face the problem of choosing a good enough bow that will allow them to always improve their style, and their practice of the instrument to progress. They encounter financial limits, often take out loans to reach their professional goal, as no traditional bow of such quality is currently available at *Spiccato*'s average prices.

13



# *Spiccato*

## a Patent, a Brand

## Invest in a Dynamic Creation

EXHIBIT "14"

**N°National : 93 461 375**

*Dépôt du :* 26 MARS 1993

*à :* I.N.P.I

CHIC MUSIC, (société à responsabilité limitée), Centre Commercial, Avenue Haussmann, 89000 AUXERRE, N° SIREN : 389 580 861.

**Mandataire ou destinataire de la correspondance :**
LERNER & BRULLÉ SCP , 5, rue Jules Lefèbvre, 75009 PARIS.



**Produits ou services désignés :** Appareils et matériels électroniques destinés au domaine musical, appareils pour l'enregistrement, la transmission, la reproduction du son ou des images; supports d'enregistrement ou de données magnétiques, ou optiques; disques accoustiques; équipements pour le traitement de l'information et ordinateurs; appareils pour l'amplification des sons; automates à musique à prépaiement; appareils d'enseignement; tourne-disques, enregistreurs à bande magnétique, appareils de radio, récepteurs audio et vidéo, baladeurs, écouteurs, supports d'enregistrement sonores, films pour l'enregistrement du son et des images; bandes magnétiques, bandes vidéo, compacts disques, disques magnétiques, cassettes audio et vidéo; logiciels (programmes enregistrés); ordinateurs, mémoires d'ordinateurs, métronomes. Produits de l'imprimerie, imprimés, livres, journaux, magazines, brochures, partitions, manuels, catalogues, livrets, cahiers, cartes, photographies, papeterie; matériel pour les artistes; matériel d'instruction ou d'enseignement (à l'exception des appareils), cartes à jouer; logiciels sur support papier. Education, enseignement, formation, divertissement, concerts, organisation de concours en matière d'éducation ou de divertissement; services de discothèques; informations en matière de divertissement ou d'éducation; services d'édition, publication de livres et de textes autres que publicitaires, location de bandes vidéo, d'enregistrement sonores, de magnétoscopes, de postes radio ou de télévisions, de décors de spectacles, prêts de livres; services de studio d'enregistrement; services de franchisage à savoir formation professionnelle .

**Classes de produits ou services :** 9, 16, 41.

---

**N°National : 93 461 376**

*Dépôt du :* 26 MARS 1993

*à :* I.N.P.I

Société Benoît ROLLAND S.A.R.L., (Société à Responsabilité limitée), CP 37 - PIBS, 56038 VANNES CEDEX, N° SIREN : 384073938.

**Mandataire ou destinataire de la correspondance :**
SOCIETE INTERNATIONALE , 19, rue de la Paix, 75002 PARIS.



**Produits ou services désignés :** - Archets pour instruments de musique - Activités culturelles .

**Classes de produits ou services :** 15, 41.

---

**N°National : 93 461 377**

*Dépôt du :* 26 MARS 1993

*à :* I.N.P.I

DESERTS SA, 6-8 rue Quincampoix, 75004 PARIS.

**Mandataire ou destinataire de la correspondance :**
FININFO , Mme de COUDENHOVE, 91-93 Avenue François Arago, 92017 NANTERRE CEDEX.

## DESERTS BLANCS

**Produits ou services désignés :** TRANSPORT; ORGANISATION DE VOYAGES: Réservation de places pour le voyage et les spectacles, DIVERTISSEMENT, ACTIVITES SPORTIVES ET CULTURELLES: Organisation de concours en matière d'éducation ou de divertissement. Organisation et conduite de colloques, conférences, congrès. RESTAURATION, HEBERGEMENT TEMPORAIRE .

**Classes de produits ou services :** 39, 41, 42.

---

**N°National : 93 461 378**

*Dépôt du :* 26 MARS 1993

*à :* I.N.P.I

DESERTS SA, 6-8 rue Quincampoix, 75004 PARIS.

**Mandataire ou destinataire de la correspondance :**
FININFO , Mme de COUDENHOVE, 91-93 Avenue François Arago, 92017 NANTERRE CEDEX.

## DESERTS BLEUS

**Produits ou services désignés :** TRANSPORT; ORGANISATION DE VOYAGES: Réservation de places pour le voyage et les spectacles, DIVERTISSEMENT, ACTIVITES SPORTIVES ET CULTURELLES: Organisation de concours en matière d'éducation ou de divertissement. Organisation et conduite de colloques, conférences, congrès. RESTAURATION, HEBERGEMENT TEMPORAIRE .

**Classes de produits ou services :** 39, 41, 42.

EXHIBIT "15"

## Spiccato

From:     Benoit Rolland <rollandb@aros.net>
To:       Spiccato <spiccato@aros.net>
Sent:     Wednesday, September 27, 2000 11:07 PM
Subject:  Re : Report

Dear Paul,

I am glad you are making the Eyster's bow and that it seems "nickel".

I know very well Daniel Delfour. He is a violin maker in France, probably one of the best makers. His varnishes are splendids. really he is a nice guy, you can trust.

Very good for the Hill and Pfretzschner histories. Now you can see with them the short history of the main French bowmakers told into the Vatelot's book. The comments are short but it will be enough for the moment. You could start with Voirin, Husson, Lamy, Sartory and Ouchard. Then to continue with bowmakers with a more difficult style. At this time I will be amongst you.

Tomorrow I will start a curriculum for each month as you wish with a letter for the students. You can already tell them that we are often in touch about them.

The brand Spiccato was registered only in France. Then you can register it in the US and the main countries when you want. In any case this brand must be registered by the Company French American bows Inc. This is directly linked to the contract according to the paragraph which explains that the Company must do all it is possible to develop the market with the invention.

I called Ponty but he seems not here. I will call him tomorrow untill he is reachable.

I hope to be with you for seeing the results of the new technology. Did they respect the dimensions of the mandrils ? It is extremely important, I will never insist about that enough.

OK for the $ 3000, but I would like to know what is this summ, I think I have not so well understood. Good accounts make good friends.

Another point : I called jean-Jacques Pages today. He is the President of the French violin and bowmakers association (GLAAF). After we spoke about all and nothing, he told me that Tomachot have annouced them (to the organizers) that I have resigned, and quitted the Bowmaking School of Salt Lake. I was laughing, and told Jean-Jacques I didn't know Tomachot takes the decisions for me. It's the second time this guy says wrong things about me, remember the Entente Internationale. What do you think about ? I hope this doesn't come from the students. Tomachot is really a bad person, he is not very liked excepted by his friends, always the same, who want to manage the world. I compare him to Charlie Chaplin in the movie "The Dictator". Actually nobody is able to opposite to him, unfortunately.

Well.
Read you soon
Bien à toi
Benoît

9/27/00

EXHIBIT "16"

# BENOIT ROLLAND



## MESSAGE TELECOPIE

| A l'attention de : | Date : 10-11-95 |
|---|---|
| Société ou Etablissement : | Nombre de pages incluant celle-ci : 1 |

Dear Paul,

Thank you for your 2 faxes, and excuse-moi to not answer earlier.

My Japanese trip was good for my traditional bows (7 sold), but not very interesting for *Spiccato* excepted one contact which would be extremely interesting after February-March : that is Yamaha Trading Company. I had met the General Manager on my stand after having contacted him and they are very interested. They intend to present this bow at many Japanese Teachers (one bow, the same for each teacher) and if the opinion are unanimous, they begin to order in March and require the exclusivity for Japan. Now they are Suzuki violins distributors !

But before an eventual good news with Yamaha, I have to resist untill March, and I am not sure to succeed. My 3 employee are now at a short time working. *Spiccato* Company spirit is not very high, but I hope it's just a bad situation, just a "skating" moment. We shall see. A few signs are encouraging. I cannot make more, better, I think it's not possible for me to go more ahead. I think you are right with a soloist/artist who would be ccommissioned, but do you know somebody who would accept ? Could you help me to manage this ? From France it's impossible...

Dimensions for Pernambuco sticks are : violin and viola 75 cm length, section 11 mm$^2$, cello 73 cm and 12 mm$^2$ .To cut the stick you could follow the grain wood if possible with the stick curve (light curve), if not, straight. Not other recommandations excepted your feeling !

I wait for Anne-Marie to know informations about the Jana Trent *Spiccato*. I remember we had sent back another bow to replace one, but it's the Anne-Marie work. As soon as she comes I fax you. OK ?

To harder your blade plane, only one solution : heat it untill it becomes red-orange and dip it immediatly into motor oil. It's easy to tell, not to make ! I don't know the characteristics of your metal, it's difficult to give you some direction to follow...

A + , bises à tout le monde !

# BENOIT ROLLAND

## FAX MESSAGE

| Attention of : | Date : 26-09-9ⁿ |
|---|---|
| Society : | Number of pages including this one : 1 |



Dear Paul,

Thank you for your fax and the good news. I need good news... I hope the article in the *String Magazine* will bring us many orders ! Let me informed about the content of that article please.

Nice for the bow you sold ! But I didn't understand if it is a violin bow or a viola bow !

My brother in law called last week Mrs. DeLay. She told him to speak with Mr. Avsharian from her, she thinks he is able to make something (I think only if he believes in that bow, don't live in a fool's paradise !) because he would be a "go-ahead" with many money... After calling him, he would like to have a sample we are going to make him. I hope... Now I pray God and all the Saints to allow me to continue ! I am like a funambulist, to right is water and to left is precipice : I don't ask me how I am and I continue without watching around me but stright on. Not so easy, the balance pole is heavy ! But I am sure (if I pass this horrible period) that 1996 will be the real starting of my firm. I believe in that bow, all the players who own this bow are very happy. Then ? Mr. Wallez, famous violinist here, tells : "Before, cars were heavy, the brakes were hard, the steering-wheel hard, the doors heavy, the springings stiffs, all that into the noise etc.  Now when you enter in a car, all is soft, comfortable, all the accessories operate, you are well into the silence. That is the *Spiccato* ! "

Funny, no ? He comfirms also this bow gives a very very close sensation with a great 19th century bow. (Oh la la mon anglais !) 1 like compliments, but I prefer to sell ! Of course.

