IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOIT ROLLAND<br><br>    Plaintiff,<br><br>vs.<br><br>PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH,<br><br>    Defendants. | **DECLARATION OF LEE BAROLDY**<br><br><br>Civil No. 04CV11491 RWZ |

I, Lee Baroldy, declare as follows:

1. I am a citizen of the United States of America residing in the State of Minnesota.

2. I am over the age of 21 and competent to testify. I have personal knowledge of the matters set forth herein.

3. I am a Senior Industrial Designer with a terminal Master's degree in my field of work. I am skill level III certified (highest level prior to becoming an instructor) in Alias AutoStudio (the software I used to CAD model the bow). Alias AutoStudio software retails for $65,000.00 a copy. My resume is attached as Exhibit "A."

4. I was employed by Viewpoint in Salt Lake City from November of 1999 thru July of 2002.

5. I helped, together with Benoit Rolland, Jon Hatch, Paul Prier and Richard Nord, design a mutli-cavity high temperature, high pressure mold by which bows of synthetic resin would be produced by Spiccato French American Bows, Inc. (SFAB).

6. The multi-cavity mold was to replace a room temperature and non-pressurized single cavity mold which produced synthetic bows too slowly and of non-uniform lower quality.

7. In the early phases of the design of the multi-cavity mold for SFAB, on June 14, 2000, I sat with Benoit Rolland and Paul Prier in front of my assigned design computer (according to my documents. There may have been at least one other time but my records do not list names at an earlier date. I have a very detailed file that will give exact names, dates, and those present but I have not been able to locate it yet.). Mr. Rolland actively pointed out the parts of the master bow he built that needed to be reproduced by me. There were areas on his hand-

made master bow that he preferred on one side over the other side and he assisted me in listing the areas of each side that were best and that I should make every attempt to capture in the mold. He recognized the fact that I could make the bow data perfectly symmetrical; something he, or anyone else, could never do by hand. The goal was to make the bow perfectly symmetrical using the best areas of the bow. Mr. Rolland knew the multi-cavity mold was being designed and would be fabricated for use by SFAB in the production of synthetic bows, in lieu of the single cavity mold system earlier in use. Mr. Rolland was cooperative, helpful as an active participant, a co-designer, the designer of the "master" bow, and made no objection. Mr. Rolland was to review the bow prototypes as they were produced.

8. Absolutely, the quality of bows produced by SFAB with the multi-cavity mold Mr. Rolland helped design is and always will be higher than the quality of bows produced in the single cavity compression molds used earlier by SFAB.

Under penalty of perjury, I swear the foregoing to be true.

_____
LEE BAROLDY

7 SEP 04
_____
DATE

\2004\___\Declaration of Lee Baroldy

2

EXHIBIT "A"

# RESUME

**Lee Baroldy**

405 S. Spruce, Thief River Falls, Minnesota  Home: (218) 683-3333  www.wiktel.net/baroldy

**EXPERIENCE:**

**Design:**

Arctic Cat Inc. – (May 03 – Present)  Senior Industrial Designer.  Designed 05 Mountain Cats, both A and B side of over 30 aesthetic parts.  Work with marketing, sales and engineering departments and vendor engineering and tooling to ensure the parts meet specifications.  Ensure we meet our dates.  Designing the 06 Trail Performance Model.  Designed an 05 ski for all models.  Designed racing concept, ski concept, fuel tank concept and handlebar controls.  Three patents are pending.

General Motors - (Oct 98 - Feb 99 also Oct 02 - Feb 03)   In the Cadillac Studio as an Alias Sculptor.  Also worked as a Creative Designer in the truck studio.  Used Alias to design innovative interior, exterior, and wheel concepts for the GMC Envoy XUV.  Also worked in the Interior Component Design Studio designing and building parts for various vehicles.

Bid Design -  (Aug 97 – May 03) Principal of a product design company.  Help clients take their ideas and turn them into marketable products using Alias|wavefront Studio.

Viewpoint Corporation - Senior Industrial Designer.  (Apr 95 - Oct 95 also Feb 99-Aug 02) Helped clients turn ideas into products.  Worked on numerous medical products, violin and cello bows, characters for toys, Christmas decorations, new Pillsberry Doughboy, etc.  Created models for movies, commercials and games.  In the credits of the movie "Dungeon's and Dragons".  Built the NURBS cars in the movie "Driven".  Redesign and manufactured the New Pillsbury Doughboy.

HGM Medical Laser Systems - Design & Marketing Director.  (Apr 97 - Oct 97) Directed a small staff, to include graphics designers, engineers, and an in-house photographer.

**OTHER DESIGN PROJECTS:**

CASE Tractors (CNH) – (While with Viewpoint) Converted clay and foam models into CAD files to be used for visual representations as well as CNC mill machines.

