UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOÎT ROLLAND<br><br>      Plaintiff,<br><br>vs.<br><br>PETER PRIER & SONS VIOLINS, INC.<br>et.al.,<br><br>      Defendants. | Civil Action Number: 04CV11491 RWZ<br><br>**DECLARATION OF LYNN G. FOSTER** |

I, Lynn G. Foster, declare as follows:

1.      I am a resident of the State of Utah and a citizen of the United States of America.

2.      I am over 21 years of age and competent to testify.

3.      I have first hand knowledge about the uncontested matters presented by way of this declaration.

4.      I am legal counsel for the Defendants.

5.      Attached hereto as Exhibit "A" is a copy of United States trademark application Serial No. 76/456,560, filed October 1, 2002, by the Plaintiff, which matured into a United States trademark registration of BENOIT ROLLAND.

6.      Attached hereto as Exhibit "B" is a copy of United States trademark application Serial No. 76/456,551, filed October 1, 2002, by the Plaintiff, which matured into a United States trademark registration of B. ROLLAND.

Under penalty of perjury, I declare the foregoing to be true.

_____
LYNN G. FOSTER

9-13-04
_____
DATE

EXHIBIT "A"

## Trademark

REG NUM: 2837856
REG DT: 05/04/2004

S/N 76/456560

76-456560

BENOIT ROLLAND

BENOIT ROLLAND

PRINCIPAL

LAW OFFICE 104 115

76-456560

**FILING DATE**
October 1, 2002

**ORIGINAL APPLICANT**
Rolland, Benoit

**GOODS/SERVICES (CLASS 015)**
musical instruments, namely, bows for st (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
JAMES W. BABINEAU

ATTORNEY ADVISOR: _____ Glenn Clark

# NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Trademark



U.S. Patent & TMOfc/TM

**76456560**

Serial Number
(Bar Code)

NEW CASE DELIVERED

APR 2 9 2003

LAW OFFICE 115

## PROSECUTION HISTORY

| Entry | Date | Initials |
|-------|------|----------|

NOP
7/15/03

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.

# Post Registration

| Section 8 Accepted | | Renewal Granted | |
|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Section 15 |
|---|
| Acknowledged |
| (Signature) |
| |

| Cancelled - Section 8 |
|---|
| (Date) |
| |
| |
| |

| Expired -  Section 9 |
|---|
| (Date) |
| |
| |
| |

Name BENOI. . .IOLLAND stamped on a wooden b. . . .





10-01-2002

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #80

Applicant       :   Benoit Rolland

Address       :   21 Prescott Street
Charlestown, MA  02129

First Use       :   1983

First Use
Commerce       :   1983

For       :   Musical instruments, namely, bows for stringed instruments, in
Int. Class 15.

BENOIT ROLLAND

PUBLISHED
7/15/03



U.S. Patent & TMOfc/TM

76456560

*** User: gclark ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | N/A | 0 | 0 | 0:01 | 76456551 |
| 02 | 1 | 0 | 1 | 0 | 0:01 | 76456560 |
| 03 | 2 | 0 | 2 | 0 | 0:01 | "Rolland Benoit"[on] |
| 04 | 19 | 11 | 8 | 2 | 0:01 | BENOIT[bi,ti] |
| 05 | 19 | 11 | 8 | 2 | 0:01 | *BENOIT*[bi,ti] |
| 06 | 94 | 53 | 41 | 19 | 0:02 | ROLAND[bi,ti] OR ROLLAND[bi,ti] |
| 07 | 125 | N/A | 0 | 0 | 0:01 | *ROLAND*[bi,ti] OR *ROLLAND*[bi,ti] |
| 08 | 31 | 20 | 11 | 5 | 0:01 | 7 NOT 6 |
| 09 | 793 | N/A | 0 | 0 | 0:02 | *R{V:2}L{V}ND*[bi,ti] OR *R{V:2}LL{V}ND*[bi,ti] |
| 10 | 338 | N/A | 0 | 0 | 0:04 | 9 AND "015"[CC] |
| 11 | 294 | 149 | 145 | 53 | 0:01 | 10 NOT 7 |
| 12 | 24 | 13 | 11 | 6 | 0:02 | *R{V:2}WL{V}ND*[bi,ti] OR *R{V:2}WLL{V}ND*[bi,ti] |
| 13 | 80 | 40 | 40 | 17 | 0:13 | *R{V:2}WL{V}N*[bi,ti] OR *R{V:2}WLL{V}N*[bi,ti] |
| 14 | 19 | 11 | 8 | 2 | 0:01 | *B{V}NOIT*[bi,ti] |
| 15 | 1667 | N/A | 0 | 0 | 0:04 | *B{V}N{V:3}T*[bi,ti] |
| 16 | 371 | 201 | 170 | 64 | 0:06 | *B{V}N{V:3}T*[bi,ti] AND "015"[CC] |
| 17 | 0 | 0 | 0 | 0 | 0:01 | BENWA[bi,ti] |
| 18 | 0 | 0 | 0 | 0 | 0:01 | *BENWA*[bi,ti] |
| 19 | 47 | 21 | 26 | 2 | 0:02 | "ROLL AND"[bi,ti] |
| 20 | 4 | 3 | 1 | 0 | 0:01 | ROLLAN[bi,ti] OR ROLAN[bi,ti] |
| 21 | 207 | 121 | 86 | 33 | 0:01 | *ROLLAN*[bi,ti] OR *ROLAN*[bi,ti] |
| 22 | 0 | 0 | 0 | 0 | 0:01 | *BROLLAN*[bi,ti] OR *BROLAN*[bi,ti] |
| 23 | 1 | 1 | 0 | 0 | 0:01 | *B$ROLLAN*[bi,ti] OR *B$ROLAN*[bi,ti] |

```
24    5860    N/A         C       0      0:13   *R{V:2}' '7}N*[bi,ti] OR
                                                *R{V:2}L⌐{V}N*[bi,ti]

25   10351    N/A         0       0      0:01   B[bi,ti]

26      14     7          7       2      0:01   25 AND (24 OR 13)
```

```
Session started  5/1/03 3:35:35 PM
Session finished 5/1/03 4:05:10 PM
Total search duration 1 minutes 5 seconds
Session duration 29 minutes 35 seconds

Default NEAR limit= 1 ADJ limit= 1



Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456560
Sent to TICRS as Serial Number: 76456551
```

