**HAMILTON**
**BROOK**
**SMITH &**
**REYNOLDS, P.C.**

*PATENTS, TRADEMARKS*
*COPYRIGHTS & LITIGATION*

530 VIRGINIA ROAD
P.O. BOX 9133
CONCORD, MA 01742-9133
TEL (978) 341-0036
FAX (978) 341-0136
www.hbsr.com

MUNROE H. HAMILTON
(1906-1984)

DAVID E. BROOK
JAMES M. SMITH
LEO R. REYNOLDS
JOHN L. DUPRÉ
DAVID J. BRODY
MARY LOU WAKIMURA
ALICE O. CARROLL
N. SCOTT PIERCE
HELEN E. WENDLER
SUSAN G. L. GLOVSKY
DOREEN M. HOGLE
RICHARD W. WAGNER
ROBERT T. CONWAY
RODNEY D. JOHNSON
DAVID J. THIBODEAU, JR.
ANNE J. COLLINS
TIMOTHY J. MEAGHER
STEVEN G. DAVIS
DEIRDRE E. SANDERS

SANDRA A. BROCKMAN-LEE
F. JAMES COE
CHRISTINE M. DOE
COLIN C. DURHAM
CAROL A. EGNER
GIOVANNA PESSENDEN
CAROLINE M. FLEMING
TODD A. GERETY
HELEN LEE
JOSEPH M. MARAIA
MARY K. MURRAY
KEVIN T. SHAUGHNESSY
CHARLTON SHEN
MARK B. SOLOMON
TROY T. SVIHL
RALPH TREMENTOZZI
DARRELL L. WONG

OF COUNSEL
ELIZABETH W. MATA

PATENT AGENTS
SUSAN M. ABELLEIRA
ALEXANDER AKHIEZER
KRAIG ANDERSON
JESSE A. FECKER
LUCY LUBASHEV
PAMELA A. TORPEY
KAREN J. TOWNSEND
ROBERT H. UNDERWOOD

TECHNOLOGY SPECIALISTS
KAMILAH ALEXANDER
PAUL G. ALLOWAY
SETH M. CANNON
ERIC M. BALICKY
SUSAN C. KELLY
BOOYONG SHIM LIM
VIVIEN J. TANNOCH-MAGIN
MICHAEL M. YAMAUCHI

MICHAEL KEWESHAN
ADMINISTRATIVE DIRECTOR

BARBARA J. FORGUE
ADMINISTRATOR OF
PATENT AND
TRADEMARK PRACTICE

September 20, 2004

**VIA ELECTRONIC FILING**

Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:    Benoît Rolland v. Peter Prier & Sons Violins, Inc., *et al.*
       Civil Action No.: 04-CV-11491 (RWZ)

Dear Sir/Madam:

Attached for filing in the above-referenced District Court Civil Action matter, please find a Substitute Declaration of Lynn G. Foster. The Declaration of Lynn G. Foster filed on Friday, September 17, 2004 (document #50) contained Exhibit A in duplicate and was inadvertently missing Exhibit B. This Substitute Declaration contains a single Exhibit A and an Exhibit B thereby correcting the filing of September 17, 2004.

Please contact me if you have any questions.

Very truly yours,

HAMILTON, BROOK, SMITH & REYNOLDS, P.C.

By_____
                John L. DuPré

JLD/MKM/jjw
Enclosures
cc/enc.:      Heidi E. Harvey, Esq.
              Lynn G. Foster, Esq.
cc:           Mary K. Murray, Esq.
@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;500398;1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOÎT ROLLAND <br><br>        Plaintiff, <br><br> vs. <br><br> PETER PRIER & SONS VIOLINS, INC. et.al., <br><br>        Defendants. | Civil Action Number: 04CV11491 RWZ <br><br> **DECLARATION OF LYNN G. FOSTER** |

I, Lynn G. Foster, declare as follows:

1.     I am a resident of the State of Utah and a citizen of the United States of America.

2.     I am over 21 years of age and competent to testify.

3.     I have first hand knowledge about the uncontested matters presented by way of this declaration.

4.     I am legal counsel for the Defendants.

5.     Attached hereto as Exhibit "A" is a copy of United States trademark application Serial No. 76/456,560, filed October 1, 2002, by the Plaintiff, which matured into a United States trademark registration of BENOIT ROLLAND.

6.     Attached hereto as Exhibit "B" is a copy of United States trademark application Serial No. 76/456,551, filed October 1, 2002, by the Plaintiff, which matured into a United States trademark registration of B. ROLLAND.

Under penalty of perjury, I declare the foregoing to be true.

LYNN G. FOSTER

9-13-04

DATE

EXHIBIT "A"

Trademark

U.S. DEPARTMENT OF C
Patent and Trade

REG NUM: 2837856
REG DT: 05/04/2004

S/N 76/456560

76-456560



**BENOIT ROLLAND**

BENOIT ROLLAND

PRINCIPAL

LAW OFFICE 104 115

76-456560

**FILING DATE**
October 1, 2002

**ORIGINAL APPLICANT**
Rolland, Benoit

**GOODS/SERVICES (CLASS 015)**
musical instruments, namely, bows for st (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
JAMES W. BABINEAU

ATTORNEY ADVISOR:       Glenn Clark

# NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|------|---------------------------------------------|----------|
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |

# Trademark



U.S. Patent & TMOfo/TM

**76456560**

Serial Number
(Bar Code)

