UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOÎT ROLLAND<br><br>Plaintiff,<br><br>vs.<br><br>PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH.,<br><br>Defendants. | Civil Action Number: 04CV11491 RWZ<br><br>**DEFENDANTS' ASSENTED TO MOTION FOR PERMISSION TO FILE A REPLY OF DEFENDANTS PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER AND JON HATCH TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

Defendants Peter Prier & Sons Violins, Inc., Spiccato French American Bows Inc., Peter Paul Prier, Paul Stewart Prier, and Jon Hatch, request that the Reply submitted herewith be filed and considered in this case in connection with Defendants' Motions to Dismiss. This Reply is being submitted to advise the court of the filing of an action between Peter Prier & Sons Violins, Inc., and Spiccato French American Bows, Inc., as plaintiffs, and Benoît Rolland, as Defendant in United States District Court for Utah.

**Statement Under Local Rule 7.1 (A)**

The undersigned counsel for Defendants has conferred with counsel for Plaintiff in good faith to resolve this matter. Plaintiff has assented to the filing of the Reply.

DATED this 28th day of September, 2004.

                                                Respectfully Submitted,
                                                PETER PRIER & SONS VIOLINS,
                                                INC., et al.
                                                By their attorneys,

                                                ___/s/ John L. DuPré_____
                                                John L. DuPré (BBO #549659)
                                                Mary K. Murray (BBO #654194)
                                                Hamilton, Brook, Smith & Reynolds, P.C.
                                                530 Virginia Road
                                                P.O. Box 9133
                                                Concord, MA 01742-9133
                                                Telephone: (978) 341-0036
                                                Attorneys for Defendants

Of Counsel:

Lynn G. Foster
Law Offices of Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, Utah 84102
Tel. (801) 364-5633
Fax (801) 355-8938

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on September 28, 2004.

                                                _____/s/ Mary K. Murray_____
                                                Mary K. Murray