UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOIT ROLLAND,<br><br>      Plaintiff,<br><br>    v.<br><br>PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH,<br><br>      Defendants. | CIVIL ACTION NO. 04-11491 RWZ |

**MOTION FOR AN EXTENSION OF TIME**

      Plaintiff Benoît Rolland hereby requests an extension of time up to and including Friday, November 19, 2004, to respond to defendants' Answer and Counterclaims filed on October 28, 2004. As ground for this request, Plaintiff states that he was absent from Boston on business travel for the past four days and requires the additional time to complete his review of defendants' lengthy counterclaim allegations and his responses thereto.

WHEREFORE, plaintiff prays that the motion be granted.

Dated: November 15, 2004                /s/ Heidi E. Harvey_____
                                        Heidi E. Harvey (BBO #548114)
                                        FISH & RICHARDSON P.C.
                                        225 Franklin Street
                                        Boston, MA  02110-2804
                                        TEL:  (617) 542-5070

                                        OF COUNSEL:

                                        Robert A. Stein
                                        Robert Stein and Associates, PLLC
                                        One Barberry Lane
                                        Concord, NH  03301
                                        TEL:  (603) 228-1109
                                        Attorneys for Plaintiff


CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that my associate Michael Kallus requested assent of counsel for defendants on November 15, 2004.  Mr. DuPré stated that he needed to consult Mr. Foster and then later advised that he was not in a position to consent because he had not been able to contact Mr. Foster.

                            _____/s/Heidi E. Harvey_____

20975920.doc