UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENOÎT ROLLAND,

       Plaintiff,

    v.

PETER PRIER & SONS VIOLINS, INC.,
SPICCATO FRENCH AMERICAN BOWS,
INC., PETER PAUL PRIER, PAUL STEWART
PRIER, and JON HATCH,

       Defendants.

CIVIL ACTION NO. 04-11491 RWZ

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), plaintiff Benoît Rolland ("Rolland") and defendants
Peter Prier & Sons Violins, Inc., Spiccato French American Bows, Inc., Peter Paul Prier, Paul
Stewart Prier, and Jon Hatch, submit the following statement:

### Agenda of Matters to Be Discussed at the Scheduling Conference

Pre-Trial Discovery Plan: The plaintiff suggested one year from the initial scheduling
date until a final pre-trial memorandum filing date; the defendants suggested 18 months.
Plaintiff has agreed with defendants' suggested schedule.

Status and relationship of Utah action:  In addition to the mirror-image complaint filed by
some of the defendants against Mr. Rolland in Utah in late September, such defendants have now
filed an amended complaint naming Heidi Harvey, the attorney of record for Mr. Rolland here as
a party-defendant. A copy of the Amended Complaint is attached.  Both Rolland and Harvey,

through their respective counsel, have moved or will move to dismiss the action, or stay it in favor of this action.  Plaintiff Rolland will keep the Court advised of the status of the Utah action.

Defendants will oppose any motion to dismiss or stay the Utah action.  That action should proceed.

Whether dispositive motions may be filed before completion of fact discovery and, if so, what effect they will have on pending discovery matters:  Plaintiff's only requested modification to defendants' proposed schedule is to request that no dispositive motions be filed until the close of fact discovery.  Due to the intensely factual nature of the allegations, summary judgment is not likely to be dispositive of the case at any early stage of the case.

Defendants oppose this limitation.  The parties should be free to file summary judgment motions or partial summary judgment motions at any time during the case.  When it appears that there are no genuine issues as to any material facts on one or more issues it is highly beneficial to the Court and the parties to reduce the scope of this case.

Stipulation:  The parties have conferred in an effort to finalize the stipulation agreed to by defendants not to use Mr. Rolland's name.  The attached stipulation was presented by the plaintiff and has not been *agreed to* by defendants.  *( Exhibit  C )*

Also attached is defendants' proposed Stipulation that was presented to plaintiff's attorneys on November 2, 2004 and has not been agreed to by plaintiff.  *( Exhibit  D )*

**Discovery Plan and Proposed Schedule**

 

A.  Amount of Discovery

The parties do not presently seek to modify the discovery limits set forth in Fed.R.Civ.P. 30 (depositions) or Fed.R.Civ.P. 33 (interrogatories), but reserve the right to seek modification of those limits if, after diligent discovery efforts, the limits are reached and additional discovery is necessary.

In addition to the limits on depositions provided by Rule 30, the parties may also take expert depositions, if they wish, of experts who have submitted the required disclosures. Such depositions will be subject to the requirements and limits of Fed.R.Civ.P. 30.

The parties agree that each side of the case may serve up to 35 requests for admission.

 

B.  Discovery and Briefing Schedule

The parties' submit the following proposal to complete discovery and have the case ready for trial by May 30, 2006:

| EVENT | Defendants' Proposal (Agreed to by plaintiff) |
|---|---|
| Initial disclosures pursuant to Rule 26(a)(1) | December 15, 2004 |
| Motions to amend the pleadings | February 28, 2005 |
| All written discovery requests, including requests for admission, served | October 1, 2005 |
| Motions to compel | December 15, 2006 |
| Written fact discovery and depositions completed by | January 15, 2006 |
| [Plaintiff's additional proposal opposed by Defendants:  No dispositive motions to be filed before] | January 15, 2006 |
| Experts identified and expert reports from each party on those issues for which the party bears the burden | January 15, 2006 |
| Rebuttal experts identified and exchange of rebuttal expert reports | February 15, 2006 |

3

| Expert Discovery Closes | March 15, 2006 |
|---|---|
| Dispositive motions filed by | April 1, 2006 |
| Oppositions to any dispositive motions | April 15, 2006 |
| Replies to any dispositive motions | April 30, 2006 |
| Hearing on dispositive motions | To Be Decided |
| Final pre-trial conference | Final Pre-trial Memorandum filed by May 30, 2006 |

C. <u>Certifications Pursuant to Local Rule 16.1(D)(3)</u>


Plaintiff's Certification: Exhibit A.

