UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENOIT ROLLAND,

       Plaintiff,

    v.

PETER PRIER & SONS VIOLINS, INC.,
SPICCATO FRENCH AMERICAN BOWS,
INC., PETER PAUL PRIER, PAUL STEWART
PRIER, and JON HATCH,

       Defendants.

CIVIL ACTION NO. 04-11491 RWZ

Motion to Enforce Settlement Agreement

and Re-open Case for Enforcement Action

---

**Plaintiff's Motion to Enforce Settlement Agreement and to Re-Open the Case for Purposes of Enforcement Action**

Plaintiff moves this Court to enforce the settlement agreement between the parties and to re-open the case for purposes of the enforcement action.

The plaintiff, Benoit Rolland, made a demand for settlement pursuant to Local Rule 16.1(C) which the defendants accepted on November 23, 2004. The signed agreement is attached to The Declaration of Michael Kallus as Exhibit 1. The settlement was reported to the Court in a conference on November 30, 2004. The Court issued a 30-day order of dismissal in view of the settlement.

The settlement gave the defendants the option of purchasing all of plaintiff's intellectual property rights for $1.2 million, including the mark SPICCATO for adjustable bows and patent rights for adjustable bows, or the option of acquiring a subset of those rights: the trademark ARPEGE only and an immunity for the manufacture of non-adjustable bows, for $350,000.

Robert M. Anderson (0108)
Jennifer Anderson Whitlock (7458)
VAN COTT BAGLEY CORNWALL & MCCARTHY
50 South Main Street, Suite 1600
Post Office Box 45340
Salt Lake City, Utah 84145-0340
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

Attorneys for Defendant Heidi E. Harvey

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PETER PRIER & SONS VIOLINS, INC., et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>BENOIT ROLLAND and HEIDI HARVEY, )<br><br>Defendants. )<br>)<br>) | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>No. 2:04 CV 00895 PGC<br><br>The Honorable Paul G. Cassell |

Based upon settlement of the parties and stipulation by counsel for the parties, the above identified litigation is hereby dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

DATED _____ day of December, 2004

BY THE COURT:

_____
Paul G. Cassell
United States District Judge

007:303120v1

APPROVED:

LYNN G FOSTER, L.C.


_____
Lynn G. Foster
Attorney for Plaintiffs
602 East 300 South
Salt Lake City, UT 84102
Attorney for Plaintiffs


VAN COTT, BAGLEY, CORNWALL & McCARTHY

_____
Robert M. Anderson
Jennifer Anderson Whitlock
Attorneys for defendant Heidi E. Harvey
50 South Main Street, Suite 1600
Salt Lake City, UT 84144


STOEL RIVES LLP


_____
Mark E. Hindley
Attorney for Defendant Benoit Rolland
201 South Main Street, Suite 1100
Salt Lake City, UT 84111-4904

2

TRADEMARK
Attorney's Docket No.: 14067-007001

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant     : Spiccato French American Bows, Inc.    Law Office    : 102
Serial No.    : 76/591065                                Examiner      : Paula Benita Mays
Filed         : May 7, 2004
Mark          : BOW SPICCATO & Design

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

### WITHDRAWAL OF APPLICATION

Pursuant to 37 C.F.R. §2.68, Applicant hereby expressly abandons this application.

Respectfully submitted,

Date:_____          _____

Lynn G. Foster
Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, UT 84102
Telephone: (801) 364-5633
Facsimile: (801) 355-8938

abandonment of spiccato and design.doc

CERTIFICATE OF MAILING BY FIRST CLASS MAIL

I hereby certify under 37 CFR §1.8(a) that this correspondence is being
deposited with the United States Postal Service as first class mail with
sufficient postage on the date indicated below and is addressed to the
Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-
1451

<<Date>>
_____
Date of Deposit

_____
Signature

<<Name>>
_____
Typed or Printed Name of Person Signing Certificate

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant    : Spiccato French American Bows, Inc.  Law Office: 114
Serial No.   : 76/197665                             Examiner: Tricia Thompkins
Filed        : January 22, 2001
Mark         : SPICCATO (Stylized)

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Attn: TTAB

## CONSENTED TO WITHDRAWAL OF APPLICATION

Pursuant to 37 C.F.R. §2.68, Applicant hereby expressly abandons this application.

