UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
BENOÎT ROLLAND,                                              )
                                                             )
            Plaintiff,                                       )
                                                             )
     v.                                                      )   **CIVIL ACTION NO. 04-11491 RWZ**
                                                             )
                                                             )
PETER PRIER & SONS VIOLINS, INC.,                            )
SPICCATO FRENCH AMERICAN BOWS,                               )
INC., PETER PAUL PRIER, PAUL STEWART                         )
PRIER, and JON HATCH,                                        )
                                                             )
            Defendants.                                      )
---------------------------------------------------------------X

DEFENDANTS' ASSENTED-TO MOTION TO
CANCEL EVIDENTIARY HEARING

I. INTRODUCTION

Defendants Peter Prier & Sons Violins, Inc., Spiccato French American Bows, Inc., Peter Paul Prier, Paul Stewart Prier, and Jon Hatch, submit this Motion to Cancel the Evidentiary Hearing currently scheduled for February 2, 2005. The hearing was scheduled to determine the parties' intent with respect to Paragraph 7 of the Settlement Agreement. In particular, the question was whether the reference to "claims" in Paragraph 7, required Defendants to abandon the pending applications to register marks that include SPICATTO. Defendants have subsequently filed the abandonments and copies are attached as Exhibit 1. Therefore, there is no longer any need for the hearing.

II. DISCUSSION

Plaintiff asserted in his Motion to enforce the Settlement Agreement that abandonments of the pending applications were required. Defendants in their opposition to Plaintiff's Motion asserted that the abandonments were not required. On January 13, 2005, an Order was entered to schedule an

Evidentiary Hearing on the issue on February 2, 2005.

Without waiver of their position, Defendants on January 17, 2005 filed the abandonments to eliminate the final issue between the parties. While Defendants do not believe that the paragraph 7 reference to "All claims of Rolland and Defendants in ... the TTAB will be dismissed with prejudice ... " required that the abandonments be filed, Defendants filed the abandonments in an effort to conclude this litigation between the parties.

III. CONCLUSION

Because the one issue to be considered at the Evidentiary Hearing is now moot, Defendants request that the Hearing be cancelled. The undersigned attorney for Defendants contacted attorney for Plaintiff to determine if Plaintiff would assent to this Motion. Plaintiff's attorney advised the undersigned that Plaintiff would assent to this request. Defendants therefore request that the Hearing be cancelled.

Respectfully submitted,

PETER PRIER & SONS VIOLINS, INC., et al.
By their attorneys,

Dated: January 25, 2005

John L. DuPré (BBO #549659)
Mary K. Murray (BBO #654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133
Telephone: (617)341-0036

Lynn G. Foster
Foster & Foster LLC
602 East 300 South
Salt Lake City. UT 84102
TEL: (801) 364-5633
Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 25, 2005.

_____
John L. DuPré

@PFDesktop\::ODMA/MHODMA/HBSR05;iManage;527123;1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Trademark Application of:<br><br>Spiccato French American Bows, Inc.<br><br>Serial No.:   76/197,665<br>Filing Date:  January 22, 2001<br>Mark:         SPICCATO (Stylized) | Docket:    8238<br>Examiner:  William Sauers<br>Law Office: 114 |

### ABANDONMENT OF APPLICATION

Commissioner for Trademarks
P.O. Box 1451
Arlington, VA 22313-1451

Dear Sir:

    Pursuant to 37 C.F.R. §2.68, Applicant hereby expressly abandons this application

Respectfully Submitted,

*[signature]*

Lynn G. Foster
Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, Utah 84102
Telephone: (801) 364-5633
Facsimile:  (801) 355-8938

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on January 17, 2005.

*[signature]*
Lynn G. Foster

**EXHIBIT 1**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Trademark Application of: | |
| Spiccato French American Bows, Inc. | Docket: 8715 |
| Serial No.: 76/591,065 | Examiner: Paula B. Mays |
| Filing Date: May 7, 2004 | Law Office: 102 |
| Mark: SPICCATO BOWS and DESIGN | |

## ABANDONMENT OF APPLICATION

Commissioner for Trademarks
P.O. Box 1451
Arlington, VA 22313-1451

Dear Sir:

Pursuant to 37 C.F.R. §2.68, Applicant hereby expressly abandons this application

Respectfully Submitted,

*/s/ Lynn G. Foster*
Lynn G. Foster
Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, Utah 84102
Telephone: (801) 364-5633
Facsimile: (801) 355-8938

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451 on January 17, 2005.

*/s/ Lynn G. Foster*
Lynn G. Foster