UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENOÎT ROLLAND, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 04-11491 RWZ |
| PETER PRIER & SONS VIOLINS, INC., SPICCATO FRENCH AMERICAN BOWS, INC., PETER PAUL PRIER, PAUL STEWART PRIER, and JON HATCH, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the settlement agreement dated November 23, 2004, and Fed.R.Civ.P. 41(a)(ii), the

parties, through their respective counsel, hereby stipulated that the case be

dismissed with prejudice, each party to bear its own costs and attorneys fees.

_Heidi E Harvey_                              _John L. DuPré_

Heidi E. Harvey (BBO #548114)          John L. DuPré (BBO #549659)
Denis Ticak (BBO #656536)              Mary K. Murray (BBO #654194)
Fish & Richardson P.C.                 Hamilton, Brook, Smith & Reynolds, P.C.
225 Franklin Street                    530 Virginia Road
Boston, MA  02110-2804                 P.O. Box 9133
TEL:  (617) 542-5070                   Concord, MA  01742-9133
                                       TEL:  (978) 202-3284

Dated: ~~December~~ _January 31, 2005_, 2004    Dated: December _23_, 2004

OF COUNSEL:

Robert A. Stein                        Lynn G. Foster
Robert Stein and Associates, PLLC      Lynn G. Foster, L.C.
One Barberry Lane                      602 East 300 South
Concord, NH  03301                     Salt Lake City, UT 84102
TEL:  (603) 228-1109                   TEL:  (801) 364-5633

Attorneys for Plaintiff                Attorneys for Defendants

20979062.doc

I hereby certify that a true copy of
the above document was served upon
the attorney of record for each other
party by mail/hand on _January 31 2005_
_Deborah L Hamilton_

2