UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENOÎT ROLLAND,

       Plaintiff,

  v.

PETER PRIER & SONS VIOLINS, INC.,
SPICCATO FRENCH AMERICAN BOWS,
INC., PETER PAUL PRIER, PAUL STEWART
PRIER, and JON HATCH,

       Defendants.

CIVIL ACTION NO. 04-11491 RWZ

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the settlement agreement dated November 23, 2004, and Fed.R.Civ.P. 41(a)(ii), the

parties, through their respective counsel, hereby stipulated that the case be

dismissed with prejudice, each party to bear its own costs and attorneys fees.

_____
Heidi E. Harvey (BBO #548114)
Denis Ticak (BBO #656536)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
TEL: (617) 542-5070

Dated: ~~December __, 2004~~ *January 31, 2005*

OF COUNSEL:

Robert A. Stein
Robert Stein and Associates, PLLC
One Barberry Lane
Concord, NH  03301
TEL: (603) 228-1109

Attorneys for Plaintiff


_____
John L. DuPré (BBO #549659)
Mary K. Murray (BBO #654194)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA  01742-9133
TEL: (978) 202-3284


Dated: December 23, 2004


Lynn G. Foster
Lynn G. Foster, L.C.
602 East 300 South
Salt Lake City, UT  84102
TEL: (801) 364-5633

Attorneys for Defendants


20979062.doc


I hereby certify that a true copy of
the above document was served upon
the attorney of record for each other
party by mail/hand on *January 31, 2005*
*Deborah L Hamilton*