Had you received (or sold, better !) the last *Spiccato* bows ?

Bises à tout le monde,

Benoît

# BENOIT ROLLAND



## FAX MESSAGE

| Attention of : | Date : 23 - 12 - 95 |
|---|---|
| Society : | Number of pages including this one : |

Dear Paul,

    I apologize for my silence since a certain time. I was very busy and anxious.

    Thank you very much for you kindness and for the Deltex attention you have drawn. But I think I am not ready now to answer to their eventual proposal. The *Spiccato* bow is too long to make for selling them at the price they propose. I don't want to work for anything, naturally.

    However we work now on a *Spiccato* without tension system which would be ready soon. This bow could be retailed about Ff 2 200, (customer price about Ff 4 500) for a very good quality bow. Maybe a great distributor could be interested. I shall launch it probably at Frankfort Music Fair in March, and Musicora.

    We cross a very difficult time, in France with the strikes (you are lucky to not know that!) and in my company. I wait for March 96, and if we will not have enough orders after March, I shall probably stop, maybe. (It's not sure...)

    We have sent you 6 *Spiccato* bows yesterday, 1 classique, 2 Super-solos and 3 solos. Is this OK ? I would be very grateful of course if you could send us the amount as quicly as possible, you would help us in that case... I am impatient my company will take off : however in these difficulties, I stay trustful in the future.

    Matt Wheling will come here after 15th January, untill end of April.

    Thank you for your greetings, and have a supermerry Christmas for you and all your family, and my superbest superwishes for 1996. All you wish I want you have. OK ?

    I am impatient to see you in sping !

    Je vous embrasse

Benoît

PS: your new faxing system works very well

**Peter Prier & Sons Violins**

| | |
|---|---|
| **From:** | Benoit Rolland <rollandb@aros.net> |
| **To:** | Paul Prier <paul.prier@aros.net> |
| **Sent:** | Wednesday, March 22, 2000 14:12 PM |
| **Subject:** | Re : <aucun objet> |

Dear Paul,

I just came back from my sea trip with my daughters. Strong winds and big
waves were in the menu. I forgot : cold temperature and sometimes rain. It
was the first time my daughters sailed, and they have spent a wonderful time
on board even if the hard conditions have shaked them alot !
Now it's sunny at Morbouleau, and the temperature is wonderful. The best
weather for sailing...
I think all is OK with Eyster now, the ball is in his hands (French
saying !). He would like to purchase a Spiccato bow for his dauhgter, and
trading it to finance his work for my visa. I answered it's absolutely OK,
and thought it's the best and easiest way to pay him !
Very good for the money, I wait for it to finally pay my debts. All will be
done this month. Actually I will sleep deeply.
The numbers for the swift transfer are :
UBS-WCHZH83A (UBS international code) and account # 278.814.549.40H   My UBS
bank agency is at the Zürich airport (Zuerich flughafen), don't forget to
mention it. You have already paid me 48 000 FF (the change was not so exact,
never mind), the rest is 200 000 FF. Thank you.
I have sent you the messages we received through Wanadoo. Have you received
them ? I have not taken the necessary time to read them before, and will do
that this week. Did you try to consult wanadoo from the shop ?
I am anxious to have news from the prototype. Did they already made it ? Is
it in accordance to our specifications ?
I plan to see Jean-Luc Ponty soon, probably at the end of July. He asked me
about a photographer, and will give me the adress of 2 of them in order to
have one available at this period. I will take care to manage the shoot,
close to the Schiff one. Also we will know the price. Is his ebony-gold bow
ready ? I have to contact Jean-Yves Matter too. Are his bows ready ?
Read you soon
I hope and assume all is OK for you
Say Hello to Jon, Herman and Yours
Benoit

*[handwritten: 200,000 FF @ .1457    29,140.00]*

----------
>De : "Paul Prier" <paul.prier@aros.net>
>À : "Benoit Rolland" <rollandb@aros.net>
>Objet : Re: <aucun objet>
>Date : Fri, Jul 7, 2000, 11:41 AM
>

7/19/00

Fax émis par : 33+82 9747 1463          BENOIT ROLLAND                 19/09/97   14:56    Pg: 1

# BENOIT ROLLAND

*ARCHETIER D'ART*

## FAX MESSAGE

| Attention of : | Paul | | Date : | September 19th 97 |
|---|---|---|---|---|
| Society : | | | Fax n° : | (801) 364 3652 |
| | Number of page including this one : | **2** | | |

Dear Paul,

Thank you so much for your fax, I feel you explose of good health!

Here I am very troubled, because to close my shop in December (after studying) will cost me a so important summ I am unable to pay. So I think the best solution is to close next year when the state of my finances will allow me to pay quietly. When ? I don't know.

Also to take such a decision is vey heavy because I need absolutly a statute in France. The best way is to wait for a little time before taking a decision. (Tempest in my crane!)

I will come in Sunny Lake City on the 2nd week of October, but I don't know when for the moment. As soon as I know I will let you informed.

Don't you find Loctite with accelerator in SLC ? I can't believe it! Please, call to it : Use at the following adress:

197 Columbus Bld, Hartford, Square North    800 243 4874

H...      T 06106          Tel: (860) 520 5000 ==> fax 520 5073
(Loctite 401 and Activator Tak Pak 7452). Call them and tell me if you can find these products directly from the US.

No, you don't ow me anything, but I think it would be good you send a cheque (in french Francs if possible) to the Favier Company (Mrs Ardon) of Fr. 1084,68, a small summ I can pay directly of course, but she called me, and i explained her the braid was for our American workshop, and in the future they will receive orders directly from you. So they will know you.

To let people make orders in France and transfering them directly to you would be excellent, I had never thought to this. So would Internet be the best way ? Or a special fax and phone line ? Or the both ? That means it would be better I don't close my worshop in Vannes, and to continue the minimum of production just to keep it alive (tempest in my crane! I have now a headache!). This order system seems excellent, and would let us permit

40140
30g bottle

8637
gray

35. Hughes
01 973 4241

loctitl S.
11 483 1726

## MESSAGE TELECOPIE

| A l'attention de : | Paul | | Date : | 22/10/1996 |
|---|---|---|---|---|
| Société ou Etablissement : | | | Fax n° : | +1 801 364 3652 |
| | | Nombre de pages incluant celle-ci : | | |

Dear Paul,

I apologize for my late answer, but I am so busy I have no time even for me. I just come back from a trip in the south of France in order to present the Spiccato bow in a conference. Bad moment, the conference had not been organized... That is the kind of problems I meet here !

Several points. In first, I cannot come at the date planned but Gérard only. He will beguin teaching and making with you, and I will arrive later (2 or 3 weeks after, I cannot make differently, I have many things to see here with the Tribunal de Commerce, and I need to be present, unfortunately). I will stay I hope ten days maximum. That's the reason for that all the supplyings have to be delivered in order to be able to finish a bow from A to E. I will explain the reasons of the Tribunal de Commerce later, they are serious (pfffff!).

◊ Concerning the stay, could you give me further informations about the accomodation ? How many dollars do you think it would be necessary to have for this stay per week per person ?

◊ Gérard could arrive around 5-6th November.

. Would it be a problem if Gérard (or myself) will come with your father' violin ? I fear to have not enough possibilities to buy it now, it's very difficult for me to collect money. I would order another violin later (next year ?) as soon as my situation will become clearer and better.

◊ Have you kept the Spiccato July invoice ? I don't know exactly where is the mistake, but this invoice is of frs. 60400,00 ($ 11730 ?) (14 violin and 2 viola bows) instead of $ 6208 you mentioned in your previous fax. In any case we need money of course, but the supplyings of Spiccato making will be shared in 2 with me. I just need you advance money, it's too difficult for me. During my stay, I will make bows for you with my supplyings to pay half of the investment. Please, tell me if this would suit you, or make me another suggestion (?), we have to be perfectly clear.

◊ The company we will found will have to be very efficient, and I would like we discuss all the technical and administrative points very seriously to drive this company toward the success. My friend Jamie Maxwell is preparing and proposing a few statutes we will discuss when I will come. My French company had already paid all the difficulties you imagine (in terms of money, around 1 million francs !) according to the new technical process we have setteled, research, etc. and now after so many years I have left no money for me. It's a little difficult to accept because I (and my family) hardly lived during these years, but maybe it's the price to pay for making good things in a life. Now I would like my life to change, and the Spiccato bow is able to make a company working and earning money, and to satisfy the clients, the goal is reached. I think we will have to be very rigorous in order to satisfy everybody, no ?

◊ Pierre wants to be paid back, and to get back his 140 000 frs from my company. I cannot pay him for the moment, unfortunately impossible. I have thought the first Avsharian order could pay 1/2 of this summ about. I prefer the first order to be made by myself

Jeff Scott    + will send 480 sample
J Midilhnoth 080    Days



# BENOIT ROLLAND

## FAX MESSAGE

| Attention of : | Date : 26-09-95 |
|---|---|
| Society : | Number of pages including this one : 1 |

Dear Paul,

*copy*

Thank you for your fax and the good news. I need good news... I hope the article in the *String Magazine* will bring us many orders ! Let me informed about the content of that article please.

Nice for the bow you sold ! But I didn't understand if it is a violin bow or a viola bow !

My brother in law called last week Mrs. DeLay. She told him to speak with Mr. Avsharian from her, she thinks he is able to make something (I think only if he believes in that bow, don't live in a fool's paradise !) because he would be a "go-ahead" with many money... After calling him, he would like to have a sample we are going to make him. I hope... Now I pray God and all the Saints to allow me to continue ! I am like a funambulist, to right is water and to left is precipice : I don't ask me how I am and I continue without watching around me but stright on. Not so easy, the balance pole is heavy ! But I am sure (if I pass this horrible period) that 1996 will be the real starting of my firm. I believe in that bow, all the players who own this bow are very happy. Then ? Mr. Wallez, famous violinist here, tells : "Before, cars were heavy, the brakes were hard, the steering-wheel hard, the doors heavy, the springings stiffs, all that into the noise etc. Now when you enter in a car, all is soft, comfortable, all the accessories operate, you are well into the silence. That is the *Spiccato* ! "

Funny, no ? He comfirms also this bow gives a very very close sensation with a great 19th century bow. (Oh la la mon anglais !) I like compliments, but I prefer to sell ! Of course.