Ford Motor Company (Jan 95-Apr 98 Grad School Project) - (proprietary)  - Our Interdisciplinary Product Development Team (IPD) designed and developed a fully functional automatic refueling gas station.  Patents #US6024137, #US6,354,343 & #US6,640,846: Automatic fueling system and components therefore.  The project was sponsored by Ford Motor Company.  The IPD team has presented our work to Mobil and Shell Oil Companies, parts manufacturing companies, and Ford.

General Motors – (Under Grad Project) Designed an ergonomic device at the Flint, Michigan V-6 motor production plant.  The team's budget was $250K.  We spent $5K to find and develop the solution.  Sketches and prototypes were produced.

Makita – (Under Grad) IPD team project; The design concepts created included two cordless-electric lawnmowers, a cordless electric drill, a gas powered edge trimmer, three different types of sanders, and vertical blind openers.

Tecumseh Engine and Transmission – (Undergrad, Grad school) A gas powered 5 hp lawn mower and a 16 hp bi-fuel motor.  Sketches, 3D data,  and prototypes were produced.

Motorola – (Undergrad) Military communications system, which included a number of other devices, built into a helmet.  Sketches and a model were produced.

Published & Presented work on producing sculpture using Alias|wavefront and various CNC tools . . . to include stereo lithography. I call it Computer-Aided Sculpture (CAS) and I presented it at the IDSA National Education Conference in June of 1997.

**Currently:**

Full Member of Industrial Design Society of America, (IDSA).

**SPECIAL SKILLS**

**Management:**

Managed many projects from beginning to end at Viewpoint

Director of Design and Marketing at HGM Medical Laser Systems.

Established and managing Bid Design.

Facilities Engineer over 450 personnel and millions of dollars of equipment.

Many years of leadership successes as an Army non-commissioned and officer.

Work well in a team environment as a leader or a follower.

**Ideation:**

Push the paradigm; brainstorm well alone or as a member of a team.

Always create patentable ideas and innovations.

Communicate ideas quickly, either visually, verbally, and/or in writing.

**Computer:**

Alias/wavefront AutoStudio, v. 10 (Skill Level III certified), Maya 4.5, ParaForm, AfterEffects, Premier, PhotoShop, Word, PowerPoint, and more. Familiar with: Wacom tablet, Scanner, AutoCad, Mechanical DeskTop, CadKey, CNC machining, Rapid Prototyping, etc.

**Sketching and Rendering:**

Can sketch in 3-D as well as 2-D.

Excellent use of the computer as another design tool, including CNC.

**Model Making:**

Fabricate detailed, correctly-dimensioned models using a wide range of materials and tools; from hand tools to rapid prototyping tools (Stereo Lithography) and CNC mills.

**EDUCATION**

**Civilian:**

Mesa Community College, Mesa, Arizona . . (AA) Design (Apr 95)

Brigham Young University, Provo, Utah . . . (BFA) Industrial Design (Apr 95)

Brigham Young University, Provo, Utah . . . (MFA) Industrial Design (Apr 98)

Recipient of a very generous NASA Scholarship.

**Military:**

From 1976 to 1998 (Active duty, Reserves and National Guard). Served with the 82nd Airborne Division, 3rd Ranger Battalion, and 19th Special Forces. Served as a Platoon Leader, Detachment Commander, and Company Commander. Left the Army as a Captain.

Cover Letter

Hello,

    I am currently working as the Senior Industrial Designer with Arctic Cat and designed the '05 Mountain Cat snowmobiles. It was recently awarded the 'Snowmobile of the Year for 2005' (Not announced publicly yet). While I am working with engineering and tooling to ensure the Mountain Cats are designed and built to my specifications, I am also designing the '07 Touring sleds. I single handedly designed and built over 30 aesthetic parts of the Mountain Cat in less than seven months. I have three patents and three additional patents pending at Arctic Cat thus far.

    I have served on numerous interdisciplinary product development teams that included various engineering professionals, sales and marketing VPs (MBA types), legal counsel, vendors and myself as the team's industrial designer. Together we have applied various research and marketing techniques that have sped up the time from idea to market at the lowest cost. We used these skills to develop numerous concepts and prototypes, conducted numerous focus group studies, and finally built full scale working prototypes before going into production. However, at other times, it was necessary to throw all that out the window and simply work like mad to meet impossible deadlines.

    The most extensive IPD team I played a key role in was while working at General Motors. There, I was one of four industrial designers on the team and we designed the new Envoy XUV. We took that project from the earliest marketing data, conducted extensive brain-storming sessions, created extensive questionnaires complete with animations and functional prototypes, took our concepts to the largest marketing studies known with thousands of respondents, and eventually built the final Envoy XUV.

    You can also take a look at a small sample of my work and the way I work by reviewing the webpage I created at the address provided below. I hope this cover letter and resume will help.

Sincerely,

*[signature]*

Lee Baroldy
Designer, IDSA
(218) 683-3333
http://www.wiktel.net/baroldy