# 76456560

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
10/10/2002 SWILSON  00000034 76456560
01 FC:361                   325.00 OP
```

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

September 30, 2002

**BOX NEW APP FEE**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

| Mark: | BENOIT ROLLAND |
| Applicant: | Benoit Rolland |
| Int. Class(es): | 15 |
| Our Ref.: | 14067-003001 |

Dear Commissioner:

Enclosed herewith please find an application for registration of the above mark based on use in commerce together with a drawing, one specimen showing the mark as actually used and our check in the amount of $325 in payment of the filing fee.

Please charge any additional fees or make any credits to Deposit Account No. 06-1050 (14067-003001).

Very truly yours,



James W. Babineau

Enclosures

20515858.doc

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Applicant        : Benoit Rolland

Mark             : BENOIT ROLLAND

Int. Class 15 Specimen

TRADEMARK
Attorney's Docket No.: 14067-003001

Code, and that such willful false statements may jeopardize the validity of this application or any registration resulting therefrom, declare that:

1. I have adopted and am using the mark shown in the accompanying drawing.

2. I believe I am the owner of the mark.

3. The mark is in use in commerce.

4. To the best of my knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion or mistake, or to deceive.

5. The specimens show the mark as used on or in connection with the goods or services.

6. All statements made of the undersigned's own knowledge are true, and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

Applicant hereby appoints Timothy A. French, Cynthia E. Johnson, Merton E. Thompson, IV, John A. Mizhir, Jr., Debra S. Serota and James W. Babineau of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, (Telephone: 617/542-5070), members of the Bar of the Commonwealth of Massachusetts, his attorneys, to prosecute this application to register, to transact all business in connection therewith, and to receive the certificate of registration.

_____
Signature

Benoit Rolland
Printed Name

_____
Date

TRADEMARK
Attorney's Docket No.: 14067-003001

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR TRADEMARK REGISTRATION
BASED ON 1(a) – USE IN COMMERCE

Trademark:  BENOIT ROLLAND
Int. Class:  15

TO THE COMMISSIONER FOR TRADEMARKS:

Benoit Rolland, a citizen of France and permanent resident of the United States,

Address:
21 Prescott Street
Charlestown, MA  02129

The above-identified applicant has adopted and is using the mark shown in the accompanying drawing for the following goods/services:

Musical instruments, namely, bows for stringed instruments, in Int. Class 15

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark was first used in connection with the goods in Int. Class 15 at least as early as 1983; was first used in connection with the goods in Int. Class 15 in commerce at least as early as 1983; and is now in use in such commerce in connection with said goods.

One specimen showing the mark as actually used is presented herewith.

### DECLARATION

I, Benoit Rolland, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

The applicant is a living individual whose

## TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE          ☐ NO CHANGE          ☑ PUBLICATION/REGISTRATION STAGE

Name: Nina Vilaychith__   L.O. __115__   Date 5/20/03   Serial No. 74/757678   456560

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

### Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____ Nina Vilaychith _____

LIE                                              DATE 5/20/03

Other:_____

**UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE**

Jun 25, 2003

Commissioner for Trademarks
*2900 Crystal Drive*
Arlington, VA 22202-3513
www.uspto.gov

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/456,560

2. Mark:
   BENOIT ROLLAND

3. International Class(es):
   15

4. Publication Date:
   Jul 15, 2003

5. Applicant:
   Rolland, Benoit

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark.  If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

> The Superintendent of Documents
> U.S. Government Printing Office
> PO Box 371954
> Pittsburgh, PA 15250-7954
> Phone: (202)512-1800

By direction of the Commissioner.

EXHIBIT "A"

Trademark

U.S. DEPARTMENT OF CO
Patent and Traden

REG NUM: 2837856
REG DT: 05/04/2004

S/N 76/456560

76-456560

# BENOIT ROLLAND

BENOIT ROLLAND

PRINCIPAL

LAW OFFICE 104 / 15

76-456560

**FILING DATE**
October 1, 2002

**ORIGINAL APPLICANT**
Rolland, Benoit

**GOODS/SERVICES (CLASS 015)**
musical instruments, namely, bows for st (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
JAMES W. BABINEAU

ATTORNEY ADVISOR:    Glenn Clark

# NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|------|---------------------------------------------|----------|
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |

# Trademark



**U.S. Patent & TMOfo/TM**

76456560

| Serial Number |
| (Bar Code) |

NEW CASE DELIVERED

APR 2 9 2003

## PROSECUTION HISTORY    LAW OFFICE 115

| **Entry** | **Date** | **Initials** |

1.

2.

3.  NOP

4.  7/15/03

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

# Post Registration

| Section 8 Accepted | | Renewal Granted | |
|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Section 15 |
|---|
| Acknowledged |
| (Signature) |
| |

| Cancelled - Section 8 |
|---|
| (Date) |
| |
| |
| |

| Expired - Section 9 |
|---|
| (Date) |
| |
| |
| |

Name BENOIT HOLLAND stamped on a wooden bow





10-01-2002

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #80

| | | |
|---|---|---|
| Applicant | : | Benoit Rolland |
| Address | : | 21 Prescott Street<br>Charlestown, MA  02129 |
| First Use | : | 1983 |
| First Use<br>Commerce | : | 1983 |
| For | : | Musical instruments, namely, bows for stringed instruments, in Int. Class 15. |

BENOIT ROLLAND

PUBLISHED
7/15/03


U.S. Patent & TMOfc/TM

76456560