NEW CASE DELIVERED

APR 2 9 2003

LAW OFFICE 115

## PROSECUTION HISTORY

| Entry | Date | Initials |
|-------|------|----------|

NOP
7/15/03

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____

# Post Registration

| Section 8 Accepted | | Renewal Granted | |
|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Section 15 |
|---|
| Acknowledged |
| (Signature) |
| |

| Cancelled - Section 8 |
|---|
| (Date) |
| |

| Expired -  Section 9 |
|---|
| (Date) |
| |

Name BENOÎT ROLLAND stamped on a wooden bow





10-01-2002

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #80

|  |  |  |
|---|---|---|
| Applicant | : | Benoit Rolland |
| Address | : | 21 Prescott Street<br>Charlestown, MA  02129 |
| First Use | : | 1983 |
| First Use<br>Commerce | : | 1983 |
| For | : | Musical instruments, namely, bows for stringed instruments, in Int. Class 15. |

BENOIT ROLLAND

PUBLISHED
7/15/03

U.S. Patent & TMOfc/TM



76456560

*** User: gclark ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | N/A | 0 | 0 | 0:01 | 76456551 |
| 02 | 1 | 0 | 1 | 0 | 0:01 | 76456560 |
| 03 | 2 | 0 | 2 | 0 | 0:01 | "Rolland Benoit"[on] |
| 04 | 19 | 11 | 8 | 2 | 0:01 | BENOIT[bi,ti] |
| 05 | 19 | 11 | 8 | 2 | 0:01 | *BENOIT*[bi,ti] |
| 06 | 94 | 53 | 41 | 19 | 0:02 | ROLAND[bi,ti] OR ROLLAND[bi,ti] |
| 07 | 125 | N/A | 0 | 0 | 0:01 | *ROLAND*[bi,ti] OR *ROLLAND*[bi,ti] |
| 08 | 31 | 20 | 11 | 5 | 0:01 | 7 NOT 6 |
| 09 | 793 | N/A | 0 | 0 | 0:02 | *R{V:2}L{V}ND*[bi,ti] OR *R{V:2}LL{V}ND*[bi,ti] |
| 10 | 338 | N/A | 0 | 0 | 0:04 | 9 AND "015"[CC] |
| 11 | 294 | 149 | 145 | 53 | 0:01 | 10 NOT 7 |
| 12 | 24 | 13 | 11 | 6 | 0:02 | *R{V:2}WL{V}ND*[bi,ti] OR *R{V:2}WLL{V}ND*[bi,ti] |
| 13 | 80 | 40 | 40 | 17 | 0:13 | *R{V:2}WL{V}N*[bi,ti] OR *R{V:2}WLL{V}N*[bi,ti] |
| 14 | 19 | 11 | 8 | 2 | 0:01 | *B{V}NOIT*[bi,ti] |
| 15 | 1667 | N/A | 0 | 0 | 0:04 | *B{V}N{V:3}T*[bi,ti] |
| 16 | 371 | 201 | 170 | 64 | 0:06 | *B{V}N{V:3}T*[bi,ti] AND "015"[CC] |
| 17 | 0 | 0 | 0 | 0 | 0:01 | BENWA[bi,ti] |
| 18 | 0 | 0 | 0 | 0 | 0:01 | *BENWA*[bi,ti] |
| 19 | 47 | 21 | 26 | 2 | 0:02 | "ROLL AND"[bi,ti] |
| 20 | 4 | 3 | 1 | 0 | 0:01 | ROLLAN[bi,ti] OR ROLAN[bi,ti] |
| 21 | 207 | 121 | 86 | 33 | 0:01 | *ROLLAN*[bi,ti] OR *ROLAN*[bi,ti] |
| 22 | 0 | 0 | 0 | 0 | 0:01 | *BROLLAN*[bi,ti] OR *BROLAN*[bi,ti] |
| 23 | 1 | 1 | 0 | 0 | 0:01 | *B$ROLLAN*[bi,ti] OR *B$ROLAN*[bi,ti] |

| 24 | 5860 | N/A | C | 0 | 0:13 | *R{V:2}' '7}N*[bi,ti] OR *R{V:2}LL{V}N*[bi,ti] |
| 25 | 10351 | N/A | 0 | 0 | 0:01 | B[bi,ti] |
| 26 | 14 | 7 | 7 | 2 | 0:01 | 25 AND (24 OR 13) |

```
Session started  5/1/03 3:35:35 PM
Session finished 5/1/03 4:05:10 PM
Total search duration 1 minutes 5 seconds
Session duration 29 minutes 35 seconds

Default NEAR limit= 1 ADJ limit= 1


Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456560
Sent to TICRS as Serial Number: 76456551
```

# 76456560

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

10/10/2002 SWILSON 00000034 76456560
01 FC:361                325.00 DP

PTO-1555
(5/87)

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

September 30, 2002

**BOX NEW APP FEE**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513



BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Mark:          BENOIT ROLLAND
Applicant:     Benoit Rolland
Int. Class(es): 15
Our Ref.:      14067-003001

Dear Commissioner:

Enclosed herewith please find an application for registration of the above mark based on use in commerce together with a drawing, one specimen showing the mark as actually used and our check in the amount of $325 in payment of the filing fee.

Please charge any additional fees or make any credits to Deposit Account No. 06-1050 (14067-003001).