Defendant's Certification: Exhibit B.

D.  Trial by Magistrate Judge

The parties do not consent to trial by a Magistrate Judge at this time.

Dated:  November 22, 2004                         Dated:  November 23, 2004

_Heidi E. Harvey_                                 _John L. DuPré_
Heidi E. Harvey (BBO #548114)                     John L. DuPré (BBO #549659)
Denis Ticak (BBO #656536)                         Mary K. Murray (BBO #654194)
Fish & Richardson P.C.                            Hamilton, Brook, Smith & Reynolds, P.C.
225 Franklin Street                               530 Virginia Road
Boston, MA  02110-2804                            P.O. Box 9133
TEL:  (617) 542-5070                              Concord, MA  01742-9133
                                                  TEL:  (978) 202-3284

OF COUNSEL:

Robert A. Stein                                   Lynn G. Foster
Robert Stein and Associates, PLLC                 Foster & Foster LLC
One Barberry Lane                                 602 East 300 South
Concord, NH  03301                                Salt Lake City, UT 84102
TEL:  (603) 228-1109                              TEL:  (801) 364-5633

Attorneys for Plaintiff                           Attorneys for Defendants

20969938.doc

5

A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENOIT ROLLAND,

        Plaintiff,

    v.

PETER PRIER & SONS VIOLINS, INC.,
SPICCATO FRENCH AMERICAN BOWS,
INC., PETER PAUL PRIER, PAUL STEWART
PRIER, and JON HATCH,

        Defendants.

CIVIL ACTION NO. 04-11491 RWZ

---

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Heidi E. Harvey (BBO #548114)
Attorney for Plaintiff
BENOÎT ROLLAND

_____
Benoît Rolland

Dated:  November 22, 2004

Dated:  November 20, 2004

20969983.doc

B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------X
BENOÎT ROLLAND,                               )
                                              )
                 Plaintiff,                   )
                                              )
          v.                                  )        CIVIL ACTION NO. 04-11491 RWZ
                                              )
PETER PRIER & SONS VIOLINS, INC.,             )
SPICCATO FRENCH AMERICAN BOWS,                )
INC., PETER PAUL PRIER, PAUL STEWART          )
PRIER, and JON HATCH,                         )
                                              )
                 Defendants.                  )
-------------------------------------------------------------X
```

DEFENDANTS' CERTIFICATION UNDER LOCAL RULE 16.1 (D) (3)

The undersigned hereby certify and affirm that each of the Defendants, or an authorized

representative of the Defendants, and the undersigned counsel for Defendants have conferred:

(a)  with a view to establishing a budget for the costs
     of conducting the full course -- and various
     alternative courses -- of the litigation; and

(b)  to consider the resolution of the litigation through
     the use of alternative dispute resolution programs,
     such as Mini-Trials, Summary Jury Trials, and
     Mediation, as outlined in L.R. 16.4.

Lynn G. Foster
Foster & Foster LLC
Attorneys for Defendants

Peter Prier & Sons Violins, Inc.

By _____
     Authorized Representative

_____
Peter Paul Prier

Spiccato French American Bows, Inc.

By _____
     Authorized Representative

_____
Paul Stewart Prier

_____
Jon Hatch

C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENOIT ROLLAND,

        Plaintiff,

    v.

PETER PRIER & SONS VIOLINS, INC.,
SPICCATO FRENCH AMERICAN BOWS,
INC., PETER PAUL PRIER, PAUL STEWART
PRIER, and JON HATCH,

        Defendants.

CIVIL ACTION NO. 04-11491 RWZ

---

## STIPULATION

    In accordance with the representations made by Mr. Foster on behalf of the defendants, in open court, the parties stipulate and agree as follows:

    1. Without conceding the issues set out in the pleadings, declarations of the parties, claims or cross-claims between the parties, the defendants stipulate and agree that during the pendency of legal proceedings between the parties, whether here or in Utah, that the defendants will not use the plaintiff's name or his image from the date of their stated discontinuances thereof at least as early as the filing of their motion to dismiss in this action, going forward until a judicial determination is made as to the parties' respective rights. This stipulation includes, but is not limited to, the term "Benoit Rolland," "B. Rolland," "Rolland, Paris," or any variant that identifies the plaintiff.  (Tr. at 16, 27 and 28.)

        2. As to bows produced by the defendants with any of the names "Benoit Rolland," "B. Rolland," or "Rolland, Paris," or anything any variant that identifies the plaintiff and that have already been placed anywhere in the stream of commerce, within ten days, the defendants will advise any and all of their customers who have received said bows that the defendants have

[Proposed by Plaintiff]

discontinued using said names and request that they return said bows to the defendants.  (Tr. at 29 and 32.)


Dated:  November ___, 2004

AGREED:

PETER PRIER & SONS VIOLINS, INC.

_____
By:
Its:

SPICCATO FRENCH AMERICAN BOWS, INC.

_____
By:
Its:

PETER PAUL PRIER

_____


PAUL STEWART PRIER

_____


JON HATCH

_____


Accepted on behalf of Plaintiff Benoit Rolland:
_____
Attorneys for Plaintiff


20960449.doc


2

D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------X
BENOÎT ROLLAND                          )
                                        )
                Plaintiff,              )    Civil Action Number: 04 CV 11491 RWZ
                                        )
        vs.                             )    [PROPOSED] STIPULATION
                                        )    RE: HEARING OF OCTOBER 14, 2004
PETER PRIER & SONS VIOLINS, INC.        )
et.al.,                                 )
                                        )
                                        )
                Defendants.             )
-----------------------------------------------------X
```