The mark is the subject of Opposition No. 91153661. Pursuant to 37 C.F.R. §2.135 and a settlement agreement dated November 23, 2004, between the parties to Opposition No. 91153661, Opposer Benoît Rolland, by his attorneys, expressly consents to the withdrawal of the application.

Respectfully submitted,

Date:_____    _____

Lynn G. Foster
Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, UT 84102
Telephone: (801) 364-5633
Facsimile: (801) 355-8938

Consented to on behalf of Opposer Benoît Rolland, by his attorneys:

_____
Heidi E. Harvey
Debra Serota
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorney's Docket No.: 14067-004PP1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of Application Serial No.
For the Mark SPICCATO
Published in the Official Gazette on  at

|  |  |
|---|---|
| Benoît Rolland, <br><br>      Opposer, <br><br> v. <br><br> SPICCATO FRENCH AMERICAN BOWS, INC., <br><br>      Applicant. | Opposition No. 91153661 |

Commissioner for Trademarks
BOX TTAB – NO FEE
2900 Crystal Drive
Arlington, VA 22202-3513

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to a settlement agreement between Applicant and Opposer dated November 23,

2004, 37 C.F.R. § 2.116 (incorporating by reference, among other things, Fed.R.Civ.P. 41(a)(1)),

CERTIFICATE OF MAILING BY FIRST CLASS MAIL

I hereby certify under 37 CFR §1.8(a) that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage on the date indicated below and is addressed to the Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3514.

_____
Date of Deposit

_____
Signature

_____
Typed or Printed Name of Person Signing Certificate

Applicant   :        Attorney's Docket No.: 14067-004PP1
Serial No. :
Filed:       :
Mark        :
Page        :     2

counsel for the Applicant and Opposer hereby stipulate that the above-identified Opposition be

dismissed with prejudice, each party to bear its own costs and attorneys fees.

STIPULATED AND AGREED:


Heidi E. Harvey                              Lynn G. Foster
Debra Serota                                 Lynn G. Foster, L.C.
Fish & Richardson P.C.                       602 East 300 South
225 Franklin Street                          Salt Lake City, UT  84102
Boston, MA 02110-2804                        Telephone: (801) 364-5633
Telephone:  (617) 542-5070                   Facsimile: (801) 355-8938
Facsimile:  (617) 542-8906                   Attorney for Applicant
Attorneys for Opposer


## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a copy of the foregoing Stipulation of Dismissal
with Prejudice has this ___ day of _____ been mailed by prepaid first class mail to
the below-identified Attorney at his/her place of business:

Lynn G. Foster
Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, UT  84102
Telephone: (801) 364-5633
Facsimile: (801) 355-8938
Attorney for Applicant

**From:** John DuPre [mailto:John.DuPre@hbsr.com]
**Sent:** Mon 12/27/2004 3:16 PM
**To:** Heidi Harvey
**Cc:** Lynn Foster; Mary Murray; Michael Kallus; Robert Stein (E-mail)
**Subject:** Final Settlement Steps

Heidi,

I refer to your email dated December 21, 2004 with the documents you
proposed to complete the settlement steps.  We have reviewed and
executed the dismissal documents for the Massachusetts and Utah actions,
and for the TTAB proceeding.  The documents are attached hereto for
your execution and filing.  Please complete these filings as soon as
possible so you will not be in breach of the Settlement Agreement.
Also attached is a form of assignment for the ARPEGE trademark for your
consideration and comments.  Because you did not object, we assume that
our proposed form of the neutral statement is acceptable to you.

In our view this is all that is required to complete the steps set forth
in the Settlement Agreement.  We fail to see anywhere in the agreement
where there is a requirement that the pending applications be abandoned.
We repeat our request that you advise us of where in the agreement you
believe such a requirement is set forth.  If you continue to insist on
the abandonment, we will join in your request for a conference with the
Judge to put this last issue to rest.  Under the Settlement Agreement,
we expect to recover our attorneys fees for such an effort as the
prevailing party.

John

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the system manager.

This footnote also confirms that this email message has been swept by
MIMEsweeper for the presence of computer viruses.

www.mimesweeper.com
Mail System HBSR
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENOÎT ROLLAND,

        Plaintiff,

    v.

PETER PRIER & SONS VIOLINS, INC.,
SPICCATO FRENCH AMERICAN BOWS,
INC., PETER PAUL PRIER, PAUL STEWART
PRIER, and JON HATCH,

        Defendants.