Had you received (or sold, better !) the last *Spiccato* bows ?

Bises à tout le monde,

*Benoit*

Salut Benoit! I sent this fax on the 5th, did you receive it? Just in case, here it is again-

Cher Benoit,                                        11\5\96

It was good to talk to you this morning. We sent you a check today for $3,000.00 and the rest will come soon.

We have kept my brother in law, Jon, to work on the bow bench here in the shop till we can start later next year. He is very capable and I have confidence in him in the future. I would like to send him to "work" for you in February or March, (depending on when it is possible) learning to make the Spiccato and helping you to fill the orders. If all goes well in December is this possible?

When you pay off all the debts early next year, can the government stop you from coming over? Do you have to continue in France? What will you do?

If the government takes your business in December, can you change the mechanism, change the name, and produce it here?

Is the agreement with Avsharian unchanged?

When could you send back Peter's instrument? He has some clients to show it to.

You probably have thought too much about all of this in the past week, so take your time with a reply. We still plan on seeing you next year, but Peter had these questions and I did not know how to answer them.

I think you are correct about the last obstacle before sitting in the circle with Mrs. Tradition. In Mormon theology we have a belief that the greater the challenge to one's faith, the greater the blessing he will receive. It is hard for me to be patient with the end so close, you must know this feeling.

Gros bizous, je t'embrasse
Paul

## MESSAGE TELECOPIE

| A l'attention de : | Paul | | | Date : | 22/10/1996 |
|---|---|---|---|---|---|
| Société ou Etablissement : | | | | Fax n° : | +1 801 364 3652 |
| | | Nombre de pages incluant celle-ci : | | | |

Dear Paul,

I apologize for my late answer, but I am so busy I have no time even for me. I just come back from a trip in the south of France in order to present the Spiccato bow in a conference. Bad moment, the conference had not been organized... That is the kind of problems I meet here !

Several points. In first, I cannot come at the date planned but Gérard only. He will beguin teaching and making with you, and I will arrive later (2 or 3 weeks after, I cannot make differently, I have many things to see here with the Tribunal de Commerce, and I need to be present, unfortunately). I will stay I hope ten days maximum. That's the reason for that all the supplyings have to be delivered in order to be able to finish a bow from A to E. I will explain the reasons of the Tribunal de Commerce later, they are serious (pfffff!).

◊ Concerning the stay, could you give me further informations about the accomodation ? How many dollars do you think it would be necessary to have for this stay per week per person ?

◊ Gérard could arrive around 5-6th November.

◊ Would it be a problem if Gérard (or myself) will come with your father' violin ? I fear to have not enough possibilities to buy it now, it's very difficult for me to collect money. I would order another violin later (next year ?) as soon as my situation will become clearer and better.

◊ Have you kept the Spiccato July invoice ? I don't know exactly where is the mistake, but this invoice is of Frs. 60400,00 ($ 11730 ?) (14 violin and 2 viola bows) instead of $ 6209 you mentioned in your previous fax. In any case we need money of course, but the supplyings of Spiccato making will be shared in 2 with me. I just need you advance money, it's too difficult for me. During my stay, I will make bows for you with my supplyings to pay half of the investment. Please, tell me if this would suit you, or make me another suggestion (?), we have to be perfectly clear.

◊ The company we will found will have to be very efficient, and I would like we discuss all the technical and administrative points very seriously to drive this company toward the success. My friend Jamie Maxwell is preparing and proposing a few statutes we will discuss when I will come. My French company had already paid all the difficulties you imagine (in terms of money, around 1 million francs !) according to the new technical process we have setteled, research, etc. and now after so many years I have left no money for me. It's a little difficult to accept because I (and my family) hardly lived during these years, but maybe it's the price to pay for making good things in a life. Now I would like my life to change, and the Spiccato bow is able to make a company working and earning money, and to satisfy the clients, the goal is reached. I think we will have to be very rigorous in order to satisfy everybody, no ?

◊ Pierre wants to be paid back, and to get back his 140 000 frs from my company. I cannot pay him for the moment, unfortunately impossible. I have thought the first Avsharian order could pay 1/2 of this summ about. I prefer the first order to be made by myself

Siège social : 4, rue du Général Weygand,  56037 VANNES  (France)   Tél : 33 + 97 47 78 05.   Fax : 33 + 02 97 54 63

Jeff Scott    + will send 480 sample

# FAX MESSAGE

| Attention of : | Date : 30. 08.95 |
| --- | --- |
| Society : | Number of pages including this one : |

Dear Paul,

Thank you for the informations about the International Musicians Magazine. I wait for a little before advertising. I had annouced my participation to Tokyo Music fair of October in the Strad Magazine, and maybe I shall soon advertise into the Strad directory. Ca fait beaucoup...

Would you know at what time Dorothy DeLay will come back to NY and Julliard School ? I intend to gift her a special Spiccato bow, one of the first engraved "B. Rolland". Maybe she would help us to find some distributors in NY, it's urgent. I hope to find one or several quicly, if not I fear to close my firm before December.

I had reduced the work of Anne-Marie, from 8 hours per day to 2 hours. I had not another choice !

Voilà.

Merci de me répondre si tu as quelques informations à propos de D. DeLay (et du Spiccato bien-sûr !).

Bises à tout le monde.

Benoît

Siège social : 4, rue du Général Weygand - 56037 Vannes (France)    Tél.: (33) 97 47 18 05    Fax: (33) 97 47 14 8

SARL au capital de 100 000 frs    SIRET n° 384 073 938 0002    RC Vannes B 384 073 938    N° intracommunautaire FR 51 384 073 938

From : Ste Benoit ROLLAND (Bows) Fax (33) 97 47 14 63    Aug.15.1996  03:52 PM    P01

# BENOIT ROLLAND



## MESSAGE TELECOPIE

| A l'attention de : | Paul | | Date : | 15/08/96 |
|---|---|---|---|---|
| Société ou Etablissement : | | | Fax n° : | (1) 801 364 3652 |
| | | Nombre de pages incluant celle-ci : | 3 | |

Dear Paul,

Follows the Avsharian answer.

§1: I accept his congratulations. Hmm.

§2: Introduction.

§3: 20 bows the first year (!!!) = 1,67 bow a month. Without any ad, you
sell at least 30 bows a year ! He snivels a little on the dollars he has to
spend for ad. But 20 bows a year are not in relation with these thousands
dollars for advertising ! I understand it's his technic to approach the
discussion. But logicly I have not to give him any exclusive rights for
such a small quantity. What do you think ?

§4: Life warranty is true of course, but the bow used in normal conditions
and not overtighten. It would be important to insist.

§5: I could agree to sell these bows at 10-15% less, but not for 20 bows !
To you only, but not to them ! I know it would be excellent to give them a
special price lower because of making the sales easiers, but for at least
100 bows a year. What do you think ?

§6: I understand he retracts behind his previous arguments to make more
supple his global proposition. But I appreciate his care, it seems serious.


I think it's a good letter, and I would like to find an agreement with him
in our commun interest between you and me. Maybe in the future he will be-
come a solid sales partner. I am considering to stop my company here in
France in a near future, I don't know when exactly. Perhaps they would be
interested to become partners in the US to make a new Spiccato factory ? I
know how dangerous it would be without precautionary measures, but how pro-
fitable with a solid association. What do you think ?

In any case, could you help me to answer him in the same tone that our pre-
vious answers ? You and me are in the same position and spirit state. If
you are still OK to make a Spiccato company in SLC, then go !

Ha... ... some information about and could you confirm ? Had you received his bow ?

Another point: would it be possible for you to balance your account ? We have a lot of invoices to pay now !

A very nice new : Sophie Roucher-Millet was born! Pierre and Catherine kiss you, and they are under the born shock (with a permanent smile, inclined head and hanged out tongue!), that is why we cannot ask them anything but rest a little...

I hope all is well for you and your family, and you are greatly to be pitied to go to Honolulu, I promise you to think of you with intensity... (!)

Je vous embrasse tous.

*Benoît*

---

C.P. 37 - P.I.B.S.   56038 VANNES Cedex   Tél.: 97 26 23 31   Fax: 97 26 23 33

SARL au capital de 100.000 frs
SIRET n° 384 073 938 00027

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

From : Ste Benoit ROLLAND  FAX (33) 97 26 23 33        Nov.14.1994  03:38 PM      P02

reçu le 14/11/

Dear Mr. Rolland,

I wanted to talk you for a moment concerning your "Spiccato" bow that I have been using this last week for practice, rehearsals and a concert. First I must say I was quite impressed with the response of the stick. It does pull an exceptionally clear sound that

that is crisp when necessary and immediate. The uniformity of response is very good especially in the upper half.

While I was in New York last week, I showed the bow to 5 or six pla tried your bow and I thought you might wish to have some feedback. The players all liked the response but found the basic sound lacking in the slow or legato passages they tried. We all came to one conclusion. The stick has a very strong tendency to pull the upper partials of the sound and ignores the fundamentals. We tried the sound in a hall and, of course, under the ear. I am writing

From : Ste Benoit ROLLAND  FAX (33) 97 26 23 33          Nov.14.1994  03:38 PM     P03

to you because I hope you wish feedback. I believe many more players would be more interested if this "fundamental" issue could be addressed.

My name is Dr. Davis Brooks and I

to you because I hope you wish feedback. I believe many more players would be more interested if this "fundamental" issue could be addressed.

My name is Dr. Davis Brooke and I am on the faculty at Butler University. The how was shown to me by Mark Russell.