```
*** User: gclark  ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | N/A | 0 | 0 | 0:01 | 76456551 |
| 02 | 1 | 0 | 1 | 0 | 0:01 | 76456560 |
| 03 | 2 | 0 | 2 | 0 | 0:01 | "Rolland Benoit"[on] |
| 04 | 19 | 11 | 8 | 2 | 0:01 | BENOIT[bi,ti] |
| 05 | 19 | 11 | 8 | 2 | 0:01 | *BENOIT*[bi,ti] |
| 06 | 94 | 53 | 41 | 19 | 0:02 | ROLAND[bi,ti] OR ROLLAND[bi,ti] |
| 07 | 125 | N/A | 0 | 0 | 0:01 | *ROLAND*[bi,ti] OR *ROLLAND*[bi,ti] |
| 08 | 31 | 20 | 11 | 5 | 0:01 | 7 NOT 6 |
| 09 | 793 | N/A | 0 | 0 | 0:02 | *R{V:2}L{V}ND*[bi,ti] OR *R{V:2}LL{V}ND*[bi,ti] |
| 10 | 338 | N/A | 0 | 0 | 0:04 | 9 AND "015"[CC] |
| 11 | 294 | 149 | 145 | 53 | 0:01 | 10 NOT 7 |
| 12 | 24 | 13 | 11 | 6 | 0:02 | *R{V:2}WL{V}ND*[bi,ti] OR *R{V:2}WLL{V}ND*[bi,ti] |
| 13 | 80 | 40 | 40 | 17 | 0:13 | *R{V:2}WL{V}N*[bi,ti] OR *R{V:2}WLL{V}N*[bi,ti] |
| 14 | 19 | 11 | 8 | 2 | 0:01 | *B{V}NOIT*[bi,ti] |
| 15 | 1667 | N/A | 0 | 0 | 0:04 | *B{V}N{V:3}T*[bi,ti] |
| 16 | 371 | 201 | 170 | 64 | 0:06 | *B{V}N{V:3}T*[bi,ti] AND "015"[CC] |
| 17 | 0 | 0 | 0 | 0 | 0:01 | BENWA[bi,ti] |
| 18 | 0 | 0 | 0 | 0 | 0:01 | *BENWA*[bi,ti] |
| 19 | 47 | 21 | 26 | 2 | 0:02 | "ROLL AND"[bi,ti] |
| 20 | 4 | 3 | 1 | 0 | 0:01 | ROLLAN[bi,ti] OR ROLAN[bi,ti] |
| 21 | 207 | 121 | 86 | 33 | 0:01 | *ROLLAN*[bi,ti] OR *ROLAN*[bi,ti] |
| 22 | 0 | 0 | 0 | 0 | 0:01 | *BROLLAN*[bi,ti] OR *BROLAN*[bi,ti] |
| 23 | 1 | 1 | 0 | 0 | 0:01 | *B$ROLLAN*[bi,ti] OR *B$ROLAN*[bi,ti] |

```
24    5860    N/A       C        0        0:13   *R{V:2}` `7}N*[bi,ti] OR
                                                 *R{V:2}L⌐{V}N*[bi,ti]

25    10351   N/A       0        0        0:01   B[bi,ti]

26    14      7         7        2        0:01   25 AND (24 OR 13)
```

```
Session started  5/1/03 3:35:35 PM
Session finished 5/1/03 4:05:10 PM
Total search duration 1 minutes 5 seconds
Session duration 29 minutes 35 seconds

Default NEAR limit= 1 ADJ limit= 1


Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456560
Sent to TICRS as Serial Number: 76456551
```

# 76456560

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

10/10/2002 SWILSON 00000034 76456560
01 FC:361                    325.00 OP

PTO-1555
(5/87)

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

September 30, 2002

**BOX NEW APP FEE**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

| | |
|---|---|
| Mark: | BENOIT ROLLAND |
| Applicant: | Benoit Rolland |
| Int. Class(es): | 15 |
| Our Ref.: | 14067-003001 |



BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Commissioner:

Enclosed herewith please find an application for registration of the above mark based on use in commerce together with a drawing, one specimen showing the mark as actually used and our check in the amount of $325 in payment of the filing fee.

Please charge any additional fees or make any credits to Deposit Account No. 06-1050 (14067-003001).

Very truly yours,

James W. Babineau

Enclosures

20515858.doc

Applicant            : Benoit Rolland

Mark                 : BENOIT ROLLAND

Int. Class 15 Specimen

Code, and that such willful false statements may jeopardize the validity of this application or any registration resulting therefrom, declare that:

1. I have adopted and am using the mark shown in the accompanying drawing.

2. I believe I am the owner of the mark.

3. The mark is in use in commerce.

4. To the best of my knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion or mistake, or to deceive.

5. The specimens show the mark as used on or in connection with the goods or services.

6. All statements made of the undersigned's own knowledge are true, and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

Applicant hereby appoints Timothy A. French, Cynthia E. Johnson, Merton E. Thompson, IV, John A. Mizhir, Jr., Debra S. Serota and James W. Babineau of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, (Telephone: 617/542-5070), members of the Bar of the Commonwealth of Massachusetts, his attorneys, to prosecute this application to register, to transact all business in connection therewith, and to receive the certificate of registration.