Very truly yours,

James W. Babineau

Enclosures

20515858.doc

Applicant        : Benoit Rolland

Mark             : BENOIT ROLLAND


Int. Class 15 Specimen

TRADEMARK
Attorney's Docket No.: 14067-003001

Code, and that such willful false statements may jeopardize the validity of this application or any

registration resulting therefrom, declare that:

1. I have adopted and am using the mark shown in the accompanying drawing.

2. I believe I am the owner of the mark.

3. The mark is in use in commerce.

4. To the best of my knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion or mistake, or to deceive.

5. The specimens show the mark as used on or in connection with the goods or services.

6. All statements made of the undersigned's own knowledge are true, and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

Applicant hereby appoints Timothy A. French, Cynthia E. Johnson, Merton E.

Thompson, IV, John A. Mizhir, Jr., Debra S. Serota and James W. Babineau of Fish &

Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, (Telephone: 617/542-5070),

members of the Bar of the Commonwealth of Massachusetts, his attorneys, to prosecute this

application to register, to transact all business in connection therewith, and to receive the

certificate of registration.

_____
Signature

Benoit Rolland
Printed Name

_____
Date

TRADEMARK
Attorney's Docket No.: 14067-003001

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## APPLICATION FOR TRADEMARK REGISTRATION
### BASED ON 1(a) – USE IN COMMERCE

Trademark:  BENOIT ROLLAND
Int. Class:  15

TO THE COMMISSIONER FOR TRADEMARKS:

Benoit Rolland, a citizen of France and permanent resident of the United States,

Address:
21 Prescott Street
Charlestown, MA  02129

The above-identified applicant has adopted and is using the mark shown in the accompanying drawing for the following goods/services:

Musical instruments, namely, bows for stringed instruments, in Int. Class 15

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark was first used in connection with the goods in Int. Class 15 at least as early as 1983; was first used in connection with the goods in Int. Class 15 in commerce at least as early as 1983; and is now in use in such commerce in connection with said goods.

One specimen showing the mark as actually used is presented herewith.

## DECLARATION

I, Benoit Rolland, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

## TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE　　☐ NO CHANGE　　☑ PUBLICATION/REGISTRATION STAGE

Name: _Nina Vilaychith__　L.O. ___115__　Date 5/20/03　　Serial No. 74/75/76/78　_456560_

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

### Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____ Nina Vilaychith _____

_____　　　　　　LIE　　　　　　DATE 5/20/03

Other:_____

_____

_____

**UNITED STATES**
**PATENT AND**
★★★★ **TRADEMARK OFFICE**

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513
www.uspto.gov

Jun 25, 2003

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/456,560

2. Mark:
   BENOIT ROLLAND

3. International Class(es):
   15

4. Publication Date:
   Jul 15, 2003

5. Applicant:
   Rolland, Benoit

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark.  If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

PCF10A (REV 10/2002)

EXHIBIT "B"

Trademark

FORM PTO-102
5/

**REG NUM: 2839594**
**REG DT: 05/11/2004**

**S/N 76/456551**



76-456551

B. ROLLAND

B. ROLLAND

PRINCIPAL

LAW OFFICE 10▒ //5

76-456551

THIS FILE HAS BEEN SCANNED AND THE ENTIRE
CONTENTS ARE IN TICRS. DO NOT ADD ANY
DOCUMENT TO THIS FILE UNLESS YOU HAVE
VERIFIED THAT THE DOCUMENT IS IN TICRS. DO
NOT WRITE ANYTHING NEW ON THE FILE
WRAPPER.

U.S. DEPARTMENT OF C
Patent and Traden

**ILING DATE**
ctober 1, 2002

**RIGINAL APPLICANT**
olland, Benoit

**OODS/SERVICES (CLASS 015)**
usical instruments, namely, bows for st (ETC)

**ILING BASIS**
SE

**RIGINAL CORRESPONDENT**
AMES W. BABINEAU

Glenn Clark

TTORNEY ADVISOR:

Trademark



U.S. Patent & TMOfs/TM

# 76456551

Serial Number
(Bar Code)

# PROSECUTION HISTORY

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | | MAY 1 9 2000 | |
| 2. | NOP | | |
| 3. | 11/04/03 | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |

9/22/0?

# Post Registration

| Section 8 Accepted | | Renewal Granted | |
|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Section 15 |
|---|
| Acknowledged |
| (Signature) |
| |

| Cancelled - Section 8 |
|---|
| (Date) |
| |

| Expired - Section 9 |
|---|
| (Date) |
| |

# NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|------|---------------------------------------------|----------|
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |
|      |                                             |          |



Mark branded on Spiccato's carbon fiber boxes.

10-01-2002

U.S. Patent & TMOfc/TM Mail Rcpt Dt #80

| | | |
|---|---|---|
| Applicant | : | Benoit Rolland |
| Address | : | 21 Prescott Street<br>Charlestown, MA 02129 |
| First Use | : | July, 1978 |
| First Use<br>Commerce | : | July, 1978 |
| For | : | Musical instruments, namely, bows for stringed instruments, in Int. Class 15. |