This stipulation is based on the substance of the oral hearing held October 14, 2004.

In accordance with the representations by Mr. Foster in open Court, the respective

Defendants offer to stipulate as follows:

a.  Peter Prier & Sons Violins, Inc ("PPS"), having used Mr. Rolland's

    name, image and curriculum vitae on its website at prierviolins.com

    in connection with PPS's wooden bow making school, without waiving

    PPS's position that such use was with Mr. Rolland's consent,

    cooperation and participation and without conceding that Mr. Rolland

    has any ownership rights therein, has previously discontinued all such

    uses of Mr. Rolland's name, image or curriculum vitae and will not

    resume any such use in a commercial context during the pendency of

    this litigation.

b.  Peter Paul Prier, Paul Stewart Prier, and John Hatch, having made

    no use of Mr. Rolland's name, image and curriculum vitae in a personal

    capacity, without conceding that Mr. Rolland has any ownership

[Proposed by Defendants]

rights therein, will not use the name, image or curriculum vitae in a commercial context during the pendency of this litigation.

c.    Spiccato French American Bows, Inc. ("SFAB"), having used Mr. Rolland's name on synthetic bows, and his name, image and curriculum vitae on literature and on its website at spiccato.com in connection with synthetic bows, without waiving SFAB's position that such use was with Mr. Rolland's consent and insistence and without conceding that Mr. Rolland has any ownership rights therein, has previously discontinued all such uses of Mr. Rolland's name, image or curriculum vitae and will not resume any such use in a commercial context during the pendency of this litigation.

d.    SFAB having previously sold bows with Mr. Rolland's name thereon to dealers and others and having retained no contractual or other right to regain title to the bows, will notify its dealers of its discontinuance of all uses of Mr. Rolland's name, image and curriculum vitae and will request that the dealers also discontinue such uses using a letter substantial in the form of Exhibit A.

Dated: November 2, 2004          Respectfully Submitted,

John L. DuPré (BBO #549659)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
Telephone: (617)341-0036
Attorneys for Defendants

Stipulation Accepted:


DATE:_____, 2004

                            Respectfully Submitted,


                            _____
                              Heidi Harvey (BBO #548114)
                              Fish & Richardson P.C.
                              225 Franklin Street
                              Boston, MA 02110-2804
                              Telephone: (617) 542-5070
                              Attorney for the Plaintiff

EXHIBIT "A"



October 29, 2004

Ilya Rutman
Rutman's Violins
11 Westland Ave.
Boston, MA  02115

Dear Ilya:

Spiccato French American Bows, Inc., the manufacturer of the SPICCATO and ARPÉGE bows, has elected to discontinue all reference to Benoit Rolland on its bows, in its literature and advertising and on its website. We recommend you do the same.

Please don't hesitate to call me if you have any questions, and we look forward to a continuation of the excellent relation we have enjoyed in the past.

Sincerely,

Paul S. Prier, Jon M. Hatch
Spiccato Bows

308 East 200 South, Suite S • Salt Lake City, Utah 84111  USA
(801) 537-7856 • Fax (801) 364-3657 • Toll Free 877-SPICCATO (774-2228)
www. spiccato.com • email: info@spiccato.com