CIVIL ACTION NO. 04-11491 RWZ

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the settlement agreement dated November 23, 2004, and Fed.R.Civ.P. 41(a)(ii), the

parties, through their respective counsel, hereby stipulated that the case be

dismissed with prejudice, each party to bear its own costs and attorneys fees.

_____
Heidi E. Harvey (BBO #548114)
Denis Ticak (BBO #656536)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
TEL: (617) 542-5070

_____
John L. DuPré (BBO #549659)
Mary K. Murray (BBO #654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
TEL: (978) 202-3284


Dated: December __, 2004

OF COUNSEL:

Robert A. Stein
Robert Stein and Associates, PLLC
One Barberry Lane
Concord, NH 03301
TEL: (603) 228-1109

Attorneys for Plaintiff


Dated: December 23, 2004


Lynn G. Foster
Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, UT 84102
TEL: (801) 364-5633

Attorneys for Defendants


20979062.doc

2

Robert M. Anderson (0108)
Jennifer Anderson Whitlock (7458)
VAN COTT BAGLEY CORNWALL & MCCARTHY
50 South Main Street, Suite 1600
Post Office Box 45340
Salt Lake City, Utah 84145-0340
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

Attorneys for Defendant Heidi E. Harvey

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PETER PRIER & SONS VIOLINS, INC., et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>BENOIT ROLLAND and HEIDI HARVEY, )<br><br>Defendants. )<br>) | **ORDER OF DISMISSAL**<br>**WITH PREJUDICE**<br><br>No. 2:04 CV 00895 PGC<br><br>The Honorable Paul G. Cassell |

Based upon settlement of the parties and stipulation by counsel for the parties, the above identified litigation is hereby dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

DATED _____ day of December, 2004

BY THE COURT:

_____
Paul G. Cassell
United States District Judge

007:103120v1

APPROVED:

LYNN G FOSTER, L.C.

_____

Lynn G. Foster
Attorney for Plaintiffs
602 East 300 South
Salt Lake City, UT 84102
Attorney for Plaintiffs


VAN COTT, BAGLEY, CORNWALL & McCARTHY

_____

Robert M. Anderson
Jennifer Anderson Whitlock
Attorneys for defendant Heidi E. Harvey
50 South Main Street, Suite 1600
Salt Lake City, UT 84144


STOEL RIVES LLP


_____

Mark E. Hindley
Attorney for Defendant Benoit Rolland
201 South Main Street, Suite 1100
Salt Lake City, UT 84111-4904

2

007;305120v1

Robert M. Anderson (0108)
Jennifer Anderson Whitlock (7458)
VAN COTT BAGLEY CORNWALL & MCCARTHY
50 South Main Street, Suite 1600
Post Office Box 45340
Salt Lake City, Utah  84145-0340
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

Attorneys for Defendant Heidi E. Harvey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PETER PRIER & SONS VIOLINS, INC., et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>BENOIT ROLLAND and HEIDI HARVEY, )<br><br>Defendants. )<br>_____ ) | **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br><br>No. 2:04 CV 00895 PGC<br><br>The Honorable Paul G. Cassell |

Pursuant to the settlement agreement dated November 23, 2004, and Fed.R.Civ.P. 41(a)(ii), counsel for the parties, through their respective legal counsel, hereby stipulate that the above-identified litigation be dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

DATED _____ day of December, 2004

LYNN G. FOSTER, L.C.

_____
Lynn G. Foster
Attorney for Plaintiffs
602 East 300 South
Salt Lake City, UT  84102
Attorney for Plaintiffs

VAN COTT, BAGLEY, CORNWALL & McCARTHY

Robert M. Anderson
Jennifer Anderson Whitlock
Attorneys for defendant Heidi E. Harvey
50 South Main Street, Suite 1600
Salt Lake City, UT 84144


STOEL RIVES LLP


Mark E. Hindley
Attorney for Defendant Benoit Rolland
201 South Main Street, Suite 1100
Salt Lake City, UT 84111-4904

## ASSIGNMENT OF TRADEMARK

WHEREAS, Benoit Rolland, a French citizen, who resides in Cambridge, Massachusetts (hereinafter "SELLER") claims to be the owner of the common law right, title and interest in and to the ARPEGE trademark for use in connection with violin bows.

WHEREAS, _____ a corporation organized and existing under the laws of Utah and having its principal place of business in Salt Lake City, Utah (hereinafter "BUYER") desires to acquire all of SELLER's right, title and interest in and to the ARPEGE trademark.