Musically yours,
Dr. Davis Brooks
9208 Colgate St.
Indianapolis, In
46268

Cher Benoit,                                        1\6\97

Salut, mon general. Ca va? I hope you are having a very happy new year and that all is well with you. We had friends over for the holidays and now I feel I need a vacation from the vacation! But everyone is happy and healthy, so I feel all is well.

So, what is the current status of Spiccato in France? Are they harrassing you like before or are they a little more relaxed? It is hard to imagine what all has happened to you.

You mentioned last time we spoke that in the new year we could plan a strategy for this year. What do you think is a realistic time frame for 1997? It might be better to discuss this over the phone, but here are some thoughts that we have from this end.

       * The best option would be to plan for your coming to set up the shop here in the near future (February or March). All of our contacts that we made are still valid, the workshop is open and waiting, Jon Hatch is still available to begin training and we could begin production almost immediately.

       * If you cannot leave that soon, we would like to send Jon Hatch, and possibly myself, to help you fill the orders and at the same time train for the creation of the shop here. If the debt that you have left to pay, is holding you back, our work could help to pay that debt back faster. My other concern is that Jon is an exceptional employee, in all aspects. In a very short time he has mastered rehairing and other repairs that it takes most people months to learn. I believe he could learn the Spiccato steps very quickly. I do not know how long we can retain him here at the shop, he is vastly overqualified for the wage he is earning. If we could keep him by sending him to France to help you, I believe it will make a smoother future. We will pay his expenses, until we begin here. Please consider this carefully and tell me what we can do in regards to this. We could consider him an apprentice to avoid problems with immigration.

I placed an order with you some time ago for a gold mounted viola bow (traditional). Will it be possible to tell him that he can expect it? Also, what is the waiting time for more Spiccatos?

What is the situation with Avsharian? Has anything changed? I am curious.

I have begun to make some bows with the Peccate style head, and I am very happy with it. I studied a Maline and kind of mixed the two styles. It was very fun. I feel very honored and lucky to have studied with you. I can't thank you enough.

Gros Bizous Benoit. Courage, et nous sommes avec toi!

Paul

From:                                                                      P01

# BENOIT ROLLAND



## MESSAGE TELECOPIE

| A l'attention de : | Paul | | Date : | 1/08/96 |
|---|---|---|---|---|
| Société ou Etablissement : | | | Fax n° : | (1) 801 364 3652 |
| | | Nombre de pages incluant celle-ci : | | |

Dear Paul,

This morning I found your message on my answering machine, and I was very happy you arrived without any damage (!) in a good health, and without any custom problem. Ouf ! I suppose you were reinsured... Because to pass through the customs with 3 million dollars are a little risqued.

You were not yet in the train we continue here our problem serial ! Yvonne sent us a small part of the carbon ordered, and it was of a sad quality. She apologized, and we cannot produce any bow before she comes back from her hollidays (20 August...). I have reflected and reflected on our future cooperation in the US, and it seems quite urgent we begin to prepare a workroom. Here in France it's too hard for me to continue like that, you have seen ! Now a lawer who "guarantee" my society had invoiced me Frs. 18 000,00 !!! Each day brings it's surprise. I have no news from Mr. Avsharian, I suppose he takes some hollidays. In any case I am impatient to have some news from him, but not in a hurry. It's too important. Now it would be a good thing you reflect on our future company if you still agree, on the juridic aspects etc. I think we could start quickly (December, January ? Before ?) I am sure to have a lot of orders in October.

Concerning the last invoice, would it be possible you pay the whole amount? I am not in a good financial position now, and I think it would be very well we collect some funds. In that case the best way to pay your violin would be I exchange the whole next 16 bows without invoice, in September, undeclared... What do you think ?

Please, give my best regards to your father and your family, a special thought to Karen and your terrorists (is that correct ?) and I look forward to having some news from you...

EXHIBIT "17"

## Spiccato

| | |
|---|---|
| **From:** | Benoit Rolland <rollandb@aros.net> |
| **To:** | Spiccato <spiccato@aros.net> |
| **Sent:** | Thursday, April 13, 2000 12:50 PM |
| **Subject:** | Re : En Fin! |

Hello Paul & John !

This morning I have received the prototypes you sent me a few days ago. I was anxious. I think you can start the making of one mold, only one because we must check all the thicknesses, global sizes, shapes etc. with the final product. We must see if the process can work as R. said. However I am wondering if the thickness at the head will allow to properly close the mold and maintain a good position of the fibers. If the first mold is OK with the results we expect, then we can make the followings. Do you share my point of view ?
I am also very glad for the new room you just aquired, this will resolve the space problems, and will change your workshop life ! Super hyper mega chouette.

I spend good moments here, even if the previous wife I probably had in the past doesn't stop to make and bring me problem after problem. I wonder how I could live with her for this so long period of my life. Well, she will probably stop a day if I don't answer to her mesquinerie. I must be patient.

Archet 1000 is stopped for the moment. We wait for the Culture manager of the US Ambassy who did not yet come back from her August vacation. I must say I am very surprised by the different comments of the Ministère de la Culture and other rats (I mean the managers) who told to Christine that my name is not so comfortable. Did Christine sent you her report ? Maybe a celebration this year, the answer in September.

I do my best for Morbouleau. I also would love you buy it, this house is really very pleasant. I must say I also would love to keep it, but I can't ! My goal is to buy a house in the US later as you know. Also I must sell my bows to afford that, and take the money back I have invested in Morbouleau !

Finally all my debts are now paid. It remains only 3000 ff ! This is life. Anyhow I leave a clear situation here in France. Also I can be proud to have made a new bow, and maybe I will be refounded by it later, who knows ?

I had news of Eyster, and it seems all is OK for starting the process. But I can't expect to come back in Salt Lake before October, I must have the visa before my coming. It is too dangerous to remain a tourist ! I will send you soon a program for the students.

Well. I am making new bows here with my tools I brought with me from SLC. Then I do not lose my time.

Say Hello to the complete team,
Bisous à vous
Benoît

PS: I will call Corbex today and ask him an estimate for the items you need. I will let you informed.

8/15/00

## Spiccato

**From:** Benoit Rolland <rollandb@aros.net>
**To:** Spiccato <spiccato@aros.net>
**Sent:** Thursday, April 13, 2000 12:50 PM
**Subject:** Re : En Fin!

Hello Paul & John !

This morning I have received the prototypes you sent me a few days ago. I was anxious. I think you can start the making of one mold, only one because we must check all the thicknesses, global sizes, shapes etc. with the final product. We must see if the process can work as R. said. However I am wondering if the thickness at the head will allow to properly close the mold and maintain a good position of the fibers. If the first mold is OK with the results we expect, then we can make the followings. Do you share my point of view ?
I am also very glad for the new room you just aquired, this will resolve the space problems, and will change your workshop life ! Super hyper mega chouette.

I spend good moments here, even if the previous wife I probably had in the past doesn't stop to make and bring me problem after problem. I wonder how I could live with her for this so long period of my life. Well, she will probably stop a day if I don't answer to her mesquinerie. I must be patient.

Archet 1000 is stopped for the moment. We wait for the Culture manager of the US Ambassy who did not yet come back from her August vacation. I must say I am very surprised by the different comments of the Ministère de la Culture and other rats (I mean the managers) who told to Christine that my name is not so comfortable. Did Christine sent you her report ? Maybe a celebration this year, the answer in September.

I do my best for Morbouleau I also would love you buy it, this house is really very pleasant. I must say I also would love to keep it, but I can't ! My goal is to buy a house in the US later as you know. Also I must sell my bows to afford that, and take the money back I have invested in Morbouleau !

Finally all my debts are now paid. It remains only 3000 ff ! This is life. Anyhow I leave a clear situation here in France. Also I can be proud to have made a new bow, and maybe I will be refounded by it later, who knows ?

I had news of Eyster, and it seems all is OK for starting the process. But I can't expect to come back in Salt Lake before October, I must have the visa before my coming. It is too dangerous to remain a tourist ! I will send you soon a program for the students.

Well I am making new bows here with my tools I brought with me from SLC. Then I do not lose my time.

Say Hello to the complete team,
Bisous à vous
Benoît

PS: I will call Corbex today and ask him an estimate for the items you need. I will let you informed.

8/15/00

# EXHIBIT "18"

Cher Benoit,                                  8\23\96

Forgive me for not answering sooner. Peter and I have been in Washington D.C. to visit shops and buy violin wood. We met with three very big shops, Weaver, Brobst, and Zaret. They are all very excited about the Spiccato and I expect many orders from them. Zehr Gut!

The letter to Avsharian is very good. I can see no problems with it and the cost is correct. I am curious to see how he responds.

I did not know I needed to answer the letter from the lawyer. Please send me an explanation of what needs to be done. How can we discuss the possibilities? By fax? By phone? Call me if there is a big problem. I think if the french business remains it would be good to keep the investment. I do not understand completely.

I think maybe Zuckerman uses one of the bows from Delay. Possible?

Everything is very good and I have news for you. Bises-

(What diet plan are you using? Karen thinks I should lose kilos too!)

        Ciao, Paul

# EXHIBIT "19"

Cher Benoît,                                         10\14\97

Is it possible to send me quickly for the **WEB page** :

> photos of you
> your written autobiography
> photos of the workshop in France
> full length photos of the bow
> the complete lists of testimonials

If you can't send the photos of the workshop there, should we take photos of the workshop here?

We need to rush this along so that we can edit the page when you are here next week. Please tell me when you can send these things.

Gros bizous-

EXHIBIT "20"

From : Ste Benoit ROLLAND (Bows) Fax (33) 97 47 14 63    Jul.08.1995  05:57 PM    P02

# BENOIT ROLLAND



*MAITRE ARCHETIER*

Mrs Dorothy DeLay
The Juilliard School
60 Lincoln Center Plaza
New York, New York 10023-6588
U.S.A.

Vannes, le 7/07/95

Dear Mrs DeLay,

I have received your letter dated 8th June and I do not know how to thank you for your kind words of encouragement.