Signature

Benoit Rolland
Printed Name

Date

TRADEMARK
Attorney's Docket No.: 14067-003001

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR TRADEMARK REGISTRATION
BASED ON 1(a) – USE IN COMMERCE

Trademark:  BENOIT ROLLAND
Int. Class:  15

TO THE COMMISSIONER FOR TRADEMARKS:

Benoit Rolland, a citizen of France and permanent resident of the United States,

Address:
21 Prescott Street
Charlestown, MA  02129

The above-identified applicant has adopted and is using the mark shown in the accompanying drawing for the following goods/services:

Musical instruments, namely, bows for stringed instruments, in Int. Class 15

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark was first used in connection with the goods in Int. Class 15 at least as early as 1983; was first used in connection with the goods in Int. Class 15 in commerce at least as early as 1983; and is now in use in such commerce in connection with said goods.

One specimen showing the mark as actually used is presented herewith.

## DECLARATION

I, Benoit Rolland, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

## TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE          ☐ NO CHANGE          ☑ PUBLICATION/REGISTRATION STAGE

Name:_Nina Vilaychith__   L.O. ___115_   Date 5/20/03   Serial No. 74/75/76/78   456560

| INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded. |
|---|

**Legal Instrument Examiner (LIE)**

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____ Nina Vilaychith _____

_____          LIE                       DATE 5/20/03

Other:_____

# UNITED STATES
## PATENT AND
### TRADEMARK OFFICE
★★★★

Jun 25, 2003

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513
www.uspto.gov

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/456,560

2. Mark:
   BENOIT ROLLAND

3. International Class(es):
   15

4. Publication Date:
   Jul 15, 2003

5. Applicant:
   Rolland, Benoit

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark.  If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

EXHIBIT "A"

Trademark

FO...
5/9...

REG NUM: 2837856
REG DT: 05/04/2004

S/N 76/456560

U.S. DEPARTMENT OF CO...
Patent and Tradem...

76-456560

BENOIT ROLLAND

BENOIT ROLLAND

PRINCIPAL

LAW OFFICE 104 115

76-456560

**FILING DATE**
October 1, 2002

**ORIGINAL APPLICANT**
Rolland, Benoit

**GOODS/SERVICES (CLASS 015)**
musical instruments, namely, bows for st (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
JAMES W. BABINEAU

ATTORNEY ADVISOR: _____ Glenn Clark

# NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|------|---------------------------------------------|----------|
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |

# Trademark



U.S. Patent & TMOfc/TM

## 76456560

| Serial Number |
| :---: |
| (Bar Code) |

NEW CASE DELIVERED

APR 2 9 2003

LAW OFFICE 115

## PROSECUTION HISTORY

| Entry | Date | Initials |
| :--- | :--- | :--- |

1.

2.

NOP
7/15/03

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

# Post Registration

| Section 8 Accepted | | Renewal Granted | |
|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Section 15 |
|---|
| Acknowledged |
| (Signature) |
| |

| Cancelled - Section 8 |
|---|
| (Date) |
| |
| |
| |

| Expired -  Section 9 |
|---|
| (Date) |
| |
| |
| |

Name BENOI... OLLAND stamped on a wooden b...





10-01-2002
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #80

| | | |
|---|---|---|
| Applicant | : | Benoit Rolland |
| Address | : | 21 Prescott Street<br>Charlestown, MA  02129 |
| First Use | : | 1983 |
| First Use<br>Commerce | : | 1983 |
| For | : | Musical instruments, namely, bows for stringed instruments, in<br>Int. Class 15. |

BENOIT ROLLAND

PUBLISHED
7/15/03



U.S. Patent & TMOfc/TM

76456560

```
*** User: gclark ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | N/A | 0 | 0 | 0:01 | 76456551 |
| 02 | 1 | 0 | 1 | 0 | 0:01 | 76456560 |
| 03 | 2 | 0 | 2 | 0 | 0:01 | "Rolland Benoit"[on] |
| 04 | 19 | 11 | 8 | 2 | 0:01 | BENOIT[bi,ti] |
| 05 | 19 | 11 | 8 | 2 | 0:01 | *BENOIT*[bi,ti] |
| 06 | 94 | 53 | 41 | 19 | 0:02 | ROLAND[bi,ti] OR ROLLAND[bi,ti] |
| 07 | 125 | N/A | 0 | 0 | 0:01 | *ROLAND*[bi,ti] OR *ROLLAND*[bi,ti] |
| 08 | 31 | 20 | 11 | 5 | 0:01 | 7 NOT 6 |
| 09 | 793 | N/A | 0 | 0 | 0:02 | *R{V:2}L{V}ND*[bi,ti] OR *R{V:2}LL{V}ND*[bi,ti] |
| 10 | 338 | N/A | 0 | 0 | 0:04 | 9 AND "015"[CC] |
| 11 | 294 | 149 | 145 | 53 | 0:01 | 10 NOT 7 |
| 12 | 24 | 13 | 11 | 6 | 0:02 | *R{V:2}WL{V}ND*[bi,ti] OR *R{V:2}WLL{V}ND*[bi,ti] |
| 13 | 80 | 40 | 40 | 17 | 0:13 | *R{V:2}WL{V}N*[bi,ti] OR *R{V:2}WLL{V}N*[bi,ti] |
| 14 | 19 | 11 | 8 | 2 | 0:01 | *B{V}NOIT*[bi,ti] |
| 15 | 1667 | N/A | 0 | 0 | 0:04 | *B{V}N{V:3}T*[bi,ti] |
| 16 | 371 | 201 | 170 | 64 | 0:06 | *B{V}N{V:3}T*[bi,ti] AND "015"[CC] |
| 17 | 0 | 0 | 0 | 0 | 0:01 | BENWA[bi,ti] |
| 18 | 0 | 0 | 0 | 0 | 0:01 | *BENWA*[bi,ti] |
| 19 | 47 | 21 | 26 | 2 | 0:02 | "ROLL AND"[bi,ti] |
| 20 | 4 | 3 | 1 | 0 | 0:01 | ROLLAN[bi,ti] OR ROLAN[bi,ti] |
| 21 | 207 | 121 | 86 | 33 | 0:01 | *ROLLAN*[bi,ti] OR *ROLAN*[bi,ti] |
| 22 | 0 | 0 | 0 | 0 | 0:01 | *BROLLAN*[bi,ti] OR *BROLAN*[bi,ti] |
| 23 | 1 | 1 | 0 | 0 | 0:01 | *B$ROLLAN*[bi,ti] OR *B$ROLAN*[bi,ti] |

| 24 | 5860 | N/A | 0 | 0 | 0:13 | *R{V:2}' '7}N*[bi,ti] OR |
| | | | | | | *R{V:2}L⌐{V}N*[bi,ti] |
| 25 | 10351 | N/A | 0 | 0 | 0:01 | B[bi,ti] |
| 26 | 14 | 7 | 7 | 2 | 0:01 | 25 AND (24 OR 13) |