B. ROLLAND

PUBLISHED
11/04/03

U.S. Patent & TMOfc/TM

76456551

*** User: gclark ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | N/A | 0 | 0 | 0:01 | 76456551 |
| 02 | 1 | 0 | 1 | 0 | 0:01 | 76456560 |
| 03 | 2 | 0 | 2 | 0 | 0:01 | "Rolland Benoit"[on] |
| 04 | 19 | 11 | 8 | 2 | 0:01 | BENOIT[bi,ti] |
| 05 | 19 | 11 | 8 | 2 | 0:01 | *BENOIT*[bi,ti] |
| 06 | 94 | 53 | 41 | 19 | 0:02 | ROLAND[bi,ti] OR ROLLAND[bi,ti] |
| 07 | 125 | N/A | 0 | 0 | 0:01 | *ROLAND*[bi,ti] OR *ROLLAND*[bi,ti] |
| 08 | 31 | 20 | 11 | 5 | 0:01 | 7 NOT 6 |
| 09 | 793 | N/A | 0 | 0 | 0:02 | *R{V:2}L{V}ND*[bi,ti] OR *R{V:2}LL{V}ND*[bi,ti] |
| 10 | 338 | N/A | 0 | 0 | 0:04 | 9 AND "015"[CC] |
| 11 | 294 | 149 | 145 | 53 | 0:01 | 10 NOT 7 |
| 12 | 24 | 13 | 11 | 6 | 0:02 | *R{V:2}WL{V}ND*[bi,ti] OR *R{V:2}WLL{V}ND*[bi,ti] |
| 13 | 80 | 40 | 40 | 17 | 0:13 | *R{V:2}WL{V}N*[bi,ti] OR *R{V:2}WLL{V}N*[bi,ti] |
| 14 | 19 | 11 | 8 | 2 | 0:01 | *B{V}NOIT*[bi,ti] |
| 15 | 1667 | N/A | 0 | 0 | 0:04 | *B{V}N{V:3}T*[bi,ti] |
| 16 | 371 | 201 | 170 | 64 | 0:06 | *B{V}N{V:3}T*[bi,ti] AND "015"[CC] |
| 17 | 0 | 0 | 0 | 0 | 0:01 | BENWA[bi,ti] |
| 18 | 0 | 0 | 0 | 0 | 0:01 | *BENWA*[bi,ti] |
| 19 | 47 | 21 | 26 | 2 | 0:02 | "ROLL AND"[bi,ti] |
| 20 | 4 | 3 | 1 | 0 | 0:01 | ROLLAN[bi,ti] OR ROLAN[bi,ti] |
| 21 | 207 | 121 | 86 | 33 | 0:01 | *ROLLAN*[bi,ti] OR *ROLAN*[bi,ti] |
| 22 | 0 | 0 | 0 | 0 | 0:01 | *BROLLAN*[bi,ti] OR *BROLAN*[bi,ti] |
| 23 | 1 | 1 | 0 | 0 | 0:01 | *B$ROLLAN*[bi,ti] OR *B$ROLAN*[bi,ti] |

| 24 | 5860 | N/A | 0 | 0 | 0:13 | *R{V.∟}? ?}N*[bi,ti] OR |
| | | | | | | *R{V:2}L∟{V}N*[bi,ti] |
| 25 | 10351 | N/A | 0 | 0 | 0:01 | B[bi,ti] |
| 26 | 14 | 7 | 7 | 2 | 0:01 | 25 AND (24 OR 13) |

```
Session started  5/1/03 3:35:35 PM
Session finished 5/1/03 4:05:10 PM
Total search duration 1 minutes 5 seconds
Session duration 29 minutes 35 seconds

Default NEAR limit= 1 ADJ limit= 1


Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456551
Sent to TICRS as Serial Number: 76456560
Sent to TICRS as Serial Number: 76456551
```

# ~~TR~~ADEMARK EXAMINATION ~~WORK~~ SHEET

☐ AMENDMENT STAGE      ☒ NO CHANGE      ☒ PUBLICATION/REGISTRATION STAGE

Name: **TANYA L. BAYLOR**   L.O. **115**   Date **9/9/03**   Serial No. **75 76 - 78**   ~~4 5 6 5 1~~

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | | Data Element |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_TANYA BAYLOR_
LIE

**9/9/03**
DATE

Other: _____

AMENDMENT/EXAMINATION WORK SHEET

☑ AMENDMENT STAGE ☐ NO CHANGE ☐ PUBLICATION/REGISTRATION ST

Name: **Pamela M. Small** L.O. 115 Date 8/28/03 Serial No. 74-75-76-78 456555

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

| Legal Instrument Examiner (LIE) | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | ✓ | ☒ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing D |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Numl |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____PMS_____ 8/28/03
LIE DATE

Other: _____

_____

_____

OED - 4

# Incoming Correspondence Routing Sheet
## To: TMO LAW OFFICE 115 - AWAITING RESPONSE DOCKET

**Word Mark: B. ROLLAND**

Serial No: 76456551



Mail Date: 07312003



Doc. Type: Responses to Office Actions

---

# No Fee

RAM Mail Date: 073103



Attorney's Docket No.: 14067-005001



**Please place on Upper Right Corner**
**of Response to Office Action ONLY.**

Examining Attorney: CLARK, GLENN
Serial Number: 76/456551

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : Benoit Rolland | Law Office | : 115 |
| Serial No. | : 76/456,551 | Examiner | : Glenn Clark |
| Filed | : October 1, 2002 | | |
| Mark | : B. ROLLAND | | |

BOX RESPONSE – NO FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

### RESPONSE TO OFFICE ACTION

This is in response to the Office Action dated May 19, 2003.

### REMARKS

The Examining Attorney has refused registration under Trademark Act Section 2(e)(4) claiming the B. ROLLAND mark is primarily merely a surname. Applicant respectfully submits with this response a declaration of acquired distinctiveness, by reason of subtantially exclusive and continuous use of the B. ROLLAND mark for at least five years preceding the date of the declaration.