NOW, THEREFORE, in consideration of the foregoing, as well as for other good and valuable consideration, the receipt of which is hereby acknowledged, SELLER, hereby sells, assigns, transfers and sets over to BUYER, its successors, legal representatives and assigns, all of SELLER's right, title and interest in the ARPEGE trademark, together with the good will of SELLER's business symbolized by said ARPEGE trademark and all claims, if any, which may have arisen for infringement prior to the date of this Assignment.

IN WITNESS WHEREOF, SELLER has executed this instrument on this _____day of December, 2004.


_____
Benoit Rolland


Commonwealth of Massachusetts)
County of_____ )ss:

On this_____day of December, 2004, before me, the undersigned notary public, personally appeared, Benoit Rolland.

☐    personally known to me, or

☐    proved to me through satisfactory evidence of identification, which was


_____

to be the person whose name was signed on the foregoing instrument in my presence, and acknowledged to me that he signed the foregoing instrument as his free act and deed.


(SEAL)                        _____
                              Notary Public

                              (print name)

                              My Commission expires _____/_____/_____

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;521557;1

Attorney's Docket No.: 14067-004PP1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of Application Serial No.
For the Mark SPICCATO
Published in the Official Gazette on  at

Benoît Rolland,

     Opposer,

v.                                                          Opposition No. 91153661

SPICCATO FRENCH AMERICAN BOWS,
INC.,

     Applicant.

Commissioner for Trademarks
BOX TTAB – NO FEE
2900 Crystal Drive
Arlington, VA 22202-3513

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to a settlement agreement between Applicant and Opposer dated November 23,

2004, 37 C.F.R. § 2.116 (incorporating by reference, among other things, Fed.R.Civ.P. 41(a)(1)),

CERTIFICATE OF MAILING BY FIRST CLASS MAIL

I hereby certify under 37 CFR §1.8(a) that this correspondence is being
deposited with the United States Postal Service as first class mail with
sufficient postage on the date indicated below and is addressed to the
Commissioner for Trademarks, 2900 Crystal Drive, Arlington,
VA 22202-3514.

_____
Date of Deposit

_____
Signature

_____
Typed or Printed Name of Person Signing Certificate

Applicant :     Attorney's Docket No.: 14067-004PP1
Serial No. :
Filed:     :
Mark     :
Page     :    2

counsel for the Applicant and Opposer hereby stipulate that the above-identified Opposition be

dismissed with prejudice, each party to bear its own costs and attorneys fees.

STIPULATED AND AGREED:

_____              _____
Heidi E. Harvey                          Lynn G. Foster
Debra Serota                             Lynn G. Foster, L.C.
Fish & Richardson P.C.                   602 East 300 South
225 Franklin Street                      Salt Lake City, UT  84102
Boston, MA 02110-2804                    Telephone: (801) 364-5633
Telephone: (617) 542-5070                Facsimile: (801) 355-8938
Facsimile: (617) 542-8906                Attorney for Applicant
Attorneys for Opposer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Stipulation of Dismissal
with Prejudice has this ___ day of _____ been mailed by prepaid first class mail to
the below-identified Attorney at his/her place of business:

Lynn G. Foster
Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, UT  84102
Telephone: (801) 364-5633
Facsimile: (801) 355-8938
Attorney for Applicant

# Exhibit 2

**From:** Heidi Harvey
**Sent:** Tue 12/21/2004 4:48 PM
**To:** 'John DuPre'
**Subject:** Settlement Steps

John,

Further to the parties' settlement, I provide the documents to be executed in finalization of the settlement. As advised, I continue to hold the settlement check in escrow until I receive fully executed documents. Of course, if and when your client wishes to put an assignment of the ARPEGE mark before us, we will execute it.

If I do not receive the fully executed documents by Tuesday, December 28, 2004, (or confirmation that our Utah counsel has received them), I will file a motion with the Court in Massachusetts to enforce the settlement, including requiring your clients to sign them and invoking paragraph 9 of the Settlement Agreement which provides for an award of attorneys' fees to the prevailing party in an enforcement action.

1. Stipulation of Dismissal in Utah -- this has already been executed on my behalf and forwarded to Mr. Foster by Bob Anderson on December 8, 2004; this should be signed by Mr. Foster and delivered to Mark Hindley.

<<stip001.PDF>> <<order001.PDF>>
2. Notice of Abandonment of pending SPICCATO-variant marks pursuant to the non-election of intellectual property in Paragraph 1(b) of the Settlement Agreement; these should be signed by Mr. Foster and delivered to me.