Paul Prier told me about your reservation concerning the name of the bow. I am happy to say that after having well understood your point of view, I will sign it with my own name, starting September of this year and the name "Spiccato" will only be written on the opposite side.

Your opinion on the bow "Rolland modèle Spiccato" is very important and gratifying to us. For me naturally because I found that the very fine tuning of the stick was extremely difficult, but also because you have brought out a point of great importance to us that is that we are able to offer students a quality bow at an affordable price.
Furthermore, Pernambuco wood is gradually disappearing and it is now difficult to find any that is of good quality.

You are contributing to the improvement of the bow with your precious help.
This is why, in order to thank you for your support, I would be very pleased to submit to you my project concerning a limited edition of which you will find details enclosed in this letter. We were thinking of producing 100 bows called *"Ligne Dorothy DeLay"*, they would carry their own individual number which would be kept in a register, available on subscription in "The Strad Magazine". Today's major artists would each have a limited edition of bows manufactured to their own design.
We would be pleased to have your thoughts on this.

If you feel that this bow could receive the backing of some of the great violinists you are acquainted with (I am thinking, for instance, of Mr. Itzakh Perlman), we would be very grateful to present them some bows, as well as the limited edition project, ~~baring~~ bearing in mind that all this is very confidential.

We look forward to hearing from you soon.

Dear Paul,

I reflect now... Don't disturb me.

Yes ! I think Mrs Delay has her reasons to wish I replace *Spiccato* by *Rolland*. Now I accept, even I didn't want before, because of "déontologie"... I think it's a good idea. I had proposed several colours because black was not accepted, it would not be logic not to hear other suggestions for other points, overall the name one !

So the next time you speak with Dorothy, you will tell her her suggestion is good, and now these bows will be named "Rolland bow Spiccato model". This will allow us to make the following models without "adjusting mechanism" with the same principal : "Rolland bow *Omega* model" (or another name).

That means the bows will be engraved B. Rolland on the "sunny" side (not of the street), *Paris* below, and *Spiccato* at the opposite side with the signs *super solo* , *solo* etc. It will be a real litterature to read... Maybe we shall find another solution in the next future ? Your suggestions are welcomed.

Now we arrange our workroom again... I will have a real personal office in a few days, I shall receive you into when you'll come here. I am happy of my new employed, and I am sure we will make a super work.

Yesterday news : Joseph SUK had called me to order a *Spiccato* bow. Nice, no ? I think he is one of the greatests violonists.

I had not received the catalog from Young Musicians. As soon as I receive it, I inform you.

Je vous embrasse tous.

*Benoît*

4, rue du Général Weygand - 56037 Vannes (France)    Tél.: (33) 97 47 18 05    Fax: (33) 97 47 14 63

SARL au capital de 100.000 frs.
SIRET n° 384 073 938 00027

EXHIBIT "21"

4/20/95

Cher Benoit,

   Salou! Ca va? Bien. After speaking with my father we thought it
would be better for you to call Rene personalment. We have no news
so far.
   If you do want to create a Spiccato factory, it would need one
of us(toi, moi, ou mon Pere) to oversee quality control. Labor
costs and production costs are low here in Utah, but you would need
to come here to create the shop personally. I don't think we could
give the responsibility to another firm and keep the quality up.
What are your thoughts?
   I received a letter from Jaime Laredo yesterday. He says hello
and laments that we could not meet on our tour. He also says the
varnish on his Spiccato has peeled off in areas! I think we should
send him immediately another stick(of the same color) and see what
is the problem. His letter was very friendly and he is not angry.
He mentioned that he would be out of town for some time and would
have more time in the summer. All the same, we should send him
another bow now. Have you had that problem before?
   You must be very busy, but when you get an chance, please tell
me who I should contact for:

Ivory Tips
Pearl Slides
brand stamp (0-9)

   Also, what would the cost be for a Tortoise shell mounted
Spiccato for Glen Diktero?
   Gros bisous and come again soon, I really enjoyed seeing you
again-

EXHIBIT "22"







EXHIBIT "23"

# Spiccato QC

| Brand | Type | Size | Color | Mount | Winding | Customer | Bow # / Size | Final Q C Signatures |
|---|---|---|---|---|---|---|---|---|
| Première | Violin | 4/4 | Red | N-Silver | N-Silver | | J | |
| | Viola | | Black | Silver | Silver | Name | | |
| | Cello | 3/4 | no paint | Gold | Whale B. | ___/___/___ | | |
| Arpège | | | | | Gold | Finish  Date | | Final Weight _____ gr |

**MOLD** _____ ✏

Straighten Mandrel _____ ✏

Mold #  V1  **V2  VC1**  VC2  Cavity # _____

Date Molded _____/_____/_____

**BRAIDS** _____

Violin*          Silver    Nickel-silver

Viola*           Silver    Nickel-silver

Cello*           Silver    Nickel-silver

1st  ST6  ST4  ATG6  .25Carb  ATGCarb  17g wrap

2nd  ST6  ST4  ATG6  .25Carb  ATGCarb  17g wrap

3rd  ST6  ST4  ATG6  .25Carb  ATGCarb  17g wrap

4th  ST6  ST4  ATG6  .25Carb  ATGCarb  17g wrap

5th  ST6  ST4  ATG6  .25Carb  ATGCarb  17g wrap

6th  ST6  ST4  ATG6  .25Carb  ATGCarb  17g wrap

7th  ST6  ST4  ATG6  .25Carb  ATGCarb  17g wrap

8th  ST6  ST4  ATG6  .25Carb  ATGCarb  17g wrap

extra carbon threads #  +   -

**RESIN**
Metal fleck _____

Type of color  other _____

Blue_____g Red_____g White_____g

Black_____g Green_____g Rust_____g

**INJECTION** _____

De-gas and injection temp ___(_____)

System pull down time  (_____)

Ramp time (_____)

Cure time _____(_____)

Cure Temp ___(_____)

**DE-MOLD & TEST** _____ ✏

Date de-molded _____/_____/_____

☻Check for defects _____ ✏

☻Weigh stick _____g _____ ✏

Straighten stick _____ ✏

☻1st RDM  # _____ ✏

☻Test for Unpainted _____ ✏

☻1st Camber # _____mm ✏

**MECHANISM** _____ ✏

Type of tube      Brass    Aluminum

Arpege tube Length _____mm

Insert silicon tubes & Mech        ☐

☻Test Mechanism _____ ✏

☻2nd Camber # _____mm ✏

☻2nd RDM  # _____ ✏

**SHAPE BOW** _____ ✏
Cut Kevlar, clean & shape mortice ☐
Shape head, stick, ☐

**FIT FROG, SHAPE & PAINT** _____

☻Select frog _____g _____ ✏

Type of button      Steel    Titanium

Fit frog & facets _____ ✏

Check for twist _____ ✏

☻Combined Weight _____g _____ ✏

☻Cut Mortice _____ ✏

Fit frog  with eyelet _____ ✏

☻3rd RDM  # _____ ✏

**FINISH** _____

Final Polish _____ ✏

Engrave _____ ✏

Wind and grip _____ ✏

☻Hair bow _____g _____ ✏

☻Weight with hair _____g _____ ✏

☻Date Haired _____/_____/_____ ✏

☻Check plug & wedge _____ ✏

**FINAL QUALITY CONTROL** _____

Polish & rosin ☐          Frog Fit ☐

Setting 1.5 ☐      Straightness ☐

Button  Smoothness ☐      Hair  S  M  L

Type of button      Steel    Titanium

# EXHIBIT "24"



Always
Follow
Procedures

Check
And
Re-check

If Something Is
Wrong.
Fix It Before
Continuing

# EXHIBIT "24 A"

1



# EXHIBIT "25 A"



# CARDIFF VIOLINS

C.R.H. King

Paul sorry for the hurried note but we are just off on holiday.

**With Compliments**

Nicki Wilson us in USA in Sept she will contact you thx Chris.

15 - 23 The Balcony, Castle Arcade, Cardiff CF10 1BY. Tel & Fax 029 20 227761
email cardiffviolins@pipemedia.co.uk   web www.cardiffviolins.co.uk



CARDIFF VIOLINS
15-23 THE BALCONY
CASTLE ARCADE
CARDIFF CF10 1BY
TEL    (029) 20227761







Bow of Nicki Wilson

EXHIBIT "25"

MESSAGE TELECOPIE

A l'attention de :

Société ou Etablissement :

Date :   19 6 95

Nombre de pages incluant celle-ci :

Dear Paul,

Just this fax to fax you the letter I received today
from Dorothy. Very nice. I am going to answer and to tell her I
had decided to sign *B. Rolland* instead of *Spiccato*, I suppose she
will be happy of that. Do you think this letter hides something ?
I know she is in relation with a big violin maker in Chicago
(Fuks ?) who gives her some comission...

Je vous embrasse.

Benoit

From : Ste Benoit ROLLAND (Bows) Fax (33) 97 47 14 63    Jun.19.1995  11:28 AM    P02

# THE JUILLIARD SCHOOL

60 LINCOLN CENTER PLAZA
NEW YORK, NEW YORK 10023-6588

June 8, 1995

Benoît Rolland
4, rue du General Weygand
56037 Vannes
FRANCE

Dear Mr. Rolland:

It was a pleasure to meet with you and to see the demonstration
of your new invention.  I found it to be extremely interesting
and I believe it will be very valuable to violinists generally.

From : Ste Benoit ROLLAND (Bows) Fax (33) 97 47 14 63    Jun.29.1995  10:28 AM    P01

# BENOIT ROLLAND

## FAX MESSAGE

| Attention of : | Date : 29- 06. 95 |
|---|---|
| | Number of pages including this one : |
| Society : | |

Dear Paul,

Thank you for your fax. I would like you learn how to repare the *Spiccato* varnish when you will come here... Overall it's so easy !

The advertisment on the Strad Magazine is now published, and I had already received 2 requests for a documentation. Let me informed as soon as you receive this issue.

I am going to make a document for the limited serials I want to send to Dorothy. I need again 8 hours work about, and I shall make it immediatly translated by my brother in law. So I think she will receive the document before you see her in Aspen. Have I to send her this document at the Julliard School, or at her home ? In any case I have not her adress. Maybe I could send you this document also ! Yes.