```
Session started  5/1/03 3:35:35 PM
Session finished 5/1/03 4:05:10 PM
Total search duration 1 minutes 5 seconds
Session duration 29 minutes 35 seconds

Default NEAR limit= 1 ADJ limit= 1


Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456560
Sent to TICRS as Serial Number: 76456551
```

# 76456560

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
10/10/2002 SWILSON  00000034 76456560
01 FC:361                    325.00 OP
```

PTO-1555
(5/87)

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

September 30, 2002

Facsimile
617 542-8906

Web Site
www.fr.com

**BOX NEW APP FEE**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Mark:           BENOIT ROLLAND
Applicant:      Benoit Rolland
Int. Class(es): 15
Our Ref.:       14067-003001



BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Commissioner:

Enclosed herewith please find an application for registration of the above mark based on use in commerce together with a drawing, one specimen showing the mark as actually used and our check in the amount of $325 in payment of the filing fee.

Please charge any additional fees or make any credits to Deposit Account No. 06-1050 (14067-003001).

Very truly yours,

James W. Babineau

Enclosures

20515858.doc

Applicant        : Benoit Rolland

Mark             : BENOIT ROLLAND


Int. Class 15 Specimen

TRADEMARK
Attorney's Docket No.: 14067-003001

Code, and that such willful false statements may jeopardize the validity of this application or any

registration resulting therefrom, declare that:

1. I have adopted and am using the mark shown in the accompanying drawing.

2. I believe I am the owner of the mark.

3. The mark is in use in commerce.

4. To the best of my knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion or mistake, or to deceive.

5. The specimens show the mark as used on or in connection with the goods or services.

6. All statements made of the undersigned's own knowledge are true, and all statements made on information and belief are believed to be true.


### POWER OF ATTORNEY

Applicant hereby appoints Timothy A. French, Cynthia E. Johnson, Merton E.

Thompson, IV, John A. Mizhir, Jr., Debra S. Serota and James W. Babineau of Fish &

Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, (Telephone: 617/542-5070),

members of the Bar of the Commonwealth of Massachusetts, his attorneys, to prosecute this

application to register, to transact all business in connection therewith, and to receive the

certificate of registration.


_____
Signature

Benoit Rolland
Printed Name

_____
Date

TRADEMARK
Attorney's Docket No.: 14067-003001

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR TRADEMARK REGISTRATION
BASED ON 1(a) – USE IN COMMERCE

Trademark:  BENOIT ROLLAND
Int. Class:  15

TO THE COMMISSIONER FOR TRADEMARKS:

Benoit Rolland, a citizen of France and permanent resident of the United States,

Address:
21 Prescott Street
Charlestown, MA  02129

The above-identified applicant has adopted and is using the mark shown in the accompanying drawing for the following goods/services:

Musical instruments, namely, bows for stringed instruments, in Int. Class 15

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark was first used in connection with the goods in Int. Class 15 at least as early as 1983; was first used in connection with the goods in Int. Class 15 in commerce at least as early as 1983; and is now in use in such commerce in connection with said goods.

One specimen showing the mark as actually used is presented herewith.

## DECLARATION

I, Benoit Rolland, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

The applicant is a living individual whose ...

## TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE    ☐ NO CHANGE    ☑ PUBLICATION/REGISTRATION STAGE

Name:_Nina Vilaychith__    L.O. ___115__    Date 5/20/03    Serial No. 74/75/76/78    456560

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

### Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____ Nina Vilaychith _____

_____    LIE    DATE 5/20/03

Other:_____

UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513
www.uspto.gov

Jun 25, 2003

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/456,560

2. Mark:
   BENOIT ROLLAND

3. International Class(es):
   15

4. Publication Date:
   Jul 15, 2003

5. Applicant:
   Rolland, Benoit

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark.  If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

PCF10A (REV 10/2002)

EXHIBIT "A"

Trademark

U.S. DEPARTMENT OF C(
Patent and Traden

REG NUM: 2837856
REG DT: 05/04/2004

S/N 76/456560




76-456560

# BENOIT ROLLAND

BENOIT ROLLAND

PRINCIPAL

LAW OFFICE 104 115

76-456560

**FILING DATE**
October 1, 2002

**ORIGINAL APPLICANT**
Rolland, Benoit

**GOODS/SERVICES (CLASS 015)**
musical instruments, namely, bows for st (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
JAMES W. BABINEAU

ATTORNEY ADVISOR: _____ Glenn Clark

# NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|------|---------------------------------------------|----------|
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |

# Trademark



U.S. Patent & TMOfc/TM

**76456560**

Serial Number
(Bar Code)

NEW CASE DELIVERED

APR 2 9 2003

LAW OFFICE 115

## PROSECUTION HISTORY

| Entry | Date | Initials |
|-------|------|----------|

1.

2.