CERTIFICATE OF MAILING OR TRANSMISSION
I hereby certify under 37 CFR §1.8(a) that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage addressed to the Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3514, or is being facsimile transmitted to the Patent and Trademark Office, on the date indicated below.

Date    July 29, 2003

Signature    Darlene J. Morin

Darlene J. Morin
Name of Person Signing Certificate

Applicant       :
Serial No.      :   76/456,551
Filed           :   October 1, 2002
Page            :   2

TRADEMARK
Attorney's Docket No.:  14067-005001

## CONCLUSION

It is submitted that the application is in condition for publication, and early favorable action is requested.  Please apply any charges or credits to Deposit Account No. 06-1050 (14067-005001).

Respectfully submitted,

Date: __7/28/03__

Debra Serota
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Attorneys for Applicant,

DXS/dxs

20672490.doc

TRADEMARK
Attorney's Docket No.: 14067-005001

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : Benoit Rolland | Law Office | : 115 |
| Serial No. | : 76/456,551 | Examiner | : Glenn Clark |
| Filed | : October 1, 2002 | | |
| Mark | : B. ROLLAND | | |

BOX RESPONSE – NO FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

## DECLARATION OF ACQUIRED DISTINCTIVENESS

I, Benoit Rolland, owner of the above-referenced application, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this application or any registration resulting therefrom, declare that:

1.    I believe that the term B. ROLLAND has become distinctive as applied to Applicant's goods by reason of substantially exclusive and continuous use as a trademark by Applicant in interstate commerce for at least 5 years prior to the date on which this claim of distinctiveness is made, specifically from the year 1978; and

CERTIFICATE OF MAILING OR TRANSMISSION

I hereby certify under 37 CFR §1.8(a) that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage addressed to the Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3514, or is being facsimile transmitted to the Patent and Trademark Office, on the date indicated below.

Date _____ July 29, 2003 _____

Signature _Darlene J. Morin_

_Darlene J. Morin_

Applicant       : Benoit Rolland                           TRADEMARK
Serial No.      : 76/456,551              Attorney's Docket No.: 14067-005001
Filed           : October 1, 2002
Page            : 2


2)   all statements made in this declaration of my own knowledge are true and all statements

     made on information and belief are believed to be true.

                              By:  _____
                                   Benoit Rolland, Applicant


Date:   June 6 2003



DXS/dxs

20663145.doc

# UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 76/456551

APPLICANT: Rolland, Benoit

CORRESPONDENT ADDRESS:
    JAMES W. BABINEAU
    FISH & RICHARDSON P.C.
    225 FRANKLIN STREET
    BOSTON, MA 02110-2804

MAY 19

RETURN ADDRESS:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
ecom115@uspto.gov

MARK:     B. ROLLAND

CORRESPONDENT'S REFERENCE/DOCKET NO: 14067-005001

CORRESPONDENT EMAIL ADDRESS:

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
Your telephone number and e-mail address.

## OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

RE: Serial Number 76/456551

The assigned examining attorney has reviewed the referenced application and determined the following. The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

## REFUSAL UNDER SECTION 2(E)(4) OF THE ACT

The examining attorney refuses registration on the Principal Register because the mark is primarily merely a surname. Trademark Act Section 2(e)(4), 15 U.S.C. §1052(e)(4); TMEP §1211. The examining attorney must consider the primary significance of the mark to the purchasing public to determine whether a term is primarily merely a surname. *In re Kahan & Weisz Jewelry Mfg. Corp.*, 508 F.2d 831, 184 USPQ 421 (C.C.P.A. 1975). Please see the attached evidence from the PowerFinder database, establishing the surname significance of the mark. TMEP §§1211 *et seq.*

The applicant's proposed mark is B. ROLLAND for musical instruments, namely, bows for stringed instruments. The addition of initials to a term that, standing by itself, is primarily merely a surname does not remove the term from that category. In fact, the use of the first name initial followed by a surname has been held to reinforce, rather than diminish, the surname significance of a term. *See In re I. Lewis Cigar Mfg. Co.*, 205 F.2d 204, 98 USPQ 265 (C.C.P.A. 1953) (S. SEIDENBERG & CO'S. held primarily merely a surname); *In re Nelson Souto Major Piquet,*

5 USPQ2d 1367 (TTAB 1987) (N. PIQUET held primarily merely a surname); *In re Taverniti, SARL*, 225 USPQ 1263 (TTAB 1985), *recon. denied* 228 USPQ 975 (TTAB 1985) (J. TAVERNITI held primarily merely a surname); *Ex parte Sears, Roebuck & Co.*, 87 USPQ 400 (PO Ex. Ch. 1950) (J.C. HIGGINS held primarily merely a surname).

The question of whether a term is primarily merely a surname depends on the primary, not the secondary, significance to the purchasing public. The Trademark Trial and Appeal Board has identified five factors to be considered in making this determination:

(1) whether the surname is rare;
(2) whether the term is the surname of anyone connected with the applicant;
(3) whether the term has any recognized meaning other than as a surname;
(4) whether it has the "look and feel" of a surname; and
(5) whether the stylization of lettering is distinctive enough to create a separate commercial impression.
*In re Benthin Management GmbH*, 37 USPQ2d 1332, 1333-1334 (TTAB 1995).