<<Abandonment of SPICCATO and design.doc>> <<Consented to Abandonment of SPICCATO.doc>>

3. Stipulation of Dismissal of Trademark Opposition with Prejudice. This should be executed by Mr. Foster and returned to me.

<<TTAB Dismissal.doc>>

4. Stipulation of Dismissal with Prejudice in Massachusetts. This may be signed by either you or Mr. Foster as I understand that he has a pro hac admission in the case and returned to me.

<<MA Dismissal with Prejudice.doc>>
Heidi

Robert M. Anderson (0108)
Jennifer Anderson Whitlock (7458)
VAN COTT BAGLEY CORNWALL & MCCARTHY
50 South Main Street, Suite 1600
Post Office Box 45340
Salt Lake City, Utah 84145-0340
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

Attorneys for Defendant Heidi E. Harvey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PETER PRIER & SONS VIOLINS, INC., et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>BENOIT ROLLAND and HEIDI HARVEY, )<br><br>Defendants. )<br> ) | **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br><br>No. 2:04 CV 00895 PGC<br><br>The Honorable Paul G. Cassell |

Pursuant to the settlement agreement dated November 23, 2004, and Fed.R.Civ.P. 41(a)(ii), counsel for the parties, through their respective legal counsel, hereby stipulate that the above-identified litigation be dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

DATED ____ day of December, 2004

LYNN G. FOSTER, L.C.

_____
Lynn G. Foster
Attorney for Plaintiffs
602 East 300 South
Salt Lake City, UT 84102
Attorney for Plaintiffs

007:303117v1

VAN COTT, BAGLEY, CORNWALL & McCARTHY


Robert M. Anderson
Jennifer Anderson Whitlock
Attorneys for defendant Heidi E. Harvey
50 South Main Street, Suite 1600
Salt Lake City, UT  84144


STOEL RIVES LLP



Mark E. Hindley
Attorney for Defendant Benoit Rolland
201 South Main Street, Suite 1100
Salt Lake City, UT  84111-4904

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENOIT ROLLAND,

        Plaintiff,

   v.

PETER PRIER & SONS VIOLINS, INC.,
SPICCATO FRENCH AMERICAN BOWS,
INC., PETER PAUL PRIER, PAUL STEWART
PRIER, and JON HATCH,

        Defendants.

CIVIL ACTION NO. 04-11491 RWZ

Declaration of Michael Kallus

---

## DECLARATION OF MICHAEL KALLUS

I, Michael Kallus declare as follows:

1.     I am a law clerk with Fish & Richardson P.C., counsel for the plaintiff, Benoit Rolland in this matter.

2.     I submit this declaration in support of Benoit Rolland's Motion to Enforce Settlement Agreement and to Re-Open the Case for Purposes of Enforcement Action.

3.     Attached as Exhibit 1 is a true and accurate copy of the settlement agreement signed by the defendants on November 16, 2004.

4.     Attached as Exhibit 2 is a true and accurate copy of an email from Heidi Harvey to John DuPre, with attachments dated December 21, 2004 and an email from John Dupre to Heidi Harvey, with attachments, dated December 27, 2004.

Dated:  December 29, 2004

Michael Warner Kallus

# Exhibit 1

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Fredrick P. Fish
1855-1930

W.K. Richardson
1859-1951

November 16, 2004

By facsimile

John L. Dupre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA  01742-9133



BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Re:    Benoit Rolland v. Peter Prier & Sons Violins and Spiccato French American
        Bows, Inc. USDC-D. Mass. (Boston) - CIVIL ACTION NO. 04-11491 RWZ

Settlement Demand Pursuant to L.R. 16.1(c)—For purposes of Settlement Only;
Subject to Fed.R.Evid. 408

Dear John:

As you are aware, the parties have exchanged various settlement proposals
throughout the course of this dispute. As required by Local Rule 16.1, we provide
you with Mr. Rolland's demand, which we note is designed to permit the parties to
separate their relationship completely and permanently.