Give me your exact date when you will come here, and the money you could spend for a flat : this to look for early in Autumn.

Bises à tout le monde.



Dear Paul,

Yes, we have had some varnish problem like J. Laredo one (peelings under the stick near the lapping) overall in Japan where I ask to J Dariel to send us back all the Spiccato bows below the n°49385. The varnish we used at that time was not enough strong. Please, send to J. Laredo as soon as possible another solo model, and take back his own one. After the n°49385 this problem is resolved, and we have not to fear anything today. If you hear about other bow(s) which has this problem, please, exchange it (or them), and send us back the defect(s) bow(s) to revarnish. I think they are not a lot of Spiccato bows in US, and because of that the varnish problem is not very important. But Japan is another thing: 70 bows...Hmmm... That is why I think it would be very important you know how to repair varnish, overall it's not difficult ! Even our new varnishs are solids now, users could make some erasure (but peelings are finished...). Please, be kind to explain that to J. Laredo with my apologizes. Tell him I regrot we have not met him on our tour.

Tomorrow I take the informations for clips and brand stamp. Next week I think I shall have the prices.

I could make an ebony/gold mounted frog for Glen Diktero but I don't feel to make a tortoise-shell one. I prefer reserve this material for traditional bows. you think he would understand my position ? If he would accept the price for him could be about $3500.

I would like and hope to come again soon, in a few months.

VIVE VOUS ET LES US !

Bises

[signature]

4, rue du Général Weygand - 56037 Vannes  (France)    Tel.  (33) 97 47 18 05    Fax. (33) 97 47 14 63

From : Ste Benoit ROLLAND (Bows) Fax (33) 97 47 14 63    Mar.08.1996  10:51 AM    P01

# BENOIT ROLLAND

## FAX MESSAGE

| Attention of : | Date : 8 · 3 96 |
| --- | --- |
| Society : | Number of pages including this one : |

Dear Paul,

No, I am not yet gone to Frankfurt, but I leave tomorrow.

This fair will be decisive for us, and I worry because we are in a bad position. However the perspectives are not so bad because Yamaha is very interested to distribute our bows, and very enthusiastics. We will see after this "fair of the last chance". I am very nervous and anxious, I think I need to take a rest.

I will present our new *Arpège violin bow* (the *Spiccato* without tension system) and the *Spiccato* viola bow.

About your bows which are in repairing here, do you need them quickly, or is it possible you will take them back when you will return to US, or have we to send them to your father as soon as possible ?

We just received your last bow which is warped. I think this bow had been overwinded - 4 or 5 turns - and play like that for a too long time. It doesn't matter, but I am convinced you could learn how to straighten these stick, it's so easy !

Yes, I would appreciate you bring me some file like the one you sent me 6 months ago. I like it. Thank you.

Je vous embrasse et vous dis "à bientôt"...



# BENOIT ROLLAND

## MESSAGE TELECOPIE

| A l'attention de : | Date : 77 - 7 - 96 |
|---|---|
| Société ou Etablissement : | Nombre de pages incluant celle-ci : |

Dear Paul,

Many thanks for your fax it was well recieved. I was in Paris last 3 days and met a few persons who were happy of my works about the *Spiccato* violin - viola and my new "Arpège" (the new carbon bow without tension system) violin bows. D. DeLay letter you had received and testimonials I had had this week are encouraging. Now I wait for like my habits : what will happen from now ? I don't know.

I think it would be a marvellous thing D.DeLay will show the *Spiccato* bow to I. Perlman, because I suppose he would like the *Spiccato* bow playability style. But maybe I mistake, I cannot be sure of anything... Expecting nothing is the best, no ?

I am going to send her a *Spiccato* bow gifted, engraved "For Dorothy DeLay" on the ferrule. I hope she will be pleased. She is a great women, in deed.

I repair your bow I just received today and send it to you as soon as possible, don't worry. I fear just a thing : the first *Spiccato* bows were varnished with a product which were not very reliable (we didn't know at this time !). In fact it's not a problem because the structure of the stick is not concerned. But aesthetic is important in the minds, I know so much! So I am impatient you learn the very easy operation to repair varnishes here in Vannes... Now first varnishes are a bad souvenir because our new varnishes are well, and we are going to make these products more bettered. We don't stop to want the *Spiccato* quality to be bettered. Ouf!

Matt Welhing starts in my workshop since this morning. He seems a little lost, but we will let him relaxed from now...

Let me informed, and je vous embrasse,

Sincèrement vôtres,

*Benoît*

From : Ste Benoit ROLLAND (Bows) Fax (33) 87 47 44 53          08.056 100 140 28     P01

# BENOIT ROLLAND

## FAX MESSAGE

| Attention of : | Date : 8 3 96 |
|---|---|
| Society : | Number of pages including this one : |

Dear Paul,

No, I am not yet gone to Frankfurt, but I leave tomorrow.

This fair will be decisive for us, and I worry because we are in a bad position. However the perspectives are not so bad because Yamaha is very interested to distribute our bows, and very enthusiastics. We will see after this "fair of the last chance". I am very nervous and anxious, I think I need to take a rest.

I will present our new *Arpège* violin bow (the *Spiccato* without tension system) and the *Spiccato* viola bow.

About your bows which are in repairing here, do you need them quickly, or is it possible you will take them back when you will return to US, or have we to send them to your father as soon as possible ?

We just received your last bow which is warped. I think this bow had been overwinded – 4 or 5 turns – and play like that for a too long time. It doesn't matter, but I am convinced you could learn how to straighten these stick, it's so easy !

Yes, I would appreciate you bring me some file like the one you sent me 6 months ago. I like it. Thank you.

Je vous embrasse et vous dis "à bientôt"...

Benoît

From : Ste Benoit ROLLAND (Bows) Fax (33) 97 47 14 63    Jun.29.1995  10:28 AM    P01

# BENOIT ROLLAND



## FAX MESSAGE

| Attention of : | Date : 29 - 06 - 95 |
| | Number of pages including this one : |
| Society : | |

Dear Paul,

Thank you for your fax. I would like you learn how to repare the *Spiccato* varnish when you will come here... Overall it's so easy !

The advertisment on the Strad Magazine is now published, and I had already received 2 requests for a documentation. Let me informed as soon as you receive this issue.

I am going to make a document for the limited serials I want to send to Dorothy. I need again 8 hours work about, and I shall make it immediatly translated by my brother in law. So I think she will receive the document before you see her in Aspen. Have I to send her this document at the Julliard School, or at her home ? In any case I have not her adress. Maybe I could send you this document also ! Yes.

Give me your exact date when you will come here, and the money you could spend for a flat : this to look for early in Autumn.

Bises à tout le monde.

Benoit

**Peter Prier & Sons Violins**

---

**From:** Dick Langham <R.Langham@info.curtin.edu.au>
**To:** <benoit.rolland@wanadoo.fr>
**Sent:** Friday, October 29, 1999 0:10 AM
**Subject:** Salutations d'Australie!

Dear Benoit

I am sending this email to discover whether you can be contacted in this way!

Olive and I are still adjusting to life at home after 5,500 km on the road in France!

I hope you are settling in to the Utah life.

I have a cheque in US dollars ready to send to you. and copies of photographs I made in Locqueltas and Vannes.

I wonder how the plans are progressing to advertise in the Strad concerning "Spicatto" Bows.   You suggested that I may wish to be listed.   I am still interested.

I have haired (remeche) one of the two red violin bows which I bought. The frog of the second one (you may remember) is a little bit "imperfect" and tight on the shaft.  I will let you know if I have real difficulties with the frog.

I hope to have a reply from you soon


A bientot


Rickard Langham

Richard J Langham

Senior Lecturer in Pharmacology
School of Pharmacy
Curtin University
GPO Box U1987
Perth   Western Australia   6845
Australia

Phone:(Work) +61 (0)8 9266 7418 FAX:(Work) +61 (0)8 9266 2769

Phone:(Home) +61 (0)8 9364 3716 FAX:(Home) +61 (0)8 9364 3986

EXHIBIT "26"

**Peter Prier & Sons Violins**

| | |
|---|---|
| **From:** | Piet Koornhof <sacms@iafrica.com> |
| **To:** | Benoit.Rolland <Benoit.Rolland@wanadoo.fr> |
| **Sent:** | Saturday, October 02, 1999 7:22 AM |
| **Subject:** | Re: Maestro bow |

Dear Mr. Rolland,

I am wondering what the situation is with my bow. Would you please be so kind as to let me know.
sincerely,

Piet Koornhof
The South African Chamber Music Society
sacms@iafrica.com

> **-----Original Message-----**
> **From:** Benoit.Rolland <Benoit.Rolland@wanadoo.fr>
> **To:** sacms@iafrica.com <sacms@iafrica.com>
> **Date:** Saturday, September 04, 1999 9:40 AM
> **Subject:** Maestro bow
>
> Dear Mr. Koornhof,
>
> I have received your calls and was'nt able to answer you quickly. Accept my apologizes.
> I have checked your bow, and finally remarked the very small varnish defect on the head. I am going to correct
> it, hoping to find out the exact colour of the bow, which is not so evident. In any case I do for the best.
> You'll receive back the bow before the end of this month.
> Maybe you know through Helge I am moving to the US, in Salt Lake City. Then I close my company and
> workshop here in France, and the making and trading of the bows will be taken over in the US on and after
> October. My Swiss partners have decided to not continue the Spiccato sales. So all is managed from now by my
> American partners.
> Don't hesitate to contact me if you need further informations.
> Sincerely
> Benoît Rolland

5/15/00

# Peter Prier & Sons Violins

**From:**        Piet Koornhof <sacms@iafrica.com>
**To:**          Benoit.Rolland <Benoit.Rolland@wanadoo.fr>
**Sent:**        Thursday, October 07, 1999 12:27 PM
**Subject:**     Re: Maestro bow

Dear Mr. Rolland,

I must confess I am becoming increasingly disappointed at the situation with my maestro bow. It has now been more than three months since I returned the bow to you to have the defects in the finishing fixed -- defects which I listed very specifically in my fax to you at the time, the original copy of which I sent you via Helge together with the bow. In your message below you stated that I would have the bow back by the end of September. Needless to say, it is now well into October and I still do not have the bow for which I have paid a lot of money (a fortune, considering the unfavourable exchange rate of our currency), and which I urgently need for performances! Having paid cash for the bow upon receiving it from Helge (without booklet, without adjusting tool, and without cleaner, I might add --- all of that was only sent to me by mail later!), I think the situation is clearly unacceptable. If you'll remember, you could not deliver the bow on the date originally agreed on (when I was on my way to perform in Moscow), because in your words "the varnish did not have sufficient time to dry, and the finishing of the maestro bow has to be absolutely perfect". I have looked forward to receiving a bow of outstanding quality in all respects, but so far I have been disappointed and feel maltreated as a customer. If you cannot assure me that I will have the bow in my possession very soon, and with all defects that I pointed out in my letter to you eliminated, I will be obliged to cancel the transaction, and demand that my money be paid back with interest. Surely, that would be unfortunate, given that several people who have heard about my purchase of a bow from you, have as a result expressed keen interest in trying spiccato bows.