3.      NOP
        7/15/03

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

# Post Registration

| Section 8 Accepted | | Renewal Granted | |
|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Section 15 |
|---|
| Acknowledged |
| (Signature) |
| |

| Cancelled - Section 8 |
|---|
| (Date) |
| |
| |
| |

| Expired - Section 9 |
|---|
| (Date) |
| |
| |

Name BENOI... ...OLLAND stamped on a wooden b...





10-01-2002

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #80

| | | |
|---|---|---|
| Applicant | : | Benoit Rolland |
| Address | : | 21 Prescott Street<br>Charlestown, MA  02129 |
| First Use | : | 1983 |
| First Use<br>Commerce | : | 1983 |
| For | : | Musical instruments, namely, bows for stringed instruments, in Int. Class 15. |

BENOIT ROLLAND

PUBLISHED
7/15/03



U.S. Patent & TMOfc/TM

76456560

*** User: gclark  ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | N/A | 0 | 0 | 0:01 | 76456551 |
| 02 | 1 | 0 | 1 | 0 | 0:01 | 76456560 |
| 03 | 2 | 0 | 2 | 0 | 0:01 | "Rolland Benoit"[on] |
| 04 | 19 | 11 | 8 | 2 | 0:01 | BENOIT[bi,ti] |
| 05 | 19 | 11 | 8 | 2 | 0:01 | *BENOIT*[bi,ti] |
| 06 | 94 | 53 | 41 | 19 | 0:02 | ROLAND[bi,ti] OR ROLLAND[bi,ti] |
| 07 | 125 | N/A | 0 | 0 | 0:01 | *ROLAND*[bi,ti] OR *ROLLAND*[bi,ti] |
| 08 | 31 | 20 | 11 | 5 | 0:01 | 7 NOT 6 |
| 09 | 793 | N/A | 0 | 0 | 0:02 | *R{V:2}L{V}ND*[bi,ti] OR *R{V:2}LL{V}ND*[bi,ti] |
| 10 | 338 | N/A | 0 | 0 | 0:04 | 9 AND "015"[CC] |
| 11 | 294 | 149 | 145 | 53 | 0:01 | 10 NOT 7 |
| 12 | 24 | 13 | 11 | 6 | 0:02 | *R{V:2}WL{V}ND*[bi,ti] OR *R{V:2}WLL{V}ND*[bi,ti] |
| 13 | 80 | 40 | 40 | 17 | 0:13 | *R{V:2}WL{V}N*[bi,ti] OR *R{V:2}WLL{V}N*[bi,ti] |
| 14 | 19 | 11 | 8 | 2 | 0:01 | *B{V}NOIT*[bi,ti] |
| 15 | 1667 | N/A | 0 | 0 | 0:04 | *B{V}N{V:3}T*[bi,ti] |
| 16 | 371 | 201 | 170 | 64 | 0:06 | *B{V}N{V:3}T*[bi,ti] AND "015"[CC] |
| 17 | 0 | 0 | 0 | 0 | 0:01 | BENWA[bi,ti] |
| 18 | 0 | 0 | 0 | 0 | 0:01 | *BENWA*[bi,ti] |
| 19 | 47 | 21 | 26 | 2 | 0:02 | "ROLL AND"[bi,ti] |
| 20 | 4 | 3 | 1 | 0 | 0:01 | ROLLAN[bi,ti] OR ROLAN[bi,ti] |
| 21 | 207 | 121 | 86 | 33 | 0:01 | *ROLLAN*[bi,ti] OR *ROLAN*[bi,ti] |
| 22 | 0 | 0 | 0 | 0 | 0:01 | *BROLLAN*[bi,ti] OR *BROLAN*[bi,ti] |
| 23 | 1 | 1 | 0 | 0 | 0:01 | *B$ROLLAN*[bi,ti] OR *B$ROLAN*[bi,ti] |

| 24 | 5860 | N/A | C | 0 | 0:13 | *R{V:2}` `7}N*[bi,ti] OR<br>*R{V:2}L⌐{V}N*[bi,ti] |
| 25 | 10351 | N/A | 0 | 0 | 0:01 | B[bi,ti] |
| 26 | 14 | 7 | 7 | 2 | 0:01 | 25 AND (24 OR 13) |

```
Session started  5/1/03 3:35:35 PM
Session finished 5/1/03 4:05:10 PM
Total search duration 1 minutes 5 seconds
Session duration 29 minutes 35 seconds

Default NEAR limit= 1 ADJ limit= 1


Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456560
Sent to TICRS as Serial Number: 76456551
```

# 76456560

TRADEMARK APPLICATION SERIAL NO. _____

### U.S. DEPARTMENT OF COMMERCE
### PATENT AND TRADEMARK OFFICE
### FEE RECORD SHEET

10/10/2002 SWILSON  00000034 76456560
01 FC:361                      325.00 OP

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Frederick P. Fish
1855-1930

Telephone
617 542-5070

W.K. Richardson
1859-1951

September 30, 2002

Facsimile
617 542-8906

**BOX NEW APP FEE**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Web Site
www.fr.com

Mark:          BENOIT ROLLAND
Applicant:     Benoit Rolland
Int. Class(es):  15
Our Ref.:      14067-003001



Dear Commissioner:

BOSTON

Enclosed herewith please find an application for registration of the above mark based

DALLAS

on use in commerce together with a drawing, one specimen showing the mark as

DELAWARE

actually used and our check in the amount of $325 in payment of the filing fee.

NEW YORK

SAN DIEGO

Please charge any additional fees or make any credits to Deposit Account No.

SILICON VALLEY

06-1050 (14067-003001).