In the present case, the proposed mark is not a rare surname and the mark is the surname of the applicant. The proposed mark does not have any recognized meaning other than as a surname. The proposed mark has the "look and feel" of a surname. Finally, the proposed mark is not stylized.

## ACQUIRED DISTINCTIVENESS

An applicant may register a surname under Trademark Act Section 2(f), 15 U.S.C. §1052(f), by establishing acquired distinctiveness. The applicant may present any of the following to establish distinctiveness. TMEP §§1211 and 1212.02(a).

(1) The applicant may rely on a claim of ownership of one or more prior registrations on the Principal Register for a mark which is the same as the mark in this application for the same or related goods. 37 C.F.R. §2.41(b); TMEP §§1212.04 *et seq.*

(2) The applicant may provide a statement that the mark has become distinctive of the applicant's goods/services by reason of substantially exclusive and continuous use in commerce by the applicant for the five years next preceding the date of the statement. The applicant must verify this statement with an affidavit or a declaration under 37 C.F.R. §2.20. 37 C.F.R. §2.41(b); TMEP §§1212.05 *et seq.*

(3) The applicant may submit actual evidence of acquired distinctiveness. 37 C.F.R. §2.41(a); TMEP §§1212.06 *et seq.*

## RESPONSE

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

/Glenn Clark/
Trademark Attorney
Law Office 115
(703) 308-9115, ext. 121

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit http://www.uspto.gov/teas/index.html and follow the instructions.

To respond formally via E-mail, visit http://www.uspto.gov/web/trademarks/tmelecresp.htm and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov/

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

SEARCH TERM:  Rolland

TOTAL NUMBER of residential listings in PowerFinder: 1,056

The evidence below includes either the entire listing from names with fewer than 100 matches or only the first 100 matches as representative of the entire listings from the disc.