1.  At Priers' option, the defendants may obtain

    (a) assignment of all rights in the mark ARPEGE and any related worldwide
common law and registrations rights in the mark ARPEGE and an immunity from suit
under all Rolland worldwide know-how and technology for any and all non-
adjustable synthetic bows made, used, or sold by the defendants, now or in the future,
in return for the single lump sum payment of **$350,000,** such payment to be made by
wire transfer, certified check or bank check on the date of settlement;

    or

    (b) assignment of Rolland's right, title, and interest in issued U.S. patents and
all foreign counterparts, assignment of Rolland's right, title, and interest in all
common law rights and trademark registrations rights worldwide in SPICCATO and
ARPEGE, and an immunity from suit under all know-how and technology currently
being used by the defendants in their manufacture of synthetic bows in return for the
agreement to pay the amount of **$1.2MM** dollars, such payment to be made in four
equal installments of $300,000 on the date of settlement and every six months

FISH & RICHARDSON P.C.

John L. Dupre, Esq.
November 16, 2004
Page 2

thereafter and such payment to be secured by an irrevocable letter of credit in favor of Benoit Rolland issued and valid for two years following the date of settlement.

2. Rolland warrants that there are no patent or trademark applications pending anywhere in the world as of the date of this demand.

3. Rolland will cooperate in the transfer of right and title, and the signing of such papers as are necessary to effectuate such transfers, without further compensation, but the responsibility and cost for the preparation, execution, filing, and recordal of any such transfers shall be borne solely by the Defendants.

4. The grants, assignments, and immunity offered are strictly limited to the express terms of this offer and do not extend to any future inventions, trademarks or other intellectual property rights that Rolland may develop or acquire after the date of settlement. Rolland does not intend to grant and does not grant any license, implied or otherwise, to any such future rights.

5. There is no non-competition obligation between the parties as a result of this settlement, and none is to be implied from any grant of rights or offer of same.

6. Defendants agree to cease and desist immediately and permanently from any use whatsoever of Rolland's name or image in connection with their business as well as to cease and desist from any use of artist testimonials and endorsements originally obtained by Rolland, i.e., all artist testimonials first obtained by Benoit Rolland.

7. All claims of Rolland and defendants in the Massachusetts action, the Utah action, and the TTAB will be dismissed with prejudice and the parties will release each other of all claims based upon facts or occurrences before the date of the settlement, whether or not they were known or could have been known or brought or could have been brought. The parties will also agree to a mutual non-disparagement clause and a neutral statement reporting the settlement that either party will be free to provide to third parties.

8. Defendants consent to the United States District Court for the District of Massachusetts as the sole forum for any dispute arising out of the settlement agreement.

FISH & RICHARDSON P.C.

John L. Dupre, Esq.
November 16, 2004
Page 3

9. Any party found by the Court to be in breach of the settlement agreement shall pay the other's reasonable attorney fees.

Very truly yours,

Heidi E. Harvey

cc:    Lynn G. Foster, Foster & Foster LLC

20976058.doc

The foregoing offer of settlement is accepted by the defendants and each of them. Option 1(a) is elected. An appropriate check in the amount of $350,000.00, as full payment, is attached.

Peter Prier & Sons Violins, Inc.

By: _____
     Peter Paul Prier, President

_____
Peter Paul Prier

Spiccato French American Bows, Inc.

By: _____
     Paul Stewart Prier, Vice President

_____
Paul Stewart Prier

_____
Jon Hatch

The defendants elected the latter option, i.e. to purchase only a portion of plaintiffs' rights, and submitted a signed copy of the settlement but now refuse to act in accordance with their agreement in that they refuse to dismiss their applications to register the mark SPICCATO currently pending in the trademark office. The settlement agreement is clear that defendants, by electing the purchase of only limited rights, have foregone their opportunity to own the broader rights.

The communications between the parties regarding the necessary steps to settlement are attached to the Declaration of Michael Kallus as Exhibit 2. (E-mail from Heidi Harvey to John DuPre, with attachments, dated December 21, 2004; E-mail from John DuPre, with attachments, dated December 27, 2004).

Plaintiff requests an Court order for the defendants to abandon their application to register the mark SPICCATO currently pending before the trademark office in fulfillment of the terms of the settlement agreement and, in addition, a hearing on the record on this motion.

2

Dated:  December 29, 2004

_Heidi E Harvey_

Heidi E. Harvey (BBO #548114)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
TEL:  (617) 542-5070

OF COUNSEL:

Robert A. Stein
Robert Stein and Associates, PLLC
One Barberry Lane
Concord, NH  03301
TEL:  (603) 228-1109
Attorneys for Plaintiff

3

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on December 29, 2004.

Heidi E. Harvey

21001214.doc