I sincerely hope to hear from you very soon.

Piet Koornhof

5/15/00

EXHIBIT "26 A"

Fax émis par : 33+82 9747 1463       BENOIT ROLLAND            15/09/97   18:58   Pg:  1

*Here*
*Ausharine*

# BENOIT ROLLAND

*ARCHETIERDART*

## FAX MESSAGE

| Attention of: | Paul | | Date: | September 15th 97 |
|---|---|---|---|---|
| Society: | | | Fax n°: | (801) 364 3652 |
| | Number of page including this one : | 1 | | |

*Travente* 

Dear Paul,

I know you are in holidays for the moment, and I imagine you surfing in the Hawaii waves and good news. I hope all is well and you fill yourselves of sun.

Now 1 am taking the decision to stop my company in December. I don't know if it's too early but I think if you are able to make the Spiccato bows from now (October) perfectly as I know you and Jon, I don't see any reason to keep my company alive which is so expensive in France, and which takes me time and prevents me to make wooden bows. But that means a lot of points and problems will be solved these last 3 months with a very clear and shrewd view.

Main points or problems are:

◊ I have to fill the maximum of Spiccato orders for earning enough money in order to pay the rest of my debts.

◊ That means I must be very careful with the supplyings orders (frogs, mechanisms, carbon braids etc.) to not make other debts.

◊ I  ill not participate to the Frankfurt Fair (even Musicora) because it's too expensive and the goal is to save money. Excepted if you think it's necessary to inform customers and retailers the bows are made now in Salt Lake City. Your opinion would be important.

◊ I must inform all my clients of the transfert, and they order directly to you. (By the way maybe in the future I could be the French importer!!!)

◊ As soon as I close the company, I will have to earn my living differently. I fear I will not be authorized to set up on my own before 6 months at least (french work laws!) and in that case I will have to make money under the table! By the way I would highly appreciate you tell me how many traditional bows you think you would sell by yourself from now if possible. For the moment I must make 30 bows quickly whose yours you need from such a long time. I will come in October to your home with the viola ebony gold and maybe 2 or 3 other bows.

◊ Etc. etc. etc.

You can imagine how it's difficult to stop, and I must have to be extremely careful. There are a multitude of points and details to resol-

EXHIBIT "27"

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

January 16, 2004

Lynn G. Foster
Foster & Foster LLC
602 East 300 South
Salt Lake City, UT 84102



BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Re: Trademarks B. ROLLAND and BENOIT ROLLAND

Dear Mr. Foster:

The following trademarks owned by Benoit Rolland have been published for
opposition in the Official Gazette of the United States Patent and Trademark Office
and all periods for opposition have expired:

(1) B. ROLLAND – Serial No. 76/456551 for musical instruments, namely, bows for
stringed instruments in Class 15;

(2) BENOIT ROLLAND – Serial No. 76/456560 for musical instruments, namely
bows for stringed instruments in Class 15.

Therefore, the marks will in due course be registered on the Principal Register of the
United States Trademark Office. A registration of a trademark on the Principal
Register of the United States Trademark Office, among other things, constitutes
*prima facie* evidence of the exclusive ownership of the mark and of the exclusive
right of the owner to use the trademark in commerce in the United States on the goods
and services identified in the registration.

In addition, the owner of a registered trademark is entitled to the ownership of any
and all domain names incorporating such trademark. The domain names addresses
www.benoitrolland.com and www.benoitrolland.net, are registered to your client and
are due for renewal on January 17, 2004. We request that these domains not be
renewed by your client. We have applied to obtain the registrations for these domains
when they become available. In the event that renewals have been submitted, please
cancel them.

Very truly yours,

Heidi E. Harvey

EXHIBIT "28"

☞ According to the profit, I had understood we will create a company in which I was involved. No problem for me if I am not involved, but we are so tied each other it's fair and normal I share a part of the profits.

☞ About the supplyings, I think you could order directly to the makers, above all my company is not rich enough to advance money (for the moment...).

☞ I would like you keep a sales register in order to note the exact number of bows sold. This is important for the royalties account, and for the way to count the total world sales between you and us. For example : I have not well understood how many bows you have exactly sold since the begining of your company. You have made around 220 bows and sold only 65. Is it exact ? If yes, what have you done with the other 155 ? How many trials, defect bows, gifts ?


You know I am going to change my life. That's why I am ready to live for a few months in SLC and I am really involved into the project of your father's bow-making school. I have not enough time for the moment to write my pedagogic method, but it's not so important, I am perfectly ready to start the lessons, and to form you as a teacher if you are still OK. We will finalize all these points in October during the VSA competition. This school must be the one and only world bow-making school, with a very high level : it's extremely important as we have already discussed. In that way I am ready to give the best of myself.


Dear Paul, I have already understood our professional avenir are tied, for my great pleasure. I like a lot to work with you and yours, your honesty and style of life suits me perfectly. That's why I would like we very often remain in contact. You must know you are absolutely the only persons to whom I give my full trust, and a part of my life with the Spiccato bows ! If I didn't know you, never I would have given my trust to somebody else.
Now, let's charge our batteries and energy, and On to Victory !

With my Best,


Benoît


A très bientôt ; j'spère !

EXHIBIT "29"

**Spiccato**

**From:**      Benoit Rolland <rollandb@aros.net>
**To:**        Spiccato <spiccato@aros.net>
**Sent:**      Wednesday, October 04, 2000 2:50 PM
**Subject:**   Re : Report

Paul !

Thanks for your last email.
Mr Lavergne has the contract and I don't know exactly what points had been
improved or modified. I meet him with his new collaborator on the 17th in
the morning (he is actually aged and Mr Cerf is progressively replacing
him). At that time I will ask them if we need you to come or not. Maybe it
would be possible to work on the contract by internet (that means you should
have the Microsoft Word programm in your computer, it would be much
easier... By the way were you able to open the curriculum ? I would like to
know because I am not used to save some documents by outstandard formats.)

An important information : my old student Jean Grunberger is going to update
the project of reopening the bowmaking school in Mirecourt. It seems that
the bowmaking school of Salt Lake had bothered alot of our French
colleagues, and the minds are being windening (fun...). My opinion is as we
can't go against anything in that way, we should propose some collaboration
between both these schools as soon as the decision is taken to reopen it.
This should be interesting, and would allow maintaining the minds close
between the French and American profession. What do you think ?
In any case I found Jean Grunberger very decided and am almost sure it will
happen something in two years.

What would you think to make another style of wrapping on the Arpège bows ?
I thought about a piece of leather, the same quality than the grip. The cost
should be very lower (2 Ff each ?) and if Mr. Minguy could rough out the
bavels, it would require only 1 minute to make it instead of 10. No grip
needs. If you would like to try, please, tell me the exact dimensions of the
rectangle. Thank you.
I ordered 1500 violin and 100 cello grips. They are already ready.

Read ya !

benoît

# BENOIT ROLLAND



*ARCHETIER D'ART*

Paul Prier

Jon Hatch

Spiccato French American Bows Inc.                    Salt Lake City,  01/10/01

308 East 200 South, Suite #S

Salt Lake city, UT 84111


Dear Paul,

Dear Jon,


This letter intends to summurize our common history, to clarify the actual state of our business today, and to take account of your recent proposal for our common future.


In 1992, you contacted me Paul, in France, hopping that I would teach you the art of bowmaking. You came to Vannes with Karen, your wife and your first daughter Andrea. Despite my overwhelming responsibilities at that time, as I was directing a Company in charge of the R & D of a totally innovative bow, I took time and endeavor to teach you over 9 months the basics of that craft at the best level.

Since then, my life changed. Years of strenous work away from my home and the turmoil of developping alone such a business, were too demanding on my family : it was one of the factors that imposed on me the sorrow of a divorce.

Spiccato now being world wide acclaimed and its technology brought to perfection (we receive, as you know, many such comments from musicians and retailers), I intend to reflect over my life and turn it to peace, what I believe is the duty of every man at my age.


You learnt, Paul, bowmaking with me for free. I taught you the best of my art, not claiming for one cent nor a single of your future bows. Your father and yourself offered, in recognition, to seek interests for Spiccato and Arpege in the US and to open a market. Peter and you brought US$ 40,000.00 to my French Company. But, in our gentlemen agreement, I commited myself to return this sum to you under the shape of my first royalties, agreed to be 10% of your future gross sales for

# BENOIT ROLLAND



*ARCHETIER D'ART*

Spiccato and Arpege. This was done: I abandoned to you part of the 1998, 1999, and 2000 royalties up to $40,000.00. We still have to calculate and close the balance. You will find enclosed all details of our business accounts.

At that time in France, I achieved the new technology of the bows, engineered the manufacturing techniques, launched the production, trained the workers, selected or created supplies and tools, did the office work, represented Spiccato and Arpege in major fairs including Japan at high cost, advertised and marketed the new bows.