TWIN CITIES

WASHINGTON, DC

Very truly yours,

James W. Babineau

Enclosures

20515858.doc

Applicant           : Benoit Rolland

Mark                : BENOIT ROLLAND


Int. Class 15 Specimen

TRADEMARK
Attorney's Docket No.: 14067-003001

Code, and that such willful false statements may jeopardize the validity of this application or any

registration resulting therefrom, declare that:

1.  I have adopted and am using the mark shown in the accompanying drawing.

2.  I believe I am the owner of the mark.

3.  The mark is in use in commerce.

4.  To the best of my knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion or mistake, or to deceive.

5.  The specimens show the mark as used on or in connection with the goods or services.

6.  All statements made of the undersigned's own knowledge are true, and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

Applicant hereby appoints Timothy A. French, Cynthia E. Johnson, Merton E.

Thompson, IV, John A. Mizhir, Jr., Debra S. Serota and James W. Babineau of Fish &

Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, (Telephone: 617/542-5070),

members of the Bar of the Commonwealth of Massachusetts, his attorneys, to prosecute this

application to register, to transact all business in connection therewith, and to receive the

certificate of registration.

_____
Signature

Benoit Rolland
Printed Name

_____
Date

TRADEMARK
Attorney's Docket No.: 14067-003001

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR TRADEMARK REGISTRATION
BASED ON 1(a) – USE IN COMMERCE

Trademark: BENOIT ROLLAND
Int. Class: 15

TO THE COMMISSIONER FOR TRADEMARKS:

Benoit Rolland, a citizen of France and permanent resident of the United States,

Address:
21 Prescott Street
Charlestown, MA 02129

The above-identified applicant has adopted and is using the mark shown in the

accompanying drawing for the following goods/services:

Musical instruments, namely, bows for stringed instruments, in Int. Class 15

and requests that said mark be registered in the United States Patent and Trademark Office on the

Principal Register established by the Act of July 5, 1946.

The mark was first used in connection with the goods in Int. Class 15 at least as early as

1983; was first used in connection with the goods in Int. Class 15 in commerce at least as early

as 1983; and is now in use in such commerce in connection with said goods.

One specimen showing the mark as actually used is presented herewith.

DECLARATION

I, Benoit Rolland, being hereby warned that willful false statements and the like are

punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

*[handwritten at bottom: Point 1 The applicant is a living individual whose ... Plain ... be accord ...]*

## TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE        ☐ NO CHANGE        ☑ PUBLICATION/REGISTRATION STAGE

Name: _Nina Vilaychith__   L.O. __115__   Date 5/20/03   Serial No. 74/75/76/78   456560

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

### Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____ Nina Vilaychith _____

_____                    LIE                    DATE 5/20/03

Other: _____

UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513
www.uspto.gov

Jun 25, 2003

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/456,560

2. Mark:
   BENOIT ROLLAND

3. International Class(es):
   15

4. Publication Date:
   Jul 15, 2003

5. Applicant:
   Rolland, Benoit

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

PCF10A (REV 10/2002)

EXHIBIT "A"

Trademark

U.S. DEPARTMENT OF C(
Patent and Traden

REG NUM: 2837856
REG DT: 05/04/2004

S/N 76/456560



76-456560

BENOIT ROLLAND

BENOIT ROLLAND

PRINCIPAL

LAW OFFICE 104 115

76-456560

**FILING DATE**
October 1, 2002

**ORIGINAL APPLICANT**
Rolland, Benoit

**GOODS/SERVICES (CLASS 015)**
musical instruments, namely, bows for st (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
JAMES W. BABINEAU

ATTORNEY ADVISOR:    Glenn Clark

# NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|------|---------------------------------------------|----------|
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |

# Trademark



U.S. Patent & TMOfc/TM

**76456560**

Serial Number
(Bar Code)

NEW CASE DELIVERED

APR 2 9 2003

LAW OFFICE 115

## PROSECUTION HISTORY

| Entry | Date | Initials |
|-------|------|----------|

1.
2.
3. NOP
4. 7/15/03
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.

# Post Registration

| Section 8 Accepted | | Renewal Granted | |
|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Section 15 |
|---|
| Acknowledged |
| (Signature) |
| |

| Cancelled - Section 8 |
|---|
| (Date) |
| |

| Expired - Section 9 |
|---|
| (Date) |
| |

Name BENOI... ...OLLAND stamped on a wooden b... ...





10-01-2002

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #80

| | | |
|---|---|---|
| Applicant | : | Benoit Rolland |
| Address | : | 21 Prescott Street<br>Charlestown, MA 02129 |
| First Use | : | 1983 |
| First Use<br>Commerce | : | 1983 |
| For | : | Musical instruments, namely, bows for stringed instruments, in Int. Class 15. |