ROLLAND, A 3808 NICOLL DR AUGUSTA, GA 30906-9619 706-790-6090

ROLLAND, A 1305 SUNRISE DR LOVELAND, OH 45140-2439 513-677-8996
ROLLAND, A 106 MICHIGAN AVE DOWAGIAC, MI 49047-1949 616-783-1687
ROLLAND, A 1132 E 60TH ST TULSA, OK 74105-8446 918-744-9303
ROLLAND, A 1804 N OSWEGO PL TULSA, OK 74115-4804 918-836-6730
ROLLAND, A 2512 MONTCLAIR LN MESQUITE, TX 75150-1216 972-682-4747
ROLLAND, A D 3712 CASS AVE CINCINNATI, OH 45223-2313 513-542-0657
ROLLAND, A E 30 GOODMAN ST S ROCHESTER, NY 14607-2037 716-473-8224
ROLLAND, A E 1580 WAGSTAFF RD PARADISE, CA 95969-2828 530-877-2858
ROLLAND, A M 10 PARK AVE NEW YORK, NY 10016-4338 212-689-4188
ROLLAND, A N 1807 WOODEN SHOE CT BALDWIN, WI 54002-5145
ROLLAND, AFRED J 1225 19TH AVE LONGVIEW, WA 98632-2919 360-577-4741
ROLLAND, ALAIN 455 N SYCAMORE AVE LOS ANGELES, CA 90036-2674 323-936-2492
ROLLAND, ALAN 3301 BAYSHORE BLVD TAMPA, FL 33629-8875 813-831-6055
ROLLAND, ALAN 560 FOX LINKS ST HENDERSON, NV 89012-6123 702-269-6168
ROLLAND, ALAN CHESTER, CA 96020 530-259-3623
ROLLAND, ALBERT 777 MIDDLE RIVER DR FORT LAUDERDALE, FL 33304-3511 954-564-7734
ROLLAND, ALBERT C 6771 KATAHDIN DR YOUNGSTOWN, OH 44514-2166 330-757-0920
ROLLAND, ALBERT V 23 PLANTATION DR VERO BEACH, FL 32966-7936 561-562-4990
ROLLAND, ALBERTA 103 N WEST ST MONONA, IA 52159 319-539-2654
ROLLAND, ALEX 5655 GULF OF MEXICO DR LONGBOAT KEY, FL 34228-1939 941-383-3281
ROLLAND, ALEXANDER 915 WESTMINSTER LN MUNSTER, IN 46321-2543
ROLLAND, ALFRED 2 WINTER ST ADAMS, MA 01220-1720 413-743-0555
ROLLAND, ALFRED 1617 N QUEEN ST ARLINGTON, VA 22209-2832 703-527-5596
ROLLAND, ALFRED J JR 21 DEAN ST CHESHIRE, MA 01225-8908 413-743-9226
ROLLAND, ALICIA 8 HOCKERSVILLE RD HERSHEY, PA 17033-1960 717-312-0472
ROLLAND, ALLAN I 188 71ST WAY NE MINNEAPOLIS, MN 55432-3021 763-571-6461
ROLLAND, ALLEN 16520 NICARTER LN GAINESVILLE, VA 20155-1945 703-754-4077
ROLLAND, ALODOYLE 1053 HARRISON BLVD GARY, IN 46402-2858 219-883-6272
ROLLAND, ALVIN E 3216 S LEXINGTON BLVD EAU CLAIRE, WI 54701-6928 715-839-9331
ROLLAND, AMI 1188 N FAWN LN BOISE, ID 83704-9693 208-658-9128
ROLLAND, AMY 1511 ROBIN CT SE CANTON, OH 44707-3569
ROLLAND, ANASTASIA L OAKLAND, CA 94601
ROLLAND, ANGIE 210 ARKANSAS MONETTE, AR 72447 870-486-2614
ROLLAND, ANITA 1112 HARBOR LNDG ROSWELL, GA 30076-3119 678-352-9997
ROLLAND, ANN CROSS PO BOX 1397 EASTON, PA 18044-1397
ROLLAND, ANN M 6146 BIG WOLF LAKE WOODS RD LEWISTON, MI 49756-9142 517-786-5300
ROLLAND, ANNE 360 LITTLETON RD CHELMSFORD, MA 01824-3368 978-244-0178
ROLLAND, ANNE 39 REVERE ST GLOUCESTER, MA 01930-1252
ROLLAND, ANNE M 7924 WOODPOINTE CT SARASOTA, FL 34238-2946 941-921-6594
ROLLAND, ANNE MAE 3333 EDGEWOOD ST DALLAS, TX 75215-3400 214-428-2452
ROLLAND, ANNIE 1649 BARRETT DR NW ATLANTA, GA 30318-3317 404-799-9330
ROLLAND, ANTHONY NONSOLICIT OVIEDO, FL 32765
ROLLAND, ANTHONY 80 N HUGHEY AVE ORLANDO, FL 32801-2231 407-648-2288
ROLLAND, ANTWON 2159 JACAMAR CT PORTAGE, MI 49024-2469 616-321-0819
ROLLAND, ARDACE 3930 LANCASTER LN N MINNEAPOLIS, MN 55441-1735 763-525-9811
ROLLAND, ARGOLIA 333 W 12TH ST SAN ANGELO, TX 76903-5350 915-655-7955
ROLLAND, ARLIS J 1406 SW 66TH ST OKLAHOMA CITY, OK 73159-3115 405-685-5986
ROLLAND, ARMAND 180 AVENUE OF THE FLAGS BUELLTON, CA 93427-9501 805-686-9680
ROLLAND, ARTHUR J 64 RESERVOIR RD LEEDS, MA 01053 413-584-5075
ROLLAND, AUBURN 204 S 1ST ST HAINES CITY, FL 33844-5104 863-422-6921
ROLLAND, AUDRY NONSOLICIT NEW ORLEANS, LA 70129 504-254-2677
ROLLAND, B 5218 RURAL ROUTE 1 MALONE, NY 12953 518-483-7380
ROLLAND, B 108 WEBSTER ST MALONE, NY 12953-2225 518-483-0111
ROLLAND, B NONSOLICIT STOCKBRIDGE, GA 30281
ROLLAND, B 304 COLLEGE AVE BODE, IA 50519 515-379-1483
ROLLAND, B 2531 14TH AVE S GRAND FORKS, ND 58201-5264 701-775-8408
ROLLAND, B 400 CRANE ST PARK HILLS, MO 63601-1906 573-431-5610
ROLLAND, B 19 S DOVER ST BONNE TERRE, MO 63628-1315 573-358-1470
ROLLAND, B A 1022 OLEY ST READING, PA 19604-2509 610-376-0252

```
ROLLAND, B A 1810 PORTLAND AVE READING, PA 19609-2023 610-927-2645
ROLLAND, B A HAYESVILLE, NC 28904 828-389-6048
ROLLAND, B J 3395 BELLAIRE AVE WHITE BEAR LAKE, MN 55110-5665 651-770-1474
ROLLAND, B R 5476 DELMAR BLVD SAINT LOUIS, MO 63112-3138 314-367-8160
ROLLAND, BARBARA 2738 ELM ST MONTPELIER, VT 05602-9493 802-223-6454
ROLLAND, BARBARA 627 DUNBERRY DR ARNOLD, MD 21012-2065 410-757-3772
ROLLAND, BARBARA 560 FOX LINKS ST HENDERSON, NV 89012-6123 702-269-6168
ROLLAND, BARBARA 55 SHAKESPEAR CT TRACY, CA 95376-1433 209-836-1388
ROLLAND, BARBARA J 3216 S LEXINGTON BLVD EAU CLAIRE, WI 54701-6928 715-839-9331
ROLLAND, BARRY 721 ELAINE DR WATERLOO, IL 62298-1499 618-939-4447
ROLLAND, BEATRICE 330 FOSTER ST FORT ATKINSON, WI 53538-2300 920-563-5107
ROLLAND, BECKY 970 GAMBELS RD GRAND JUNCTION, CO 81505-8618 970-241-6891
ROLLAND, BEN NONSOLICIT KNOXVILLE, TN 37922
ROLLAND, BENJAMIN 8 HOCKERSVILLE RD HERSHEY, PA 17033-1960 717-312-0472
ROLLAND, BENJAMIN 41 PETERS AVE MIDDLETOWN, PA 17057-1962 717-930-0711
ROLLAND, BERNARD E 1229 HUNTINGTON ST CRESCENT CITY, CA 95531-3501 707-464-9331
ROLLAND, BERNICE 1360 MILLIGAN HWY JOHNSON CITY, TN 37601-5516 423-926-2260
ROLLAND, BERTHA 487 2ND ST TRACY, MN 56175-1207 507-629-3677
ROLLAND, BETH 614 RANCH HILL DR CLARKSVILLE, TN 37042-3437 931-552-3845
ROLLAND, BETH 1507 HILLSDALE RD EAU CLAIRE, WI 54703-2658 715-834-3534
ROLLAND, BETH 602 LEMONS ST N WYNNE, AR 72396-2322
ROLLAND, BETSY OAKLAND, CA 94618 510-644-1964
ROLLAND, BETTE 1610 MULBERRY CT DAYTON, NJ 08810 732-438-0729
ROLLAND, BETTY 11 RIVER ST LIVINGSTON MANOR, NY 12758-5310 845-439-5857
ROLLAND, BETTY 714 8TH ST S DEVILS LAKE, ND 58301-3747 701-662-6809
ROLLAND, BETTY J 268 W MAIN ST SALEM, WV 26426-1223 304-782-3467
ROLLAND, BILL 3215 CREEK RD YOUNGSTOWN, NY 14174-1156 716-745-3462
ROLLAND, BILL 234 PROSPECT ST BEREA, OH 44017-2460 440-243-2075
ROLLAND, BILL 3124 MONTEBELLO CT CONCORD, CA 94518-1139 925-827-0868
ROLLAND, BILL CONCORD, CA 94521 925-685-7233
ROLLAND, BILL CONCORD, CA 94521 925-687-0629
ROLLAND, BILLY 108 WALKER RD SPENCER, LA 71280-3048 318-726-5219
ROLLAND, BILLY WALTER 903 BATTLES AVE AKRON, OH 44314-2745 330-753-4486
ROLLAND, BOB 627 DUNBERRY DR ARNOLD, MD 21012-2065 410-757-3772
ROLLAND, BOB 4540 COACH RD COLUMBUS, OH 43220-2902
ROLLAND, BOBBIE T 6447 GIRAFFE RD HARLEM, GA 30814 706-556-0587
ROLLAND, BOBBY 28 COUNTY ROAD 385 WYNNE, AR 72396-8075 870-238-8671
ROLLAND, BOBBY JR 768 COUNTY ROAD 744 COLT, AR 72326-9426 870-238-5447
ROLLAND, BRENDA 905 DORKING RD GLEN BURNIE, MD 21061-3710 410-768-8266
ROLLAND, BRENT 1905 S SHORE DR CLEAR LAKE, IA 50428-2822 641-357-4142
```