In addition to working an average of 11 hours a day, 7 days a week, I was on the roads a large part of the time, agravating my health.

I personnally spent over 1.5 million Francs in protecting the bows with a patent that proved to be efficient up to now : we have no valid competitors.

Over 8 full years, including start up time, my company made 6 millions Francs in gross sales.

Thousands of hours of work for no personal profit, not even a salary (meanwhile, I maintained my family with sales of my Pernambuco bows) : I chose the life of the bows instead of mine. I imposed this bow because my name was respected world wide. Only my reputation as a maker could allow to start the business with major musicians familiar with my Shop, beginning with giant talents as Sir Yehudi Menhuin.

This is what I brought to you.

This is what yourselves and your families benefit from today.

When we decided together to move my studio to your home city of Salt Lake, in 1998, you both came to Vannes again to be trained to the new technology for free. You imported to the United States the know-how of my enterprise, the benefit of my name, and an outstanding product fully operating.

At that point, the only thing you paid for was the transfer to you of my clients, for the modest sum of $54,333.00. The orders placed from these clients soon refunded your investment, and more. I came twice to Salt Lake City at my own expenses to make sure that you understood in details the manufacturing methods of the bows at their required level of quality.

# BENOÎT ROLLAND



*ARCHETIER D'ART*

I was confident in you. You seemed to be determined to honor my confidence.

The normal business procedure would have been to take garantees and legal contracts. I was kind enough to go ahead before contracting, understanding your eagerness to proceed to work ; you could then give employment to your families.

Your goals were soon achieved, at the astonishment of your bookkeeper himself : your debt was paid off in two years, sign of an outstanding product, as no new marketing action was taken yet. Right a way, the gross sales for the first and second year were in progress.

Aside all that, I accepted to install for you a bowmaking school (organizing the entire space and curriculum, authorizing you to advertise your classes with my name) and to become a professor there. I still honor this commitment today. Once again you were aware of the value of my experience, expertise, and name to enhance the fame of your school. Tedious discussions were held in May 2000 to finally insure a salary that remains lower than any such a position for professorship of international reputation in the United States. In addition to that, I could see no reason why a small portion of these diminishing wages (before-after taxes confusion) recently came from the Spiccato Company ?

Since 1992, I believe that I could not demonstrate a better will towards you.

Now it is time to realize and clarify the ground and the extend of our collaboration.

Sincerely,

Benoît Rolland

EXHIBIT "30"

Cher Benoit,                                    January 10, 1995

I have quite good news. Jaime Laredo sent me a check for the bow
we made for him, and he also sent a testimonial that is very
valuable. Here it is:

"I find the Spiccato violin bow truly remarkable. I am so happy
to own one and to play it a lot. I feel like I have added a truly
fine bow to my collection. Congratulations to Mr. Rolland!"

Pretty good eh? He also mentioned that we are free to use it as
we want. I am also working on a testimonial and possible visit from
Cho-Liang Lin. Please fax me a current list of all the testimonials
as there are clients that ask for them.
Did I explain myself about the shipping of the bows in my last
fax? Another method is to send the sticks in one packet and the
hausses in another package, thus the value is almost $0.00. Heh heh
heh, je suis mauve, no?
And also, I have sufficient people to visit during a week long
visit to the east coast(including Jaime Laredo). Should I tell them
that you are definitely coming this April? If so, when?
Bon, l'annee nouvelle nous propose beaucoup oputunites, no?
Bises a tous-



# Peter  Paul  Prier,  Inc.
Luthier

*Specializing in String Instruments, Rare and Contemporary*

(801) 364-3651 or (800) 801-3651        fax 364-3652
308 East 200 South  Salt Lake City, Utah  84111

Jaime Laredo
Vermont
fax 802 254 9080

3\10\95

Dear Mr. Laredo,

Greetings from Salt Lake City, and from my father. I hope that you
continue to enjoy the Spiccato bow and once again thank you for
your kind testimonial.

Benoit Rolland, the creator of the Spiccato bow, and I will be in
the east coast area from the 10th of April to the 17th. We would
love to meet with you during that time to get any feedback and
speak with you personally about the bow. Would you be available
then, for any amount of time?

Also, if there are any players, teachers, or students whom you
think might want to see the bow or meet with Mr. Rolland during his
stay, I would appreciate any help you could offer.

Thank you again-

Sincerely,

Paul Prier

Jaime Laredo
P. O. Box 2106
West Brattleboro, Vermont 05303

January 5, 1995

Dear Mr. Prier,

Sorry for the delay in sending you my check for the bow but we have been away and only came home to Vermont on December 30th. Anyway, I am delighted with it.

I am sending a few words about the bow on a separate piece of paper and of course feel free to use any part of it.

All best wishes to you for the New Year,

Sincerely,

Jaime Laredo

I find the Spiccato violin bow truly remarkable. I am so happy to own one and to play it a lot. I feel like I have added a truly fine bow to my collection. Congratulation to Mr. Rolland!

With all my best wishes,

Jaime Laredo

Dear Paul,

Thank you very much for introducing me to the Spicato bow. It is truly amazing. Each of the bow's settings possesses a unique character, all of which are of the finest quality. I have enjoyed the Spicato immensely and am seriously considering purchasing one. I am currently studying with Professor Andrew Jennings at the University of Michigan.   Mr. Jennings and other members of the violin faculty were extremely impressed with the Spicato's versatility.  Their endorsement of the bow is sure to interest many violinists here in Ann Arbor. I appreciate your assistance and will contact you when I have made a decision.  Once again, thank you for your kindness and generosity.

Sincerely,

Christian Iwasko

Christian Iwasko
422 Cooley - East Quad
The University of Michigan
Ann Arbor, Mi  48109

(313)-764-5628

Benoit -

This is a letter I recieved recently. Mr. Andrew Jennings sounds like a good contact. Also, I am sending you a check for the remaining invoices TODAY - Happy Holidays!

Jaime Laredo
P. O. Box 2106
West Brattleboro, Vermont 05303

April 15, 1995.

Dear Mr. Price,

I just came home 3 days ago and found your fax of March 10. I am sorry I missed you on your trip to the East Coast. Actually, I would have loved to meet with you and Mr. Rolland. I am very pleased with the Spiccato bow, however, some of the varnish (or whatever it is that is on the stick!) has peeled off. I don't know if this is normal or not, but at some point, I would love to have it fixed.

I am leaving for Europe tomorrow for 2 weeks and then in May, we will be in Japan. I will be home quite a bit during the summer.

I do hope we'll have a chance to meet again sometime soon.

With all best wishes,

Sincerely,

Jaime Farela

11 23 94
Cher Benoit,

I am going to write in english to be as precise as possible.

I hope to acquire many orders for the Spiccato in Hawaii this week, because of the severe climate and humidity there. I will let you know as soon as I can.

I have not heard news of Jaime Laredo yet. I suppose he is touring and will let me know soon. I will definitely propose a meeting with you when you come to the U.S.

I have made a small report of the Spiccato. In it I have asked the opinion of my father and also the salespersons in his shop, the people who sell the Spiccato.

The players all like the way it plays. Some have said it is too rigid and others say it is too soft, but they are just a few people. The Adjusting system has been called genial by most all people. One person has said that it takes too long to adjust it, or that it is too complicated. When I see you in New York I will propose an idea, it is too long to write.

It seems that the younger people, students and teachers, are more open to the idea and are willing to try the bow. With the older people it is harder to get them to try it.

Everyone, has been pleased with the appearance and style of the bow. It looks great.

Many people have asked me about the possibility of viola and cello bows. I tell them to expect these bows in 95. Am I correct?

Clients here in Utah are more cautious with the price at $1400.00, but I think it is a correct price for the east and west coast. If the Japanese will buy it consistently at $2200.00, maybe we should forget America! Just a joke. Many of the good teachers have commented that the price is very reasonable for the quality of bow. I think that when the teachers and players understand the purpose of the Spiccato, it is not hard to pay that price.

My suggestions to market the Spiccato in the U.S. is this:

1. As you have mentioned, visit the east coast and see many of

the important teachers there. This would mean to visit the major music schools there, i.e., Juliard, Eastman, New England Conservatory, Curtis, and Pingree. I have a few contacts there who would see us. Charles Castleman (Eastman), Jaime Laredo, and other Juliard graduates. I could possibly set up contacts with, Cho-Liang Lin (Juliard), and Ida Kavafian (Juliard). Peter mentioned that it would be wonderful to see Itzhak Perlman, of course. Ther are other teachers that I could call. For this I will need you to tell me a possible date when you could come to the U.S.

2. Visit shops on the east coast who are friendly to you or my father. These are, Rene Morel, Archieri, and Mckeane. It would help to have the Spiccato in these shops, but it is not the priority.

3. Make an advertising campaign. Possibly the Strad or Strings magazine. Before this, we should make a press release, or an announcement to the media of this new idea.

4. HIre someone, a good player who knows many teachers, to aggressively sell the bow throughout the U.S. He\She must personally contact the players and teachers all over the country.

I think that I have said quite a bit! Please tell me if some things are not clear. My last day here is Friday before I leave for Hawaii.

Also, in 1996 should I work with you before I go to Paris or shouldI go there first? Is it important?

BIses toute le monde-

# EXHIBIT "31"

To Andrew Wu
From Paul Prier

12\8\97

Dear Andrew,

Thank you for your fax and the previous price reminder. As I have said, considering your relationship with Benoit and the work you have done so far, we will honor prices that Benoit has quoted before for this last order. Those special prices were introductory and subject to change. I believe Benoit has informed you that the bows are being made and exclusively wholesaled by Spiccato itself. Even Prier's has to buy them like everyone else.

We would like very much for you to continue to retail the bows. It would be unfortunate if you choose not to, seeing the excellent mark-up with the discounted price.

I do hope this can be resolved, I think we both know the potential of this bow. Please inform me if you wish to continue with the shipment. Best regards to you and Mr. Avsharian, thank you in advance-

Sincerely,


Paul S. Prier