BENOIT ROLLAND

PUBLISHED
7/15/03

U.S. Patent & TMOfc/TM



76456560

*** User: gclark ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | N/A | 0 | 0 | 0:01 | 76456551 |
| 02 | 1 | 0 | 1 | 0 | 0:01 | 76456560 |
| 03 | 2 | 0 | 2 | 0 | 0:01 | "Rolland Benoit"[on] |
| 04 | 19 | 11 | 8 | 2 | 0:01 | BENOIT[bi,ti] |
| 05 | 19 | 11 | 8 | 2 | 0:01 | *BENOIT*[bi,ti] |
| 06 | 94 | 53 | 41 | 19 | 0:02 | ROLAND[bi,ti] OR ROLLAND[bi,ti] |
| 07 | 125 | N/A | 0 | 0 | 0:01 | *ROLAND*[bi,ti] OR *ROLLAND*[bi,ti] |
| 08 | 31 | 20 | 11 | 5 | 0:01 | 7 NOT 6 |
| 09 | 793 | N/A | 0 | 0 | 0:02 | *R{V:2}L{V}ND*[bi,ti] OR *R{V:2}LL{V}ND*[bi,ti] |
| 10 | 338 | N/A | 0 | 0 | 0:04 | 9 AND "015"[CC] |
| 11 | 294 | 149 | 145 | 53 | 0:01 | 10 NOT 7 |
| 12 | 24 | 13 | 11 | 6 | 0:02 | *R{V:2}WL{V}ND*[bi,ti] OR *R{V:2}WLL{V}ND*[bi,ti] |
| 13 | 80 | 40 | 40 | 17 | 0:13 | *R{V:2}WL{V}N*[bi,ti] OR *R{V:2}WLL{V}N*[bi,ti] |
| 14 | 19 | 11 | 8 | 2 | 0:01 | *B{V}NOIT*[bi,ti] |
| 15 | 1667 | N/A | 0 | 0 | 0:04 | *B{V}N{V:3}T*[bi,ti] |
| 16 | 371 | 201 | 170 | 64 | 0:06 | *B{V}N{V:3}T*[bi,ti] AND "015"[CC] |
| 17 | 0 | 0 | 0 | 0 | 0:01 | BENWA[bi,ti] |
| 18 | 0 | 0 | 0 | 0 | 0:01 | *BENWA*[bi,ti] |
| 19 | 47 | 21 | 26 | 2 | 0:02 | "ROLL AND"[bi,ti] |
| 20 | 4 | 3 | 1 | 0 | 0:01 | ROLLAN[bi,ti] OR ROLAN[bi,ti] |
| 21 | 207 | 121 | 86 | 33 | 0:01 | *ROLLAN*[bi,ti] OR *ROLAN*[bi,ti] |
| 22 | 0 | 0 | 0 | 0 | 0:01 | *BROLLAN*[bi,ti] OR *BROLAN*[bi,ti] |
| 23 | 1 | 1 | 0 | 0 | 0:01 | *B$ROLLAN*[bi,ti] OR *B$ROLAN*[bi,ti] |

```
24    5860    N/A        C         0      0:13   *R{V:2}` 7}N*[bi,ti] OR
                                                 *R{V:2}Lᴅ{V}N*[bi,ti]

25    10351   N/A        0         0      0:01   B[bi,ti]

26    14      7          7         2      0:01   25 AND (24 OR 13)
```

```
Session started  5/1/03 3:35:35 PM
Session finished 5/1/03 4:05:10 PM
Total search duration 1 minutes 5 seconds
Session duration 29 minutes 35 seconds

Default NEAR limit= 1 ADJ limit= 1


Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456560
Sent to TICRS as Serial Number: 76456551
```

# 76456560

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
10/10/2002 SWILSON  00000034 76456560
01 FC:361                   325.00 OP
```

PTO-1555
(5/87)

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
617 542-5070

September 30, 2002

Facsimile
617 542-8906

**BOX NEW APP FEE**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Web Site
www.fr.com



BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

| Mark: | BENOIT ROLLAND |
|---|---|
| Applicant: | Benoit Rolland |
| Int. Class(es): | 15 |
| Our Ref.: | 14067-003001 |

Dear Commissioner:

Enclosed herewith please find an application for registration of the above mark based on use in commerce together with a drawing, one specimen showing the mark as actually used and our check in the amount of $325 in payment of the filing fee.

Please charge any additional fees or make any credits to Deposit Account No. 06-1050 (14067-003001).

Very truly yours,

James W. Babineau

Enclosures

20515858.doc

Applicant            : Benoit Rolland

Mark                 : BENOIT ROLLAND


Int. Class 15 Specimen

Code, and that such willful false statements may jeopardize the validity of this application or any registration resulting therefrom, declare that:

1. I have adopted and am using the mark shown in the accompanying drawing.

2. I believe I am the owner of the mark.

3. The mark is in use in commerce.

4. To the best of my knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion or mistake, or to deceive.

5. The specimens show the mark as used on or in connection with the goods or services.

6. All statements made of the undersigned's own knowledge are true, and all statements made on information and belief are believed to be true.

<u>POWER OF ATTORNEY</u>

Applicant hereby appoints Timothy A. French, Cynthia E. Johnson, Merton E. Thompson, IV, John A. Mizhir, Jr., Debra S. Serota and James W. Babineau of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, (Telephone: 617/542-5070), members of the Bar of the Commonwealth of Massachusetts, his attorneys, to prosecute this application to register, to transact all business in connection therewith, and to receive the certificate of registration.

Signature

Benoit Rolland
Printed Name

Date

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR TRADEMARK REGISTRATION
BASED ON 1(a) – USE IN COMMERCE

Trademark:  BENOIT ROLLAND
Int. Class:  15

TO THE COMMISSIONER FOR TRADEMARKS:

Benoit Rolland, a citizen of France and permanent resident of the United States,

Address:
21 Prescott Street
Charlestown, MA  02129

The above-identified applicant has adopted and is using the mark shown in the accompanying drawing for the following goods/services:

Musical instruments, namely, bows for stringed instruments, in Int. Class 15

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark was first used in connection with the goods in Int. Class 15 at least as early as 1983; was first used in connection with the goods in Int. Class 15 in commerce at least as early as 1983; and is now in use in such commerce in connection with said goods.

One specimen showing the mark as actually used is presented herewith.

### DECLARATION

I, Benoit Rolland, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

The applicant is a living individual whose

## TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE          ☐ NO CHANGE          ☑ PUBLICATION/REGISTRATION STAGE

Name: _Nina Vilaychith__    L.O. ___115__    Date 5/20/03    Serial No. 74/75/76/78    456560

| INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded. |||
|---|---|---|

### Legal Instrument Examiner (LIE)

| | Amended | Data Element ||
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____ Nina Vilaychith _____

_____          LIE          DATE 5/20/03

Other: _____

_____

UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

Jun 25, 2003

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513
www.uspto.gov

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/456,560

2. Mark:
   BENOIT ROLLAND

3. International Class(es):
   15

4. Publication Date:
   Jul 15, 2003

5. Applicant:
   Rolland, Benoit

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark.  If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

PCF10A (REV 10/2002)