PowerFinder Version 2000.2.12.1800, Government Edition.
www.dataDiscUSA.com
Copyright (c) 1999-2001, infoUSA Inc.

This software, its user interfaces, and the data compression and
retrieval techniques used are protected by copyright law and
international treaties. The data is proprietary to infoUSA Inc.
and protected under federal and common law copyright law and trade
secret law. Unauthorized reproduction, redistribution, or use of
this program or data, or any portion of it, may result in severe
civil and criminal penalties.

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### APPLICATION FOR TRADEMARK REGISTRATION
### BASED ON 1(a) – USE IN COMMERCE

Trademark:  B. ROLLAND
Int. Class:  15

TO THE COMMISSIONER FOR TRADEMARKS:

Benoit Rolland, a citizen of France and permanent resident of the United States,

Address:
21 Prescott Street
Charlestown, MA  02129

The above-identified applicant has adopted and is using the mark shown in the

accompanying drawing for the following goods/services:

Musical instruments, namely, bows for stringed instruments, in Int. Class 15

and requests that said mark be registered in the United States Patent and Trademark Office on the

Principal Register established by the Act of July 5, 1946.

The mark was first used in connection with the goods in Int. Class 15 at least as early as

July, 1978; was first used in connection with the goods in Int. Class 15 in commerce at least as

early as July, 1978; and is now in use in such commerce in connection with said goods.

One specimen showing the mark as actually used is presented herewith.

### DECLARATION

I, Benoit Rolland, being hereby warned that willful false statements and the like are

punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

Code, and that such willful false statements may jeopardize the validity of this application or any registration resulting therefrom, declares that:

1. I have adopted and am using the mark shown in the accompanying drawing.

2. I believe I am the owner of the mark.

3. The mark is in use in commerce.

4. To the best of my knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion or mistake, or to deceive.

5. The specimen(s) show(s) the mark as used on or in connection with the goods or services.

6. All statements made of the undersigned's own knowledge are true, and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

Applicant hereby appoints Timothy A. French, Cynthia E. Johnson, Sean F. Heneghan, Merton E. Thompson, IV, John A. Mizhir, Jr., Michelle A. Massicotte, Debra S. Serota and James W. Babineau of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, (Telephone: 617/542-5070), members of the Bar of the Commonwealth of Massachusetts, its attorneys, to prosecute this application to register, to transact all business in connection therewith, and to receive the certificate of registration.

Signature

Benoit Rolland
Printed Name

Date

Applicant          : Benoit Rolland

Mark               : B. ROLLAND


Int. Class 15 Specimen

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

September 30, 2002

**BOX NEW APP FEE**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

| | |
|---|---|
| Mark: | B. ROLLAND |
| Applicant: | Benoit Rolland |
| Int. Class: | 15 |
| Our Ref.: | 14067-005001 |



BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Dear Commissioner:

Enclosed herewith please find an application for registration of the above mark based on use in commerce together with a drawing, one specimen showing the mark as actually used and our check in the amount of $325 in payment of the filing fee.

Please charge any additional fees or make any credits to Deposit Account No. 06-1050 (14067-005001).

Very truly yours,

James W. Babineau

Enclosures

20515864.doc

# 76456551

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

10/10/2002 SWILSON  00000025 76456551
01 FC:361                    325.00 OP

PTO-1555
  (5/87)